UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONNIE R. BARRETT            )
                             )
_____    )
                             )
    Plaintiff,               )
                             )
    vs.                      )    Case No. 08-3039
                             )    (Supplied by Clerk)
MORGAN COUNTY SHERIFF        )
                             )
DEPT. et al                  )
                             )
    Defendant(s).            )

FILED
FEB 0 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PETITION AND AFFIDAVIT FOR LEAVE
TO PROCEED IN FORMA PAUPERIS

I, __DONNIE R. BARRETT__, plaintiff or petitioner, move the court for leave to proceed in forma pauperis in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single **XXX** Married ___ Separated ___ Divorced ___

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes ( )    No **(XXXX)**

B. If so, by whom, what is your position, and what is your pay? _____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

_____
_____

1

   D.  Have you received money from any other source, including judgments, in the last 12 months? Yes ( ) No (**XXX**) If yes, describe each source and state how much you received.

   _____
   _____

   E.  If you are presently incarcerated, how much money do you have in your institutional trust fund account? _____**NONE**_____

   F.  If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.
   _____**NONE**_____
   _____
   _____

   G.  How much money do you have in private checking or saving accounts?
   _____**NONE**_____

   H.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (**XXX**)

   If yes, describe the property and its approximate value: _____
   _____**N/A**_____
   _____

   I.  Do you have any debts or obligations? Yes ( ) No (**XXX**)

   If yes, list the amount owed, to whom, and any current payments that you are making.
   _____**N/A**_____
   _____

   J.  List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.
   _____**N/A**_____
   _____

2

K.  Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.
N/A

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

*Donnie R. Barrett*
SIGNATURE

01/08/2008
DATE

10/31/1974
Date of Birth

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
Social Security No.

Barrett

## CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ .60¢ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____
_____

_____
(Authorized Officer)

DHS Rushville
(Institution)

Account Tech I
(Title)

DATE 1-8-08

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)

Resident entered the facility 8-15-2007.

4

```
REPORT ID: QATF421A                    TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                              PAGE:    1068
DATE PRODUCED: 10/04/2007                      AS OF 09/30/2007                               * INDICATES MONEY ON HOLD
                                                                                                DOCUMENTS LISTED IN
DEPT: 462  FAC: 41 TREATMENT & DETENTION FA              FUND: 1143                             ORDER OF ENTRY

ACCT NO/    DOC         TRAN    DOC         DR          CR          DR          CR                              SOURCE/
 CHECK      DATE        CODE    NUMBER      AMOUNT      AMOUNT      BALANCE     BALANCE     DESCRIPTION         PURPOSE

BARRETT              DONNIE             876139                                                   .00  BEGINNING BALANCE
200 001     06/30/2007 BEGIN QTLY BAL
            08/24/2007  RE    046304                     15.62                          ENTRANCE MONEY         MI
001732      09/05/2007  DB    001732       15.02                                        SWANSONS               MI
200 001     09/30/2007 END QTLY BAL                                 15.02    15.62      .60  ENDING BALANCE

BARRETT              DONNIE             876139                                                  .60  RECIPIENTS TOTAL END BAL


SOURCE/PURPOSE LEGEND:
CL-CLOTHING  CM-COMMISSIONARY  CA-CIVIL SERVICE ANNUITY  IT-INTEREST  MI-MISCELLANEOUS  PN-PERSONAL NEEDS  RB-REIMBURSEMENTS  RR-RAILROAD
SS-SOCIAL SECURITY  SI-SUPPLEMENTAL SS  TG-TAX GRANT  VA-VETERANS  WC-WORKSHOP
TRAN CODES: TF-TRANSFER  DR-DEBIT  CR-CREDIT  RE-RECEIPT  DB-DISBURSEMENTS  DM-DEBIT
```

DMH002-X - 12/92

```
REPORT ID: QATF421A                    TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                        PAGE: 1023
DATE PRODUCED: 01/03/2008                        AS OF 12/31/2007

DEPT: 462  FAC: 41 TREATMENT & DETENTION F.A.       FUND: 1143                    * INDICATES MONEY ON HOLD
                                                                                    DOCUMENTS LISTED IN
                                                                                    ORDER OF ENTRY

ACCT NO/     DOC       TRAN    DOC          DR        CR        DR        CR                     SOURCE/
 CHECK       DATE      CODE    NUMBER       AMOUNT    AMOUNT    BALANCE   BALANCE   DESCRIPTION  PURPOSE

BARRETT            DONNIE                876139
200  001   09/30/2007  BEGIN QTLY BAL                  .60                 .60      BEGINNING BALANCE
200  001   12/31/2007  END QTLY BAL                    .60                 .60      ENDING BALANCE

BARRETT            DONNIE                876139                            .60      RECIPIENTS TOTAL END BAL
```

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT