# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE R. BARRETT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| -VS- ) | MOTION FOR APPOINTMENT OF COUNSEL |
| ) | |
| MORGAN COUNTY SHERIFF ) | |
| DEPARTMENT: ) | CASE NO. 08-3039 |
| ADMINISTRATOR, BRENT CHATHAM, ) | |
| CORRECTIONAL OFFICERS, ALLEN ) | |
| McCLLELAN, RYAN NICHOLS ) | |
| ) | |
| Defendants ) | |

FILED APR 14 2008 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

Pursuant to 28 U.S.C.§ 1915 (e)(1) plaint1ff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited or no access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony and that counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain counsel to represent him in this case. Attached to this motion are the letters from each Counsel who are not interested in representing the Plaintiff in this matter.

**WHEREFORE,** THE plaintiff respectfully prays that this Court grants this Motion for Appointment of Counsel in and for this matter.

04/09/2008
Date

*Donnie R. Barrett*
Signature

Donnie R. Barrett
DHS-Treatment and
Detention Facility
R.R. 1, Box 6A
RUSHVILLE, ILLINOIS
    62681-9788

## Cochran, Cherry, Givens Smith & Montgomery, L.L.C.

JAMES D. MONTGOMERY [1]
SAMUEL A. CHERRY, JR. [5]
J. KEITH GIVENS [6]
JOCK M. SMITH [5]

THOMAS C. MARSZEWSKI [1]
MELVIN L. BROOKS [1]
JAMES D. MONTGOMERY, JR. [1]
JAMES M. SANFORD [2]
BEVERLY P. SPEARMAN [1]
DAVID A. ARGAY [3]
MICHAEL J. LAUX [4]

ONE NORTH LASALLE STREET • SUITE 2450
CHICAGO, ILLINOIS 60602
(312) 977-0200 • FAX: (312) 977-0209

[1] Member Illinois Bar
[2] Member Ohio, Illinois and Wisconsin Bar
[3] Member Indiana and Illinois Bar
[4] Member Illinois and Wisconsin Bar
[5] Member Alabama Bar
[6] Member Alabama, Florida and Georgia Bar

Founder
JOHNNIE L. COCHRAN, JR.
(1937-2005)

August 29th, 2007

Donnie R. Barrett
R.R. 1 Box 6A
Rushville, Illinois 62681

Dear Mr. Barrett :

After reviewing the information regarding your claim, we regret to inform you we are unable to represent you in this matter.

Thank you for contacting the law firm of Cochran, Cherry, Givens, Smith & Montgomery. In the future if you or your family requires legal assistance please contact us.

Sincerely,

The Cochran Firm    (slf)

LAW OFFICES OF
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
18TH FLOOR
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE www.edcombs.com
EMAIL edcombs@aol.com

September 11, 2007

Donnie R. Barrett
R.R. 1 Box 6A
Rushville, IL 62681

**Re: Morgan County Sheriff Department**

Dear Mr. Barrett:

After a careful analysis of your claim, we have decided that we must turn down your case. We have not based this decision solely on the strength of your claim, but rather on our firm's ability to assist you.

For an appropriate attorney referral, we recommend that you contact the Chicago Bar Association (312) 554-2000.

Be advised that all civil claims have a "statute of limitations," which is a deadline by which you must file a lawsuit. Statutes of limitations can be as short as one year after the problem occurred. Therefore, if you are planning to continue to seek legal representation, you should do so right away. Any delays in doing so could cause you to forfeit your rights to file suit.

Thank you for considering us in this matter. If we can be of assistance in the future, do not hesitate to contact us.

Sincerely,

Anne Parsons
Intake Coordinator

LAW OFFICES OF
## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
18TH FLOOR
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE www.edcombs.com
EMAIL edcombs@aol.com

September 25, 2007

Dear Mr. Barrett,

Here are the addresses you requested.

**The Chicago Bar Foundation**
321 South Plymouth Court
Suite 3B
Chicago, IL 60604
(P) 312.554.1204


**The Illinois State Bar Association**
**Chicago Regional Office**
20 S. Clark St., Ste. 900
Chicago, IL 60603-1802
(312) 726-8775
(800) 678-4009


**Legal Assistance Foundation**
111 W. Jackson Blvd. 3rd Floor, Chicago, IL 60604
Phone: (312) 341-1070 • Fax: (312) 341-1041


Sincerely,

Anne Parsons
Intake Coordinator

# UPTOWN PEOPLE'S LAW CENTER
4413 NORTH SHERIDAN • CHICAGO, IL 60640
773 • 769 • 1411    FAX   773 • 769 • 2224

May 10, 2007

**PRIVILEGED ATTORNEY-CLIENT COMMUNICATION**

Mr. Donnie Barrett
Big Muddy River Correctional Center
251 N. Illinois Highway 37
P.O. Box 900
Ina, IL 62846

Re: **Request for Assistance**

Dear Mr. Barrett:

We received your letter asking for help with your civil rights case, criminal appeal, or other matter relating to your situation in prison. Unfortunately, we are not in a position to assist you. We are a very small legal clinic. While we represent many prisoners, we get hundreds of letters asking for help, but unfortunately we can only help a very few people. For your information, we do not practice criminal law--including appeals, habes, post convictions, etc.

Please be assured that our inability to help you does not mean that you do not have a good claim. We are forced to turn down many claims which are both morally compelling and have a sound legal basis. We simply do not have the resources to help everyone who needs help. We are truly sorry that we will not be able to take on your case, but we simply do not have the time needed to properly represent you, and we do not want to commit to you that we would do something which we can not, in reality, do.

If your question is about a case you want to bring challenging the way you are being treated in prison, be sure that you exhaust all administrative remedies. With very few exceptions, federal law now requires that you complete the grievance process all the way through the ARB in Springfield. If you do not do so, or if you miss any deadlines, then you risk of forever losing the right to bring a case.

We are returning any documents you sent us. *We have not kept copies*.

We wish you the best of luck.

Sincerely,

LAW OFFICES OF

# G. RONALD KESINGER
200 NORTH WEST STREET
JACKSONVILLE, ILLINOIS 62650

FACSIMILE: (217) 243-5434  
E-MAIL: kesingerlaw@verizon.net

TELEPHONE: (217) 243-5433

MOBILE: (217) 248-0089  
CELL: (217) 473-2901

August 9, 2006

Donnie Barrett  
% Morgan County Sheriff  
300 West Court  
Jacksonville, IL 62650

Dear Mr. Barrett:

Thank you for your note or letter to me which I received today. I have reviewed your situation and request that a lawsuit be filed against the person who struck you while you were incarcerated in jail. It appears that you were also seeking to sue the Sheriff of Morgan County for failure to move you out of harms way after threats from another person in the cell and/or for failure to treat your injuries appropriately.

Please be advised that I choose not to represent you in this matter for several reasons, one of which I am simply too busy to take on a case of this type at this time. Therefore, I suggest that you seek advice from another attorney. You have two years to file a lawsuit for this type of injury. More specifically, I suggest that you confer with Attorney David Leefers or Attorney Jonathan Hurst, both of whom have offices just across the street from the jail. Thank you for considering me as an attorney to represent you in this matter.

Very sincerely,

G. Ronald Kesinger

GRK/dc  
cc:   Jonathan Hurst  
      David Leefers



# Robert L. Welch
Attorney at Law
124 E. Beardstown Street
Virginia, IL 62691

August 19, 2006

Donnie Barrett
c/o Morgan County Jail
Jacksonville, IL 62650

Dear Mr. Barker:

I am sorry for the delay in responding to your letter of August 10th. Quite frankly, I have been extremely busy this past week, since I presently have 50 cases scheduled for the September Cass County jury call. Most, I am sure, will go away.

I am sorry, but I am afraid that I just will not have time to try and help you. I hope that your medical problems get taken care of and that all works out for the best for you.

Sincerely,

ROBERT L. WELCH
Attorney at Law

*Motion of ~~venue~~*
*Discovery*

LAW OFFICES OF

# G. RONALD KESINGER
200 NORTH WEST STREET
JACKSONVILLE, ILLINOIS 62650

FACSIMILE: (217) 243-5434  TELEPHONE: (217) 243-5433  MOBILE: (217) 248-0089
E-MAIL: kesingerlaw@verizon.net  CELL: (217) 473-2901

August 17, 2006

Donnie Barrett
℅ Morgan County Sheriff
300 West Court
Jacksonville, IL 62650

Dear Mr. Barrett:

I received your note today as well as a copy of the doctor's report. Please be advised that I am not interested in representing you in this matter.

However, I would also remind you that you have two years to file a lawsuit, if you so choose.

Very sincerely,

G. Ronald Kesinger

GRK/dc

## VERIFICATION OF CERTIFICATION

I, DONNIE R. BARRETT, the undersigned, certify and state that:

1. I am the Plaintiff in the above captioned legal matter;

2. I have read the foregoing document and have knowledge of its content;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify and I believe the same to be true.

*Donnie R. Barrett*  04/09/2008
Donnie R. Barrett, Plaintiff, Pro Se

Donnie R. Barrett
DHS/TDF
R.R.#1, BOX 6A
Rushville, IL  62681-9788