E-FILED
Friday, 09 May, 2008 12:41:15 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 08 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John M. Waters
U.S. District Court

I am writing you in regards of the 1983 Complaint form and Motion for appointment of Counsel. I am Requesting for a status Report on this case. The Case Name is Barrett v. Chatham et al, and the Case Number is 08-cv-3039. Thank you for your time in this matter.

Sincerely

Donnie R. Barrett

Donnie R. Barrett
R.R. 1, Box 6A
Rushville, Illinois
62681-9788