# UNITED STATES DISTRICT COURT

Central    DISTRICT OF    Illinois

**APPEARANCE**

DONNIE R. BARRETT

        Plaintiff,

v.                              Case Number: 08-3039

MORGAN COUNTY SHERIFF DEPARTMENT:
ADMINISTRATOR BRENT CHATHAM, CORRECTIONAL
OFFICERS ALLEN MCCLLELAN, RYAN NICHOLS

        Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: BRENT CHATHAM, ALAN MCCLELLAN, RYAN NICHOLS

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 27, 2008 | s/Clifford G. Kosoff |
| Date | Signature |
| | Clifford G. Kosoff    3122385 |
| | Print Name      Bar Number |
| | 650 Dundee Road, Suite 475 |
| | Address |
| | Northbrook, Illinois 60062 |
| | City    State    Zip Code |
| | (847) 291-0200    (847) 291-9230 |
| | Phone Number    Fax Number |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DONNIE R. BARRETT** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No.: 08-3039 |
| ) | |
| **MORGAN COUNTY SHERIFF** ) | |
| **DEPARTMENT: ADMINISTRATOR** ) | |
| **BRENT CHATHAM, CORRECTIONAL** ) | |
| **OFFICERS, ALLEN MCCLLELAN,** ) | |
| **RYAN NICHOLS** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2008, I electronically filed this Defendants' Appearance with the Clerk of Court using the CM/ECF system and I hereby certify that on June 27, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Donnie R. Barrett (*Pro Se*)
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1 Box 6A
Rushville, IL 62681

                                                BRENT CHATHAM, ALAN
                                                MCCLELLAN and RYAN NICHOLS

                            By:    s/Clifford G. Kosoff
                                    Clifford G. Kosoff # 3122385
                                    O'Halloran, Kosoff, Geitner & Cook, LLC
                                    650 Dundee Road, Suite 475
                                    Northbrook, Illinois 60062
                                    Telephone: (847) 291-0200
                                    Fax: (847) 291-9230
                                    E-mail: ckosoff@okgc.com