IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DONNIE R. BARRETT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No.: 08-3039 |
| | ) | |
| **MORGAN COUNTY SHERIFF** | ) | |
| **DEPARTMENT: ADMINISTRATOR** | ) | |
| **BRENT CHATHAM, CORRECTIONAL** | ) | |
| **OFFICERS, ALLEN MCCLLELAN,** | ) | |
| **RYAN NICHOLS** | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants Brent Chatham, Alan McClellan, and Ryan Nichols, by their attorneys Clifford G. Kosoff and George J. Casson, answer as follows the complaint of plaintiff Donnie R. Barrett:

1.    This is a civil action authorized by 42 U.S.C. Section §1983 to redress the deprivation, under color of State Law, of Rights secured by the Constitution of the United States. The Court has Juris diction [sic] under 28 U.S.C. Section §2201 and §2202.

**ANSWER:**    Defendants admit that this action is filed pursuant to 42 U.S.C. §1983 and that the court has jurisdiction. Defendants otherwise deny the allegations in paragraph 1.

2.    The United States District Court, Central District of Illinois is an appropriate venue under 28 U.S.C. Section §1331 (b)(2) because it is where the events giving rise to this claim occurred.

**ANSWER:**    Defendants admit that venue is appropriate in this court. Defendants otherwise deny the allegations in paragraph 2.

3.    PLAINTIFF, DONNIE R. BARRETT, is and was at all times mentioned herein a Pretrial Detainee of the State of Illinois, County of Morgan, in the custody of the Morgan County Sheriff Department/Detention Facility. Plaintiff, Donnie R. Barrett is currently in the custody of the DEPARTMENT OF HUMAN SERVICES, TREATMENT AND DETENTION FACILITY in RUSHVILLE, ILLINOIS.

**ANSWER:**     Defendants admit that plaintiff Donnie R. Barrett was a pretrial detainee in the Morgan County jail and in the custody of the Morgan County Sheriff during the period alleged in the complaint, March 2006 through June 2006.  Defendants admit on information and belief that plaintiff currently is in custody at the Rushville Detention Facility in Rushville, Illinois.  Defendants otherwise deny the allegations in paragraph 3.

4.     DEFENDANT, BRENT CHATHAM, is the Administrator/Supervisor of the Morgan County Detention Facility/County Jail.  He Defendant (Brent Chatham) is legally responsible for the operation of the Morgan County Detention Facility and for the welfare of all Pretrial Detainees of that County Jail.

**ANSWER:**     Defendants admit that defendant Brent Chatham is the Administrator of the Morgan County Jail.  Defendants otherwise deny the allegations in paragraph 4.

5.     DEFENDANT, ALLEN MCLLELAN, is a Correctional Officer of the Morgan County Detention Facility/County Jail who, at all times mentioned in this complaint [sic].

**ANSWER:**     Defendants admit that defendant Alan McClellan is a correctional officer at the Morgan County jail.  Defendants otherwise deny the allegations in paragraph 5.

6.     DEFENDANT, RYAN NICHOLS, is a Correctional Officer of the Morgan County Detention Facility/County Jail who, at all times mentioned in this complaint [sic].

**ANSWER:**     Defendants admit that defendant Ryan Nichols is a correctional officer at the Morgan County jail.  Defendants otherwise deny the allegations in paragraph 6.

7.     Each Defendant is sued individually and in their OFFICIAL CAPACITY.  At all times mentioned in this complaint each Defendant Acted under the Color of State Law.

**ANSWER:**     Defendants admit that plaintiff purports to sue each defendant individually and in his official capacity.  Defendants admit that they acted under color of state law when performing their duties at the Morgan County jail.  Defendants otherwise deny the allegations in paragraph 7.

8.     Place of the occurrence:  Morgan County Sheriff's Office/County Jail, 300 W. Court St., Jacksonville, Illinois, 62650.

        Date(s) of the occurrence:  March 2006 continued tell [sic] June 9, 2006.

        Beginning in March 2006 and it continued until June 2006, I was the subject of both verbal and Physical Abuse by the hands of another inmate (Jamie S. Curran) at the Morgan County Jail.  I had made numerous complaints both verbal and the Inmate Request and Grievance Forms to the Administrator Brent Chatham and Correction Officer Allen McCllelan before and throughout the times I was Physically Attacked and Seriously injured by inmate Curran.  I had informed other staffs [sic] about the notes being passed by correction officer Ryan Nichols through the bars of D-Block to inmate Jamie S. Curran.  Inmate Jamie S. Curran had stated to Correctional Officer Allen Mcllelan about hearing voices in his (Jamie S. Curran) head to "Kill someone".  This statement was made after official Court Documents giving information about the inmats [sic] such as Criminal Charges, case numbers, names, and Attoreys [sic] names where [sic] placed in the cell blocks of the Morgan County Jail, and the notes that was handed to inmate Curran by correctional officer Ryan Nichols.  Inmate Curran was placed back on his medication.  Inmate Curran had numerous Assaults against other inmates and staffs. [sic]

On June 9, 2006 after a formal complaint to the Administrator Brent Chatham to be moved from the threats and out of harms way, and informed Brent Chatham that correctional officer Allen McCllelan would not move me away from threats and out of harms way.  I was NEGLECTED by the staff of Morgan County Sheriff's Office/Detention Facility, and I was Physically Assaulted causing Physical Injure [sic] to the left orbit.  (See Exhibits A&B) for the FACTS of the Physical Injure [sic].

**ANSWER:**    Defendants deny the allegations in paragraph 8 and specifically deny that any

exhibits were attached to the complaint as served on defendants.

      9.     The [unsafe conditions, discrimination] and no equal protection violated plaintiff [Donnie R. Barrett]'s rights and constituted cruel and unusual punishment under the Eighth and Fourteenth Constitutional Amendments of the United States Constitution.

**ANSWER:**    Defendants deny the allegations in paragraph 9.

**<u>AFFIRMATIVE DEFENSES</u>**

**<u>FIRST AFFIRMATIVE DEFENSE</u>**

      As their first affirmative defense to the complaint of plaintiff Donnie R. Barrett,

defendants state as follows:

      The complaint fails to state a claim against any defendant upon which relief can be

granted.

## SECOND AFFIRMATIVE DEFENSE

As their second affirmative defense to the complaint of plaintiff Donnie R. Barrett, defendants state as follows:

Defendants have qualified immunity from liability for the damages claimed by plaintiff in that defendants did not knowingly violate clearly established constitutional rights of which a reasonable person would have known.

WHEREFORE, defendants Brent Chatham, Alan McClellan, and Ryan Nichols request that the court dismiss the complaint of plaintiff Donnie Barrett, enter judgment in favor of defendants and each of them, and award defendants their costs and attorneys' fees.

Respectfully submitted,

BRENT CHATHAM, ALAN MCCLELLAN and RYAN NICHOLS

By:    s/George J. Casson
George J. Casson # 0412627
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: gcasson@okgc.com

George J. Casson
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DONNIE R. BARRETT** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No.:  08-3039 |
| ) | |
| **MORGAN COUNTY SHERIFF** ) | |
| **DEPARTMENT:  ADMINISTRATOR** ) | |
| **BRENT CHATHAM, CORRECTIONAL** ) | |
| **OFFICERS, ALLEN MCCLLELAN,** ) | |
| **RYAN NICHOLS** ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2008, I electronically filed this Defendants' Answer and Affirmative Defenses with the Clerk of Court using the CM/ECF system and I hereby certify that on June 27, 2008 I mailed by United States Postal Service, the document to the following non-registered participant:

Donnie R. Barrett (*Pro Se*)
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1 Box 6A
Rushville, IL 62681

                                                               BRENT CHATHAM, ALLEN
                                                               MCCLLELAN and RYAN NICHOLS

                                            By:    s/George J. Casson
                                                      George J. Casson # 0412627
                                                        O'Halloran, Kosoff, Geitner & Cook, LLC
                                                        650 Dundee Road, Suite 475
                                                        Northbrook, Illinois 60062
                                                        Telephone:  (847) 291-0200
                                                        Fax: (847) 291-9230
                                                        E-mail:  gcasson@okgc.com