IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNIE R. BARRETT** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No.: 08-3039 |
| ) | |
| **MORGAN COUNTY SHERIFF** ) | |
| **DEPARTMENT: ADMINISTRATOR** ) | |
| **BRENT CHATHAM, CORRECTIONAL** ) | |
| **OFFICERS, ALLEN MCCLLELAN,** ) | |
| **RYAN NICHOLS** ) | |

## MOTION TO DISMISS

Defendants Brent Chatham, Alan McClellan, and Ryan Nichols, by their attorneys Clifford G. Kosoff and George J. Casson, respectfully move the court pursuant to Fed.R.Civ.P. 12(b)(6) to strike and dismiss certain of the claims presented in the complaint of plaintiff Donnie R. Barrett. In support of this motion, defendants state as follows:

1. This is an action brought *pro se* pursuant to 42 U.S.C. § 1983 by plaintiff Donnie R. Barrett, a former pretrial detainee in the Morgan County jail. The complaint is directed at Brent Chatham, Jail Administrator, and Correctional Officers Alan McClellan and Ryan Nichols, and claims that the defendants violated plaintiff's constitutional rights by failing to protect him from assault by another detainee. The plaintiff sues each defendant in both his individual capacity and his official capacity.

2. The complaint does not present an actionable claim for relief from the defendants in their official capacities because it fails to state the nature of plaintiff's claim against the defendants' municipal employer and fails to present any factual allegations with respect to the basis for the official-capacity claim.

3. The complaint does not state an actionable claim for relief against defendant Nichols in his individual capacity because it fails to state the nature of the claim against Nichols and fails to present any factual allegations with respect to the basis for such a claim.

4. Defendants are filing with the court a legal memorandum in support of this motion.

For the foregoing reasons, defendants Brent Chatham, Alan McClellan, and Ryan Nichols respectfully request that the court strike and dismiss from the complaint all claims directed against defendants in their official capacities and all claims directed against defendant Nichols.

    Respectfully submitted,

    BRENT CHATHAM, ALAN MCCLELLAN and RYAN NICHOLS

By:   s/George J. Casson
George J. Casson # 0412627
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: gcasson@okgc.com

George J. Casson
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DONNIE R. BARRETT** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 08-3039 |
| | ) |
| **MORGAN COUNTY SHERIFF** | ) |
| **DEPARTMENT: ADMINISTRATOR** | ) |
| **BRENT CHATHAM, CORRECTIONAL** | ) |
| **OFFICERS, ALLEN MCCLLELAN,** | ) |
| **RYAN NICHOLS** | ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2008, I electronically filed this Defendants' Motion to Dismiss with the Clerk of Court using the CM/ECF system and I hereby certify that on June 27, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Donnie R. Barrett (*Pro Se*)
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1 Box 6A
Rushville, IL 62681

                                                                           BRENT CHATHAM, ALLEN
                                                                           MCCLLELAN and RYAN NICHOLS

                                          By:    s/George J. Casson
                                                                  George J. Casson # 0412627
                                                                   O'Halloran, Kosoff, Geitner & Cook, LLC
                                                                   650 Dundee Road, Suite 475
                                                                   Northbrook, Illinois 60062
                                                                   Telephone: (847) 291-0200
                                                                   Fax: (847) 291-9230
                                                                   E-mail: gcasson@okgc.com