E-FILED
Monday, 14 July, 2008  10:58:58 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

DONNIE R. BARRETT )
    Plaintiff )
v. ) Case No. 08-3039
BRENT CHATHAM et al ) Honorable Judge
    Defendant(s) ) Harold A. Baker
) Presiding

PLAINTIFF'S ANSWER TO THE DEFENDANTS MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS MOTION TO DISMISS

    NOW comes the Plaintiff, DONNIE R. BARRETT, Acting Pro-Se, and Respectfully Request this Honorable Court to Deny Defendants Motion to Dismiss and Memorandum of Law in support of Defendants Motin to Dismiss. The Plaintiff states as follows:

  1. The Plaintiff is **NOT A LAWYER,** Nor does he have **EXPERIENCE IN LAW** Nor have a law DEGREE:

  2. The Plaintiff is suing the Defendants in their INDIVIDUAL CAPACITY as well as in their OFFICIAL CAPACITY;

  3. The Defendants Admit in their Response/Answer to the Plaintiff's Complaint that they were Acting under the Color of State Law, which is their Officiial Capacity;

  4. The Plaintiff does Accuse the Defendant Ryan Nichols of giving inmate James S. Curran who had assualted me (NOTES) through the bars of D-Block of the Morgan County Jail;

  5. The Plaintiff WROTE NUMEROUS Request/Grievance Forms and tryed VERBALLY NUMEROUS TIMES to the Defendants;

    A. Administrator BRENT CHATHAM

1

B. C/O ALLEN MCCLLELAN

C. C/O RYAN NICHOLS

About his(Plaintiff's) life being put in Jepordy/Danger by C/O Nichols and inmate James S. Curran, and my pleas and cries fell on DEAF EARS and was IGNORED. (see Exhibits A, Court Dockets) by placing these Dockets in D-Block gave the Defendants full knowledge that there was Substantial Risk of Serious Harm Directed at me(Plaintiff).

The Plaintiff was seriousely injured after I had Grieved the illicit actions of, C/O Nichols to the Administrator/Supervisor, Brent Chatham and C/O Allem McCllelan due to the FACT that C/O Ryan Nichols was passing notes to former inmate James S Curran, and the FACT that I did ask C/O Allen McCllelan verbally several time to be moved from TREATS and out of HARMS WAY for my safety.

WHEREFORE, For the Following reason the Plaintiff prays that this Honorable Court Denies the Defendants Motion to dismiss, and Memorandum of Law in support of Defendants to Dismiss.

Subscribed and Sworm before me

this 09 day of July

2008

*Sandra* (signature)
NOTARY PUBLIC

OFFICIAL SEAL
SANDRA J. HAYS
COMMISSION NO. 655223
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-11-2010

Respectfully submitted by:

Donnie R Barreto (signature)

Donnie R. Barrett Pro-Se
   DHS-TDF
R.R.#1, Box 6A
Rushville, Il. 62681-9788

2