# United States District Court

CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DONNIE R. BARRETT            )
                             )
        Plaintiff,           )    No. 08 C 3039
                             )
  vs.                        )
                             )    Honorable Judge
                             )    Harold A Baker
Chatham et al.               )    Presiding
                             )
        Defendants.          )

NOTICE OF FILING

TO:   (Service list attached)

   I, Donnie R. Barrett, state that I served copies of the document to which this notice is attached upon the attorneys of record for said parties by enclosing the same in sealed envelopes plainly addressed as is disclosed by the pleadings of record herein and by depositing such envelopes in the box designated for the United States Mail at the Rushville Treatment and Detention Facility, located in Rushville, Illinois, to have appropriate postage affixed thereon, on this ___09___ day of ___July___, 20_08_.

                                    _Donnie R. Barrett_
                                    Donnie R. Barrett, Pro Se

Donnie R. Barrett
DHS/TDF
R.R.#1, BOX 6A
Rushville, IL  62681-9788

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE R. BARRETT ) | |
| ) | |
| Plantiff ) | |
| ) | |
| v. ) | Case No. 08-3039 |
| ) | |
| BRENT CHATHAM et al ) | |
| ) | Honorable Judge |
| Defendant(s) ) | Harold A. Baker |
| ) | Presiding |

## SERVICE LIST

**TO:**

**DEFENDANTS ATTORNEY**

George J. Casson
O'Halloran, Kosoff, Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062


**UNITED STATES DITRICT COURT**
Central District Of Illinois
Office of The Clerk
151 U.S. Courthouse
600 East Monroe St.
Springfield, Illinois 62701

1