# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE R. BARRETT ) | |
| Plaintiff ) | |
| ) | MOTION FOR |
| -VS- ) | APPOINTMENT OF |
| ) | COUNSEL |
| MORGAN COUNTY SHERIFF ) | |
| DEPARTMENT: ) | CASE NO. 08-3039 |
| ADMINISTRATOR, BRENT CHATHAM, ) | |
| CORRECTIONAL OFFICERS, ALLEN ) | |
| McCLLELAN, RYAN NICHOLS ) | |
| ) | |
| Defendants ) | |

FILED
JUL 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Pursuant to 28 U.S.C.§ 1915 (e)(1) plaint1ff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in [forma pauperis. **GRANTED**]

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited or no access to the law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting testimony and that counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain counsel to represent him in this case. Attached to this motion are the letters from each Counsel who are not interested in representing the Plaintiff in this matter.

WHEREFORE, THE plaintiff respectfully prays that this Court grants this Motion for Appointment of Counsel in and for this matter.

Date
07/09/08

Signature
*Donnie R. Barrett*
Donnie R. Barrett
DHS-Treatment and
Detention Facility
R.R. 1, Box 6A
RUSHVILLE, ILLINOIS
    62681-9788

## VERIFICATION OF CERTIFICATION

I, DONNIE R. BARRETT, the undersigned, certify and state that:

1. I am the Plaintiff in the above captioned legal matter;

2. I have read the foregoing document and have knowledge of its content; and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify and I believe the same to be true.

_____
Donnie R. Barrett, Plaintiff, Pro Se


Donnie R. Barrett
DHS/TDF
R.R.#1, BOX 6A
Rushville, IL  62681-9788

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
MORGAN COUNTY, ILLINOIS

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, April 5, 2006,** at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, April 10, 2006.** Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, April 11, 2006.** The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

## TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *03-CF-164 | Amanda Jo Rogers | Endangering Child | Piper | |
| *03-CF-165 | Darryl D. Williams | Murder | Hankins | |
| *04-CF-106 | Ladonna M. Barker | Poss. Meth. Manuf. Chem. | Cahnman | |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | |
| *05-CF-63 | Tony M. Davis | Murder | Hankins | |
| *05-CF-69 | Barbara M. Dawdy | Poss. Cont. Substance | Piper | |
| *05-CF-100 | David W. Anders | Retail Theft | Coonrod | |
| *05-CF-119 | Roger W. Vance | Pred. Crim. Sex. Assault | Hankins | |
| *05-CF-124 & TR | Michael B. Wilson | Unl. Del. Cocaine | Hankins | |
| *05-CF-136 | Nelson A. Young | Murder | Piper | |
| *05-CF-139 | Rocky D. Joseph | Unl. Del. Cannabis | Costello | |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | |
| *05-CF-149,50,51 | Kirk L. Willingham | Crim. Sex. Assault | Hankins | |
| *05-CF-156 | Wesley D. Henline | Drug Conspiracy | Piper | |
| *05-CF-190 | Holly M. Kirkpatrick | Poss. Cont. Substance | Hankins | |
| *05-CF-197 | Chris A. Brady | Manuf. Methamphetamine | Piper | |
| *05-CF-200 | Loretta N. Roberts | Manuf. Methamphetamine | Piper | |
| *05-CF-203 | Gregory A. Adams | Armed Robbery | Leefers | |
| *05-CF-207 | Joshua S. Gerecke | Crim. Dam. Govt. Property | Hurst | |
| *05-CF-211 | Ralph S. Reynolds, III | Del. Cannabis, etc. | Leefers | |
| 05-CF-213 | Trevon L. Walton | Home Invasion, etc. | Cruse | |
| *05-CF-216 | Adam M. Besterfeldt | Del. Cannabis | Leefers | |
| *05-CF-220 | Terris A. Miller | Distrib. Look-Alike Sub. | Hankins | |
| *05-CF-222 & TR | Michael J. Jackson | Poss. Cont. Substance | Piper | |
| *05-CF-230 | Renea Berndt | Armed Robbery | Piper | |
| *06-CF-1 | Tyshawn G. Barnes | Del. Cannabis | Piper | |
| *06-CF-3 | Adam Besterfeldt | Del. Cannabis | Leefers | |
| 06-CF-11 | Deanna M. Sappington | Poss. Meth. Precursor | Piper | |
| *06-CF-14 | Brandon A. Hunt | Contraband Penal Inst. | Piper | |
| 06-CF-16 | Tavarus Chisolm | Poss. Cont. Substance | Piper | |
| 06-CF-21,23 | Donnie R. Barrett | Fail. Report Sex Off., etc. | Piper | |
| 06-CF-24 | Lisa M. Robinson | Agg. Battery | Kesinger | |
| 06-CF-26 | Lenny M. Stanyer | Permit Sex. Abuse Child | Piper | |
| 06-CF-30 | Randy R. Stone | Manuf. Methamphetamine | Piper | |

C19

## TO BE CALLED AT 9 A.M. (CONTINUED):

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| 06-CF-31 | April D. Woods | Manuf. Methamphetamine | Piper | |
| 06-CF-36 | David W. Miller | Agg. Manuf. Meth., etc. | Piper | |
| *05-CM-464 | Charles Jackson | Resisting Peace Officer | Hankins | |
| *05-CM-536 | James A. McGowan | Resisting Peace Officer | Hankins | |
| 06-CM-81 | Trevon L. Walton | Poss/Cons. Alcohol Minor | Kesinger | |

## TO BE CALLED AT 1:30 P.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *05-CF-198 | Garrett G. Helton | Manuf. Methamphetamine | Clough | |
| *05-CF-202 & TR | James L. Trotter | Poss. Meth. Manuf. Chem. | Clough | |
| *05-CF-224 | Jehrod P. Owen | Theft | Clough | |
| *05-CF-231 | Jamie S. Curran | Armed Robbery | Clough | |
| 06-CF-9 | Richard W. Moore | Meth. Precursor | Clough | |
| *06-CF-18 | Jehrod P. Owen | Crim. Dam. Govt. Prop. | Clough | |
| 03-CM-777 | William H. McDade | Deceptive Practice | Clough | |
| *04-CM-59 | Robert A. Seaman | Battery | Bonjean | |
| *04-CM-253+ TR | John C. Turley | Poss/Cons. Alcohol Minor | Hankins | |
| *05-CM-24,89 | Christopher Willis | Viol. Order Protection, etc. | Clough | |
| *05-CM-382 | Michael L. Eyer | Battery | Clough | |
| *05-CM-399 | Jeremy D. Wilson | Resisting Peace Officer | Piper | |
| *05-CM-409,420 | Will Harris, Jr. | Disorderly Conduct, etc. | Clough | |
| *05-CM-507 | Melissa J. Johnson | Contrib. Delinquency Minor | Clough | |
| *05-CM-589 | Steven S. Overton | Dom. Battery | Clough | |
| 05-CM-629 | Tina M. Watkins | Battery, etc. | Clough | |
| *05-CM-653 | Dane P. Devries | Poss. Drug Paraph., etc. | Clough | |
| *05-CM-670 | Angela D. Lomelino | Dom. Battery | Clough | |
| *05-CM-683 | Trenton E. Smith | Resisting Peace Off., etc. | Leefers | |
| *05-CM-691 | Jon A. Crain | Dom. Battery | Clough | |
| *05-CM-692 | Robin L. Winder | Crim. Dam. Property | Clough | |
| *05-CM-708 | Michael E. Long | Viol. Order Protection | Leefers | |
| *05-CM-716 | James F. Wallbaum | Dom. Battery | Clough | |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | |
| *06-CM-19 | Mia S. Perry | Theft | Clough | |
| 06-CM-27 | Gary W. Woods | Resisting Peace Officer | Clough | |
| 06-CM-33 | Warren E. Myers | Contrib. Delinquency Minor | | |
| 06-CM-37 | Marilena Monier | Theft | Hankins | |
| 06-CM-38 | David Jeckel | Theft | Clough | |
| *06-CM-43 | Richard E. Mansfield | Poss. Cannabis | Clough | |
| *06-CM-45 | Shannon J. White | Resisting Peace Off. | Clough | |
| 06-CM-48 | John F. Rozycke | Dom. Battery | Clough | |
| 06-CM-52 | Brittany Shingleton | Poss. Cannabis | Clough | |
| 06-CM-55 | Lucas Z. Cantrell | Poss/Cons. Alcohol Minor | Hankins | |
| 06-CM-59 | Billy R. Long | Poss/Cons. Alcohol Minor | Hurst | |
| 06-CM-60 | Kendra L. Bright | Battery | Clough | |
| 06-CM-62 | Karl V. Miller | Poss. Cannabis | Clough | |
| 06-CM-63 | Bud R. Sleek | Battery | Clough | |
| 06-CM-65 | Kevin A. Tasco | Battery | Clough | |

**TO BE CALLED AT 1:30 P.M. (CONTINUED):**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| 06-CM-72 | Jamar White | Resisting Peace Off. | Clough | |
| 06-CM-78 & TR | Karen S. Hayes | Resisting Peace Off. | Clough | |
| 06-CM-79 | Frederick J. Scogin | Crim. Dam. Property | Clough | |
| 06-CM-85 | Daniel R. Hamilton | Poss. Drug Paraph. | Robinson | |
| 06-CM-88 | Kendra A. Scoggins | Dom. Battery | Clough | |
| 06-CM-94 | Brittany Shingleton | Poss. Drug Paraph. | Clough | |
| 06-CM-98 | James L. Trotter | Poss. Drug Paraph. | Clough | |
| *04-DT-40 | Danny R. Wood | DUI | Bonjean | |

*Indicates continued from previous setting.

Entered:  March 17, 2006

_____
Judge

**FILED**
MAR 17 2006
THERESA LONERGAN
Clerk of Circuit Court Morgan Co. IL

Page 3

C21    3-of-17

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
MORGAN COUNTY, ILLINOIS

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, May 3, 2006,** at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, May 8, 2006.** Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, May 9, 2006.** The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

## TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *03-CF-165 | Darryl D. Williams | Murder | Hankins | |
| *04-CF-106 | Ladonna M. Barker | Poss. Manuf. Chemical | Cahnman | |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | |
| *05-CF-63 | Tony M. Davis | Murder | Hankins | |
| *05-CF-69 | Barbara M. Dawdy | Poss. Cont. Substance | Piper | |
| *05-CF-119 | Roger W. Vance | Pred. Crim. Sex. Assault | Hankins | |
| *05-CF-124 & TR | Michael B. Wilson | Del. Cocaine | Hankins | |
| *05-CF-136 | Nelson A. Young | Murder | Piper | |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | |
| *05-CF-160 | Joe L. Mason | Poss. Cont. Substance | Piper | |
| *05-CF-190 | Holly M. Kirkpatrick | Poss. Cont. Substance | Hankins | |
| 05-CF-214 | Jevon K. Walton | Home Invasion | Cruse | |
| *05-CF-230 | Renea Berndt | Armed Robbery | Piper | |
| *06-CF-16 | Tavarus Chisolm | Poss. Cont. Substance | Piper | |
| 06-CF-19 & TR | Kevin J. Kennedy | DUI | Hankins | |
| 06-CF-20 | Justin M. Horn | Poss. Methamphetamine | Hurst | |
| *06-CF-21,23 | Donnie R. Barrett | Fail. Report Sex Off., etc. | Piper | |
| 06-CF-25 | Torres Jose Rodriguez | False Application | Piper | |
| 06-CF-26 | Lenny M. Stanyer | Permit Sex. Abuse Child | Piper | |
| *06-CF-31 | April D. Woods | Meth. Manuf. | Piper | |
| 06-CF-32 | Heidi K. Lair | Escape | Piper | |
| *06-CF-36 | David W. Miller | Agg. Meth., etc. | Piper | |
| 06-CF-37 | Christopher L. Henry | Del. Cannabis | Hankins | |
| 06-CF-38 | Bradley A. Schutz | Burglary | Piper | |
| 06-CF-39 | Walter S. Snodgrass | Forgery | Piper | |
| 06-CF-42 | Brooke N. Billings | Forgery | Rammelkamp | |
| 06-CF-45 | Kellie M. Stephenson | Agg. Battery | Piper | |
| 06-CF-46 | Kelly R. Large | Retail Theft | Piper | |
| 06-CF-50 | Justin M. Clayton | Burglary | Piper | |
| *05-CM-464 | Charles Jackson | Resisting Peace Off. | Hankins | |
| *05-CM-536 | James A. McGowan | Resisting Peace Off. | Hankins | |
| 05-CM-682 | Jevon K. Walton | Resisting Peace Off. | Cruse | |
| 06-CM-5 | Kevin J. Kennedy | Poss. Cannabis | Hankins | |
| 06-CM-80 | Jevon K. Walton | Poss./Cons. Alcohol Minor | Cruse | |

C22

4-of-17

**TO BE CALLED AT 1:30 P.M.:**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *04-DT-40 | Danny R. Wood | DUI | Bonjean | |
| *05-CF-198 | Garrett G. Helton | Manuf. Methamphetamine | Clough | |
| *05-CF-231 | Jamie S. Curran | Armed Robbery | Clough | |
| *06-CF-30 | Randy R. Stone | Manuf. Methamphetamine | Clough | |
| 06-CF-49 | Dustin R. Cook | Burglary | Clough | |
| *04-CM-59 | Robert A. Seaman | Battery | Bonjean | |
| *04-CM-253 & TR | John C. Turley | Poss./Cons. Alcohol Minor | Hankins | |
| *05-CM-24,89 | Christopher W. Willis | Viol. Order Protection, etc. | Clough | |
| *05-CM-382 | Michael L. Eyer | Battery | Clough | |
| *05-CM-409 & TR | Will Harris, Jr. | Disorderly Conduct, etc. | Clough | |
| *05-CM-420 | Will Harris, Jr. | Reckless Conduct | Clough | |
| *05-CM-507 | Melissa J. Johnson | Contrib. Delinquency Child | Clough | |
| *05-CM-589 | Steven S. Overton | Domestic Battery | Clough | |
| *05-CM-683 | Trenton E. Smith | Resisting Peace Off., etc. | Leefers | |
| *05-CM-708 | Michael E. Long | Viol. Order Protection | Leefers | |
| *05-CM-716 | James F. Wallbaum | Dom. Battery | Clough | |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | |
| *06-CM-45 | Shannon J. White | Resisting Peace Officer | Clough | |
| *06-CM-55 | Lucas Z. Cantrell | Poss./Cons. Alcohol Minor | Hankins | |
| *06-CM-62 & TR | Karl V. Miller | Poss. Cannabis | Clough | |
| *06-CM-63 | Bud R. Sleek | Battery | Clough | |
| *06-CM-79 | Frederick J. Scogin | Crim. Dam. Property | Clough | |
| 06-CM-87 | Jonathan Jones | Crim. Dam. Property | Clough | |
| 06-CM-96 | Kimberly G. Walden | Poss. Drug Paraph. | Clough | |
| 06-CM-106 | John W. Ehrman, Jr. | Retail Theft | Clough | |
| 06-CM-107 | Chad R. Hartz | Theft | Hankins | |
| 06-CM-116 | Chiraq B. Patel | Unl. Sale Alcohol Minor | Hurst | |
| 06-CM-118 | Jaimineeben B. Patel | Unl. Sale Alcohol Minor | Hurst | |
| 06-CM-126 | James L. Kaptena | Viol. Order Protection | Clough | |
| 06-CM-127 | George Maddox | Crim. Dam. Property | Clough | |
| 06-CM-128 | Terry L. Dietsch | Battery | Clough | |

*Indicates continued from previous setting.

Entered: April 17, 2006

_____
Judge

FILED
APR 18 2006

THERESA LONERGAN
Clerk of Circuit Court Morgan Co. IL

Page 2    5-of-17
C23

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
MORGAN COUNTY, ILLINOIS

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, June 7, 2006,** at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, June 12, 2006.** Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, June 13, 2006.** The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

## TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *95-CF-106 | Demetrius Taylor | Mob Action | Piper | |
| *03-CF-164 | Amanda Jo Rogers | Endangering Child | Piper | |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | |
| *05-CF-63 | Tony M. Davis | Murder | Hankins | |
| ~~*05-CF-69~~ | ~~Barbara M. Dawdy~~ | ~~Poss. Cont. Substance~~ | Piper | |
| 05-CF-83 | Christopher D. Coats | Poss. Cont. Substance | Piper | |
| *05-CF-124 | Michael B. Wilson | Del. Cocaine | Hankins | |
| *05-CF-139 | Rocky D. Joseph | Del. Cannabis | Costello | |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | |
| *05-CF-149 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-150 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-151 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-190 | Holly M. Kirkpatrick | Poss. Cont. Substance | Hankins | |
| *05-CF-211 | Ralph S. Reynolds, III | Del. Cannabis | Leefers | |
| *05-CF-213 | Trevon L. Walton | Home Invasion | Cruse | |
| 05-CF-214 | Jevon K. Walton | Home Invasion | Cruse | |
| *05-CF-216 | Adam Besterfeldt | Del. Cannabis | Leefers | |
| *05-CF-220 | Terris A. Miller | Del. Look-Alike Sub. | Hankins | |
| *05-CF-221 & TR | Adam Oakley | Del. Cannabis | Piper | |
| *05-CF-228 | Adam Oakley | Poss. Methamphetamine | Piper | |
| *05-CF-230 | Renea Berndt | Armed Robbery | Schlosser | |
| *06-CF-3 | Adam Besterfeldt | Del. Cannabis | Leefers | |
| 06-CF-6 & TR | Michael B. Wilson | Home Invasion | Hankins | |
| *06-CF-16 | Tavarus Chisolm | Poss. Cont. Substance | Piper | |
| *06-CF-19 & TR | Kevin J. Kennedy | DUI | Hankins | |
| *06-CF-20 | Justin M. Horn | Poss. Methamphetamine | Hurst | |
| *06-CF-21 | Donnie R. Barrett | Fail Report Sex. Offender | Piper | |
| *06-CF-23 | Donnie R. Barrett | Pred. Crim. Sexual Assault | Piper | |
| *06-CF-24 | Lisa M. Robinson | Agg. Battery | Kesinger | |
| *06-CF-25 | Torres Jose Rodriguez | False Application | Piper | |
| *06-CF-26 | Lenny M. Stanyer | Permit Sexual Abuse Child | Piper | |
| 06-CF-27 | Demetrius Woods | Obstr. Justice | Piper | |
| ~~*06-CF-31~~ | ~~April D. Woods~~ | ~~Manuf. Meth.~~ | Piper | |

C24

**TO BE CALLED AT 9 A.M. (continued):**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *06-CF-32 | Heidi K. Lair | Escape | Piper | |
| *06-CF-37 | Christopher L. Henry | Del. Cannabis | Hankins | |
| *06-CF-38 | Bradley A. Schutz | Burglary | Piper | |
| *06-CF-39 | Walter Snodgrass | Forgery | Piper | |
| 06-CF-40 | Angela Shamblin | Forgery | Piper | |
| 06-CF-44 | Jody L. Rees | False Alarm | Piper | |
| *06-CF-45 | Kellie Stephenson | Agg. Battery | Piper | |
| *06-CF-46 | Kelly R. Large | Retail Theft | Piper | |
| 06-CF-52 & TR | Robert M. Dillon | Agg. DUI | Piper | |
| 06-CF-53 | Jeremie D. Stone | Meth. Production | Piper | |
| 06-CF-54 | Mia S. Perry | State Benefit Fraud | Piper | |
| 06-CF-55 | Justin Layne | Res. Burglary | Piper | |
| 06-CF-56 & TR | Joshua E. Cowden | Res. Burglary | Hankins | |
| 06-CF-57 & TR | James G. Lovekamp | Obstr. Justice | Piper | |
| 06-CF-59 | Gina J. Rosenberger | Poss. Cont. Substance | Piper | |
| 06-CF-60 | Gordon H. Elmore | Retail Theft | Piper | |
| 06-CF-63 | Richard A. Morris | Misuse Credit Card | Piper | |
| 06-CF-65 | Ashley A. Wilson | Forgery | Piper | |
| 06-CF-71 & TR | Mary L. Moore | Theft | Piper | |
| *05-CM-464 | Charles Jackson | Resisting Peace Officer | Hankins | |
| *05-CM-536 | James A. McGowan | Resisting Peace Officer | Hankins | |
| *05-CM-682 | Jevon K. Walton | Resisting Peace Officer | Cruse | |
| *06-CM-5 | Kevin J. Kennedy | Poss. Cannabis | Hankins | |
| *06-CM-19 | Mia S. Perry | Theft | Piper | |
| *06-CM-80 | Jevon K. Walton | Poss./Cons. Alcohol Minor | Cruse | |
| 06-CM-81 | Trevon L. Walton | Poss./Cons. Alcohol Minor | Cruse | |
| 06-CM-100 | Jody L. Rees | Disorderly Conduct | Piper | |
| 06-CM-148 | Demetrius Woods | Resisting Peace Officer | Piper | |
| 06-CM-172 | Heidi K. Lair | Crim. Trespass Land | Piper | |

**TO BE CALLED AT 1:30 P.M.:**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *05-CF-198 | Garrett G. Helton | Manuf. Methamphetamine | Clough | |
| *05-CF-231 | Jamie S. Curran | Armed Robbery | Clough | |
| *06-CF-30 | Randy R. Stone | Manuf. Methamphetamine | Clough | |
| 06-CF-61 | Earl VanHooser | Retail Theft | Clough | |
| 06-CF-66 | Brent E. Hayes | Agg. Battery | Clough | |
| *04-CM-253 & TR | John C. Turley | Poss./Cons. Alcohol Minor | Hankins | |
| *05-CM-24 | Christopher Willis | Viol. Order Protection | Clough | |
| *05-CM-89 | Christopher Willis | Resisting Peace Officer | Clough | |
| *05-CM-382 | Michael L. Eyer | Battery | Clough | |
| *05-CM-399 | Jeremy D. Wilson | Resisting Peace Officer | Piper | |
| *05-CM-409 | Will Harris Jr. | Disorderly Conduct | Clough | |
| *05-CM-420 | Will Harris Jr. | Reckless Conduct | Clough | |

**TO BE CALLED AT 1:30 P.M. (cont.)**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *05-CM-589 | Steven Overton | Domestic Battery | Clough | |
| *05-CM-683 | Trenton E. Smith | Resisting Peace Officer | Leefers | |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | |
| *06-CM-45 | Shannon J. White | Resisting Peace Officer | Clough | |
| *06-CM-55 | Lucas Cantrell | Poss./Cons. Alcohol Minor | Hankins | |
| *06-CM-63 | Bud R. Sleek | Battery | Clough | |
| *06-CM-96 | Kimberly Walden | Poss. Drug Paraphernalia | Clough | |
| *06-CM-107 | Chad R. Hartz | Theft | Hankins | |
| 06-CM-123 | Jon M. Evans | Poss. Drug Paraphernalia | Hankins | |
| *06-CM-126 | James L. Kaptena | Viol. Order Protection | Clough | |
| *06-CM-127 | George Maddox | Crim. Dam. Property | Clough | |
| *06-CM-128 | Terry L. Dietsch | Battery | Clough | |
| 06-CM-131 | Vonnice F. Hart | Resisting Peace Officer | Clough | |
| 06-CM-140 | Troy E. McDade | Domestic Battery | Clough | |
| 06-CM-141 | James L. Kaptena | Theft | Clough | |
| 06-CM-151 | James L. Kaptena | Theft | Clough | |
| 06-CM-153 | Roxanna L. Williams | Harassment by Telephone | Clough | |
| 06-CM-158 | James H. Six | Theft | Clough | |
| *04-DT-40 | Danny R. Wood | DUI | Bonjean | |

*Indicates continued from previous setting.

Entered: May 15, 2006

_____
Judge

**FILED**

MAY 1 5 2006

THERESA LONERGAN
Clerk of Circuit Court Morgan Co. IL

Page 3    8-of-17
C25

## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## MORGAN COUNTY, ILLINOIS

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, July 5, 2006**, at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, July 10, 2006.** Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, July 11, 2006.** The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

### TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *04-CF-106 | Ladonna M. Barker | Poss. Meth. Manuf. Chemical | Cahnman | |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | |
| *05-CF-69 | Barbara M. Dawdy | Poss. Cont. Substance | Piper | |
| *05-CF-124 | Michael B. Wilson | Del. Cocaine | Hankins | |
| *05-CF-136 | Nelson A. Young | Murder | Piper | |
| *05-CF-139 | Rocky D. Joseph | Del. Cannabis | Costello | |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | |
| *05-CF-149 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-150 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-151 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-220 | Terris A. Miller | Del. Look-Alike Substance | Hankins | |
| *05-CF-221 & TR | Adam D. Oakley | Del. Cannabis | Piper | |
| *05-CF-228 | Adam D. Oakley | Poss. Meth | Piper | |
| *06-CF-6 & TR | Michael Wilson | Home Invasion | Hankins | |
| *06-CF-19 & TR | Kevin J. Kennedy | DUI | Hankins | |
| *06-CF-20 | Justin M. Horn | Poss. Methamphetamine | Hurst | |
| *06-CF-21 | Donnie R. Barrett | Fail Report Sex Offender | Piper | |
| *06-CF-23 | Donnie R. Barrett | Pred. Crim. Sex Assault | Piper | |
| *06-CF-24 | Lisa M. Robinson | Agg. Battery | Kesinger | |
| *06-CF-26 | Lenny M. Stanyer | Permit Sexual Abuse Child | Piper | |
| *06-CF-27 & TR | Demetrius W. Woods | Obstr. Justice | Piper | |
| *06-CF-31 | April D. Woods | Meth Manuf. | Piper | |
| *06-CF-39 | Walter Snodgrass | Forgery | Piper | |
| *06-CF-44 | Jody L. Rees | False Alarm | Piper | |
| *06-CF-45 | Kellie M. Stephenson | Agg. Battery | Piper | |
| *06-CF-52 & TR | Robert M. Dillon | Agg. DUI | Piper | |
| *06-CF-53 | Jeremie D. Stone | Meth Manuf. | Piper | |
| *06-CF-54 | Mia S. Perry | State Benefits Fraud | Piper | |
| *06-CF-56 & TR | Joshua E. Cowden | Res. Burglary | Hankins | |
| *06-CF-57 & TR | James G. Lovekamp | Obstr. Justice | Piper | |
| *06-CF-59 | Gina J. Rosenberger | Poss. Cont. Substance | Piper | |
| 06-CF-70 & TR | Jacob M. Hall | Poss. Cont. Substance | Piper | |

**TO BE CALLED AT 9 A.M. (continued):**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| 06-CF-72 & TR | Douglas C. Burns | Crim. Dam. Gov. Property | Piper | |
| 06-CF-73 | Rebecca A. Stewart | False Report of Offense | Kesinger | |
| 06-CF-75 | Lee A. Gilbert | Burglary | Piper | |
| 06-CF-76 | Brenda L. Crane | Retail Theft | Piper | |
| 06-CF-77 | Danny E. Perry | Burglary | Piper | |
| 06-CF-78 | Angela M. White | Retail Theft | Piper | |
| 06-CF-79 | Jeffrey D. McCready | Impersonation Police Off. | Piper | |
| 06-CF-81 | James D. Credit | Retail Theft | Piper | |
| 06-CF-82 | Jessica N. Smith | Poss. Cont. Substance | Piper | |
| 06-CF-85 & TR | Christopher J. Walker | Meth Manuf. | Piper | |
| 06-CF-86 & TR | Wesley D. Henline | Meth Manuf. | Kesinger | |
| 06-CF-88 | Derrick A. Bell | Reckless Disch. Firearm | Piper | |
| 06-CF-89 | Andrew W. Nunes | Poss. Cont. Substance | Piper | |
| *05-CM-464 | Charles Jackson | Resisting Peace Off. | Hankins | |
| *05-CM-536 | James A. McGowan | Resisting Peace Off. | Hankins | |
| *06-CM-5 | Kevin J. Kennedy | Poss. Cannabis | Hankins | |
| *06-CM-19 | Mia S. Perry | Theft | Piper | |
| *06-CM-100 | Jody L. Rees | Disorderly Conduct | Piper | |
| *06-CM-148 | Demetrius W. Woods | Resisting Peace Off. | Piper | |

**TO BE CALLED AT 1:30 P.M.:**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *04-DT-40 | Danny Wood | DUI | Bonjean | |
| *05-CF-198 | Garrett G. Helton | Meth Manuf. | Clough | |
| *05-CF-231 | Jamie S. Curran | Armed Robbery | Clough | |
| *06-CF-30 | Randy R. Stone | Meth Manuf. | Clough | |
| *06-CF-36 | David W. Miller | Agg. Meth Manuf. | Clough | |
| 06-CF-43 | Jennifer S. White | False Alarm | Clough | |
| *06-CF-61 | Earl D. VanHooser | Retail Theft | Clough | |
| 06-CF-80 | Hollye L. Wilson | Poss. Meth | Clough | |
| *05-CM-24 | Christopher Willis | Viol. Order Prot. | Clough | |
| *05-CM-89 | Christopher Willis | Resisting Peace Off. | Clough | |
| *05-CM-382 | Michael L. Eyer | Battery | Clough | |
| *05-CM-409 & TR | Will Harris, Jr. | Disorderly Conduct | Clough | |
| *05-CM-420 | Will Harris, Jr. | Reckless Conduct | Clough | |
| *05-CM-589 | Steven S. Overton | Domestic Battery | Clough | |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | |
| *06-CM-45 | Shannon J. White | Resisting Peace Off. | Clough | |
| *06-CM-55 | Lucas Z. Cantrell | Poss./Cons. Alcohol Minor | Hankins | |
| *06-CM-63 | Bud R. Sleek | Battery | Clough | |
| *06-CM-88 | Kendra A. Scoggins | Dom. Battery | Clough | |
| 06-CM-90 | Randy R. Foster | Dis. Conduct | Clough | |
| *06-CM-96 | Kimberly G. Walden | Poss. Drug Paraph., etc. | Clough | |
| 06-CM-102 | David R.L. Maynard | Poss. Drug Paraph. | Gillingham | |

C 26

**TO BE CALLED AT 1:30 P.M. (continued):**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| 06-CM-103 | Charles B. Cox, IV | Poss. Drug Paraph. | Clough | |
| *06-CM-107 | Chad R. Hartz | Theft | Hankins | |
| *06-CM-128 | Terry L. Dietsch | Battery | Clough | |
| *06-CM-153 | Roxanna L. Williams | Harassment by Telephone | Clough | |
| *06-CM-158 | James H. Six | Theft | Clough | |
| 06-CM-160 | Jason M. Penner | Resisting Peace Off. | Clough | |
| 06-CM-161 | Stoney L. Claybrook | Resisting Peace Off. | Clough | |
| 06-CM-162 | Ralph P. Rodriguez | Disorderly Conduct | Clough | |
| 06-CM-163 | Kim Smith | Theft | Rammelkamp | |
| 06-CM-168 | Brandon E. Dossett | Crim. Dam. Property | Leefers | |
| 06-CM-170 | Roger W. Thady | Resisting Peace Off. | Clough | |
| 06-CM-173 | Kyle A. Turner | Theft | Clough | |
| 06-CM-176 | Kimberly K. Murray | Disorderly Conduct | Kesinger | |
| 06-CM-177 | Willie J. Coleman | Viol. Order Prot. | Clough | |
| 06-CM-180 | James E. Havens | Poss. Cannabis | Piper | |
| 06-CM-189 | Ryan K. Landes | Poss. Drug Paraph. | Clough | |
| 06-CM-200 | Brian L. Mogg | Agg. Assault | Hankins | |
| 06-CM-210 | Keelen D. Dixon | Poss. Cannabis | Clough | |
| 06-CM-216 | Sherry L. Barlow | Poss. Drug Paraph. | Clough | |
| 06-CM-218 | David A. Gates | Resisting Peace Off. | Clough | |
| 06-CM-224 | Ronald W. Cox | Dis. Conduct | Hurst | |
| 06-CM-228 | Angelia D. Ratliff | Theft | Clough | |
| 06-CM0232 | Robert L. Sprague | Battery | Clough | |
| 06-CM-233 | Jody R. McComas | Dom. Battery | Clough | |
| 06-CM-234 | Steven J. Self | Dom. Battery | Clough | |
| 06-CM-237 | Travis A. Jones | Battery | Clough | |
| 06-CM-238 | Willie J. Coleman | Viol. Order Prot. | Clough | |
| 06-CM-239 | Scott A. Moeller | Theft | Clough | |
| 06-CM-242 | Chris E. Lear | Poss./Cons. Alcohol Minor | Clough | |
| 06-CM-243 | Walter L. Traughber | Poss. Drug Paraph. | Piper | |
| 06-CM-244 | Shaw M. Berry | Resisting Peace Off. | Clough | |
| 06-CM-245 | Derrick R. Walker | Resisting Peace Off. | Clough | |
| 06-CM-246 | Kimberly K. Murray | Resisting Peace Off. | Clough | |
| 06-CM-248 | Moana S. Lou | Disorderly Conduct | Clough | |

*Indicates continued from previous setting.

Entered:   June 19, 2006

FILED
JUN 19 2006
THERESA LONERG-
Clerk of Circuit Court Mor-

Richard T. Mitchell
Circuit Judge

Page 3      11-of-17

C27

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
MORGAN COUNTY, ILLINOIS

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, August 2, 2006,** at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, August 7, 2006.** Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, August 8, 2006.** The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

### TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *03-CF-164 | Amanda Jo Rogers | Endanger Child | Piper | |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | |
| *05-CF-69 | Barbara M. Dawdy | Poss. Cont. Substance | Piper | |
| *05-CF-124 & TR | Michael B. Wilson | Unl. Del. Cocaine | Hankins | |
| *05-CF-139 | Rocky D. Joseph | Unl. Del. Cannabis | Costello | |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | |
| *05-CF-149 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-150 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-151 | Kirk L. Willingham | Crim. Sexual Assault | Hankins | |
| *05-CF-213 | Trevon L. Walton | Home Invasion | Cruse | |
| *05-CF-214 | Jevon K. Walton | Home Invasion | Cruse | |
| 05-CF-215 | Joshua E. Wilson | Home Invasion, etc. | Kesinger | |
| *05-CF-220 & TR | Terris A. Miller | Del. Look-Alike Substance | Hankins | |
| *05-CF-221 & TR | Adam D. Oakley | Unl. Del. Cannabis | Piper | |
| *05-CF-228 | Adam D. Oakley | Poss. Methamphetamine | Piper | |
| 05-CF-230 | Renea Berndt | Armed Robbery | Schlosser | |
| *06-CF-6 & TR | Michael B. Wilson | Home Invasion | Hankins | |
| *06-CF-20 | Justin M. Horn | Poss. Methamphetamine | Hurst | |
| *06-CF-21 | Donnie R. Barrett | Fail Report Sex Offender | Piper | |
| *06-CF-23 | Donnie R. Barrett | Pred. Crim. Sexual Assault | Piper | |
| 06-CF-41 | Amanda R. Henderson | Forgery | Piper | |
| *06-CF-44 | Jody L. Rees | False Alarm | Piper | |
| *06-CF-52 & TR | Robert M. Dillon | Agg. DUI | Piper | |
| *06-CF-56 & TR | Joshua E. Cowden | Res. Burglary | Hankins | |
| *06-CF-70 & TR | Jacob M. Hall | Poss. Cont. Substance | Piper | |
| *06-CF-72 & TR | Douglas C. Burns | Crim. Dam. Gov. Property | Piper | |
| *06-CF-76 | Brenda L. Crane | Retail Theft | Piper | |
| *06-CF-77 | Danny E. Perry | Burglary | Piper | |
| *06-CF-79 | Jeffrey D. McCready | Impersonation Police Officer | Piper | |
| 06-CF-80 | Hollye L. Wilson | Poss. Methamphetamine | Kesinger | |
| *06-CF-82 | Jessica N. Smith | Poss. Cont. Substance | Piper | |
| 06-CF-83 | Dawn R. Lockhart | Unl. Poss. Meth | Piper | |

**TO BE CALLED AT 9 A.M. (continued):**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *06-CF-86 & TR | Wesley D. Henline | Meth. Manufacture | Kesinger | |
| 06-CF-87 | Angela J. Walls | Obtain Sub. Fraud | Piper | |
| *06-CF-88 | Derick A. Bell | Reckless Disch. Firearm | Piper | |
| *06-CF-89 | Andrew W. Nunes | Poss. Cont. Substance | Piper | |
| 06-CF-94 | James E. Jackson | Burglary | Piper | |
| 06-CF-96 | Peter E. Wilson | Involuntary Manslaughter | Piper | |
| 06-CF-102 | Janice A. Todd | Unl. Use Credit Card | Piper | |
| 06-CF-104 | Patricia L. Maddox | Poss. Meth Precursor | Piper | |
| *05-CM-464 | Charles Jackson | Resisting Peaace Off. | Hankins | |
| *05-CM-536 | James A. McGowan | Resisting Peace Off. | Hankins | |
| 05-CM-681 | Joshua E. Wilson | Retail Theft | Kesinger | |
| 05-CM-682 | Jevon K. Walton | Resisting Peace Off. | Cruse | |
| 06-CM-80 | Jevon K. Walton | Poss./Cons. Alcohol Minor | Cruse | |
| 06-CM-81 | Trevon L. Walton | Poss./Cons. Alcohol Minor | Cruse | |
| *06-CM-100 | Jody L. Rees | Disorderly Conduct | Piper | |
| 06-CM-255 | Derrick A. Bell | Poss. Drug Paraph. | Piper | |

**TO BE CALLED AT 1:30 P.M.:**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| 06-CM-299 | Fred G. Law | Viol. Order Protection | Clough | |
| *05-CF-198 | Garrett G. Helton | Meth Manufacturing | Clough | |
| *05-CF-231 | Jamie S. Curran | Armed Robbery | Clough | |
| *06-CF-30 | Randy R. Stone | Meth Manufacturing | Clough | |
| *06-CF-36 | David W. Miller | Agg. Meth Manuf. | Clough | |
| *06-CF-43 | Jennifer S. White | False Alarm | Clough | |
| 06-CF-93 | Leon C. Barker | Poss. Anhydrous Ammonia | Clough | |
| 06-CF-95 | Rosie Mae Jackson | Burglary | Clough | |
| *05-CM-24 | Christopher Willis | Viol. Order Protection | Clough | |
| *05-CM-89 | Christopher Willis | Resisting Peace Officer | Clough | |
| *05-CM-399 | Jeremy D. Wilson | Resisting Peace Officer | Piper | |
| *05-CM-589 | Steven S. Overton | Domestic Battery | Clough | |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | |
| *06-CM-45 | Shannon J. White | Resisting Peace Off. | Clough | |
| *06-CM-55 | Lucas Z. Cantrell | Poss./Cons. Alcohol Minor | Hankins | |
| 06-CM-90 | Randy R. Foster | Disorderly Conduct | Clough | |
| *06-CM-96 | Kimberly G. Walden | Poss Drug Paraph. | Clough | |
| *06-CM-128 | Terry L. Dietsch | Battery | Clough | |
| *06-CM-153 | Roxanna L. Williams | Harassment by Telephone | Clough | |
| *06-CM-158 | James H. Six | Theft | Clough | |
| *06-CM-160 | Jason M. Penner | Resisting Peace Officer | Clough | |
| *06-CM-161 | Stoney L. Claybrook | Resisting Peace Officer | Clough | |
| *06-CM-162 | Ralph P. Rodriguez | Disorderly Conduct | Clough | |
| *06-CM-163 | Kim Smith | Theft | Rammelkamp | |
| *06-CM-168 | Brandon E. Dossett | Crim. Damage Property | Leefers | |
| *06-CM-177 | Willie J. Coleman | Viol. Order Protection | Clough | |
| 06-CM-184 | Gale A. Nelson | Domestic Battery | Clough | |

C 28    Page 2    13-of-17

**TO BE CALLED AT 1:30 P.M. (continued)**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| 06-CM-186 | Donald L. Jackson | Poss. Cannabis | Clough | |
| 06-CM-187 | Edward W. Davis | Crim. Dam. Property | Clough | |
| *06-CM-189 | Ryan K. Landes | Poss. Drug Paraph. | Clough | |
| 06-CM-194 | Todd S. Alexander | Retail Theft | Clough | |
| 06-CM-199 | Darrin J. Sorrill | Poss./Cons. Alcohol Minor | Clough | |
| *06-CM-200 | Brian L. Mogg | Agg. Assault | Hankins | |
| 06-CM-201 | Carisa K. Larson | Contrib. Delinquency Child | Clough | |
| 06-CM-202 | David Virgin | Liestock Run at Large | Hurst | |
| 06-CM-203 | Herschel W. Caruthers | Body Parts on Premises | Hurst | |
| *06-CM-210 | Keelen D. Dixon | Poss. Cannabis | Clough | |
| 06-CM-214 | Josiah D. Gust | Poss. Cannabis | Clough | |
| *06-CM-216 | Sherry L. Barlow | Poss. Drug Paraph. | Clough | |
| *06-CM-218 | David A. Gates | Resisting Peace Officer | Clough | |
| *06-CM-233 | Jody R. McComas | Domestic Battery | Clough | |
| *06-CM-234 | Steven J. Self | Domestic Battery | Kesinger | |
| *06-CM-238 | Willie J. Coleman | Viol. Order Protection | Clough | |
| *06-CM-242 | Chris E. Lear | Poss./Cons. Alcohol Minor | Kesinger | |
| *06-CM-244 | Shawn M. Berry | Resisting Peace Officer | Clough | |
| *06-CM-245 | Derrick R. Walker | Resisting Peace Officer | Clough | |
| *06-CM-246 | Kimberly Kay Murray | Resisting Peace Officer | Clough | |
| *06-CM-248 | Moana S. Lou | Disorderly Conduct | Clough | |
| 06-CM-252 | William M. Davenport | Domestic Battery | Clough | |
| 06-CM-256 | Thomas E. Burton, Sr. | Theft | Clough | |
| 06-CM-258 | Gale A. Nelson | Viol. Order Protection | Clough | |
| 06-CM-260 & TR | Jordan C. Kaufmann | Poss./Cons. Alcohol Minor | Hankins | |
| 06-CM-265 | Sonya Y. Schroeder | Unl. Purchase Ephedrine | Clough | |
| 06-CM-270 | Carol A. Powell | Battery | Clough | |
| 06-CM-271 | Charde M. Brown | Retail Theft | Clough | |
| 06-CM-273 | Charde M. Brown | Battery | Clough | |
| 06-CM-281 | Richard E. Mansfield | Poss. Drug Paraph. | Clough | |
| 06-CM-284 | Christopher Slater | Battery | Clough | |
| 06-CM-285 | Justin C. Miller | Battery | Clough | |
| 06-CM-286 | Micah S. Taylor | Domestic Battery | Clough | |
| 06-CM-287 | Luke C. Nicholson | Resisting Peace Officer | Clough | |
| 06-CM-288 & TR | Mario T. Jackson | Resisting Peace Officer | Clough | |
| 06-CM-289 | James F. Walbaum | Viol. Order Protection | Clough | |
| 06-CM-290 | Edwin Lugo | Crim. Trespass Land | Clough | |
| 06-CM-293 | Steven E. Easley | Resisting Peace Officer | Clough | |
| 06-CM-294 | Bryon R. Kindred | Battery | Clough | |
| 06-TR-2430 | Timothy L. Lindsey | Illegal Trans. | Clough | |
| *04-DT-40 | Danny R. Wood | DUI | Bonjean | |

*Indicates continued from previous setting.

Entered:  July 18, 2006

Richard T. Mitchell
Circuit Judge

**FILED**
JUL 1 8 2006

THERESA LONERGAN
Clerk of Circuit Court Morgan

Page 3    14-of-17

029

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
MORGAN COUNTY, ILLINOIS

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, September 6, 2006**, at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, September 11, 2006**. Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, September 12, 2006**. The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

### TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *04-CF-106 | Ladonna M. Barker | Poss. Meth Manuf. Chemical | Cahnman | |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | |
| *05-CF-69 | Barbara M. Dawdy | Poss. Cont. Substance | Piper | |
| *05-CF-124 & TR | Michael B. Wilson | Unl. Del. Cocaine | Hankins | |
| *05-CF-139 | Rocky D. Joseph | Unl. Del. Cannabis | Costello | |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | |
| *05-CF-149,150,1 | Kirk L. Willingham | Crim. Sex. Assault | Hankins | |
| *05-CF-220 | Terris A. Miller | Manuf. Look-Alike Sub. | Hankins | |
| *05-CF-221 & TR | Adam Oakley | Unl. Del. Cannabis | Piper | |
| *05-CF-228 | Adam Oakley | Poss. Meth | Piper | |
| *05-CF-230 | Renea Berndt | Armed Robbery | Schlosser | |
| *05-CF-234 | Justin L. Coy | Burglary | Piper | |
| *06-CF-6 | Michael B. Wilson | Home Invasion | Hankins | |
| *06-CF-21 | Donnie Barrett | Fail Report Sex Offender | Piper | |
| *06-CF-23 | Donnie Barrett | Pred. Crim. Sexual Assault | Piper | |
| *06-CF-26 | Lenny M. Stanyer | Permit Child Sex Abuse | Piper | |
| *06-CF-31 | April D. Woods | Meth Manuf. | Piper | |
| *06-CF-36 | David W. Miller | Agg. Meth Manuf., etc. | Kesinger | |
| *06-CF-41 | Amanda Henderson | Forgery | Piper | |
| *06-CF-44 | Jody L. Rees | False Alarm | Piper | |
| *06-CF-56 & TR | Joshua E. Cowden | Res. Burglary | Hankins | |
| *06-CF-72 & TR | Douglas C. Burns | Crim. Dam. Gov. Property | Costello | |
| *06-CF-80 | Hollye L. Wilson | Poss. Meth | Kesinger | |
| *06-CF-86 & TR | Wesley D. Henline | Meth Manufacture | Kesinger | |
| *06-CF-87 | Angela J. Walls | Obtain Sub. Fraud | Piper | |
| *06-CF-88 & TR | Derrick A. Bell | Reckless Disch. Firearm | Piper | |
| *06-CF-89 | Andrew W. Nunes | Poss. Cont. Substance | Piper | |
| *06-CF-96 | Peter E. Wilson | Invol. Manslaughter, etc. | Piper | |
| 06-CF-97 | John Yearber | Obtain Sub. Fraud | Piper | |
| 06-CF-98 | Marshall E. Smock | Agg. Battery, etc. | Leefers | |
| 06-CF-99 | Michael E. Wiker | Poss. Cont. Substance | Piper | |
| 06-CF-103 | Eric L. Peters | Agg. Battery | Piper | |
| *06-CF-104 | Patricia L. Maddox | Poss. Meth Precursor | Piper | |

## TO BE CALLED AT 9 A.M. (continued):

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| 06-CF-110 | Derrick E. Davis | Res. Burglary, etc. | Piper | |
| 06-CF-111 | Stoney L. Claybrook | Theft, etc. | Piper | |
| 06-CF-112 | Victor W. DeLong | Forgery | Piper | |
| 06-CF-115 | Justin L. Coy | Burglary | Piper | |
| 06-CF-116 | Dedrick V. Williams | Armed Robbery, etc. | Piper | |
| 06-CF-118 | Adell J. Claybrook | Dom. Battery | Piper | |
| 06-CF-119 | Renea Berndt | Agg. Battery | Piper | |
| 06-CF-123 | Derrick E. Davis | Res. Burglary | Piper | |
| 06-CF-124 | Thomas E. Burton | Agg. Battery, etc. | Piper | |
| 06-CF-125 | James D. Pearson | Agg. Battery | Piper | |
| 06-CF-128 | Derrick E. Davis | Crim. Tres. Residence | Piper | |
| 06-CF-130 | Lisa A. McAnarney | Poss. Cont. Substance | Piper | |
| *05-CM-464 | Charles Jackson | Resisting Peace Off. | Hankins | |
| *05-CM-536 | James A. McGowan | Resisting Peace Off. | Hankins | |
| *06-CM-100 | Jody L. Rees | Disorderly Conduct | Piper | |
| *06-CM-255 | Derrick A. Bell | Poss. Drug Paraph., etc. | Piper | |
| *06-CM-256 | Thomas E. Burton, Sr. | Theft | Piper | |
| 06-CM-266 | Marshall E. Smock | Viol. Order Protection | Leefers | |

## TO BE CALLED AT 1:30 P.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *05-CF-198 | Garrett G. Helton | Meth Manuf. | Clough | |
| *06-CF-30 | Randy R. Stone | Meth Manuf. | Clough | |
| *06-CF-43 | Jennifer White | False Alarm | Clough | |
| *06-CF-93 | Leon C. Barker | Poss. Anhydrous Ammonia | Clough | |
| *06-CF-95 | Rose Mae Jackson | Burglary | Clough | |
| 06-CF-108 & TR | Dion S. Jackson | Dr. Lic. Revoked | Clough | |
| 06-CF-109 | Brandi N. McFadden | Burglary | Clough | |
| 06-CF-120 | Randy R. Stone | Poss. Anhydrous Ammonia | Clough | |
| 06-CF-122 | Brandi N. McFadden | Burglary | Clough | |
| 06-CF-127 | James S. Curran | Agg. Battery | Clough | |
| *04-CM-380 | Christopher Willis | Viol. Order Protection | Clough | |
| *05-CM-24 | Christopher Willis | Viol. Order Protection | Clough | |
| *05-CM-89 | Christopher Willis | Resisting Peace Off. | Clough | |
| *05-CM-382 | Michael L. Eyer | Battery | Harris | |
| *05-CM-589 | Steven S. Overton | Domestic Battery | Hankins | |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | |
| *06-CM-15 | Kenneth L. Evans | Poss. Cannabis | Clough | |
| *06-CM-45 | Shannon J. White | Resisting Peace Off. | Clough | |
| *06-CM-96 | Kimberly Walden | Poss. Drug Paraph., etc. | Clough | |
| *06-CM-128 | Terry L. Dietsch | Battery | Clough | |
| *06-CM-153 | Roxanna L. Williams | Harassment by Telephone | Clough | |
| *06-CM-158 | James H. Six | Theft | Clough | |
| *06-CM-163 | Kim Smith | Theft | Rammelkamp | |
| *06-CM-168 | Brandon E. Dossett | Crim. Dam. Property, etc. | Leefers | |
| 06-CM-190 | Ricky Hollingshed | Theft | Clough | |
| *06-CM-218 | David A. Gates | Resisting Peace Off. | Clough | |
| 06-CM-235 | Lezlie Rice | Theft | Hankins | |

**TO BE CALLED AT 1:30 P.M. (continued):**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *06-CM-246 | Kimberly K. Murray | Resisting Peace Off. | Clough | |
| *06-CM-271 | Charde M. Brown | Ret. Theft | Clough | |
| 06-CM-272 | Stephen E. Easley | Battery | Clough | |
| *06-CM-273 | Charde M. Brown | Battery | Clough | |
| 06-CM-277 | Brain C. Downs | Ret. Theft | Clough | |
| 06-CM-279 | Glen A. Edwards | Dis. Conduct | Clough | |
| 06-CM-282 | Adonis M. Avilia | Battery | Clough | |
| *06-CM-284 | Christopher Slater | Battery | Clough | |
| *06-CM-293 | Steven E. Easley | Resisting Peace Off. | Clough | |
| 06-CM-300 | Peter J. Combs | Battery, etc. | Hankins | |
| 06-CM-301 | Gregory Bilger | Dom. Battery | Leefers | |
| 06-CM-305 | Dorian A. Harris | Ret. Theft | Clough | |
| 06-CM-314 | Dion S. Jackson | Resisting Peace Off., etc. | Clough | |
| 06-CM-315 | Edward H. Ater | Viol. Order Prot. | Clough | |
| 06-CM-317 | Peter J. Combs | Viol. Order Prot. | Hankins | |
| 06-CM-318 | Alex Brantley | Poss. Drug Paraph. | Clough | |
| 06-CM-319 | Timothy N. Trent | Illegal Poss. Ammunition | Clough | |
| 06-CM-322 | Melinda Baker | Resisting Peace Off. | Clough | |
| 06-CM-327 | Prince Stevenson | Battery | Clough | |
| 06-CM-328 | Cynthia Woolums | Dis. Conduct | Clough | |
| 06-CM-349 | Rosemary DeSilva | Assault | Clough | |
| 06-CM-357 | Julius S. Woods | Unl. Poss. Firearm | Clough | |
| 06-CM-359 | Patricia A. Michael | Ret. Theft | Clough | |
| 06-CM-381 | Kenneth J. Jackson | Battery | Clough | |
| 06-CM-382 | Shawn J. Knous | Crim. Dam. Property | Clough | |
| 06-CM-389 | James C. Million | Dom. Battery | Clough | |
| 06-CM-390 | Byron Beddingfield | Battery | Clough | |
| 06-CM-393 | Carissa Campbell | Agg. Assault, etc. | Clough | |
| *04-DT-40 | Danny R. Wood | DUI | Bonjean | |

*Indicates continued from previous setting.

Entered: _August 17, 2006_

_____
Judge

**FILED**
**AUG 17 2006**
THERESA LONERGAN
Clerk of Circuit Court Morgan Co. IL

Page 3    17-of-17
C31