**E-FILED**
Monday, 04 August, 2008  02:10:06 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

DONNIE R. BARRETT )
)
    Plaintiff )
)
  -v- )
)
MORGAN COUNTY SHERIFF )
DEPARTMENT: )
ADMINISTRATOR, BRENT CHATHAM, )
CORRECTIONAL OFFICERS, ALLEN )
McCLLELAN, RYAN NICHOLS )

Case No. ~~08-C-3039~~ *08-3039*

CIVIL RIGHTS COMPLAINT
Pursuant to 42 U.S.C.A. §1983
(State Detained Prisoner)

[AMENDED]

### I. JURISDICTION & VENUE

1. this is a civil action authorized by 42 U.S.C. Section §1983 to redress the deprivation, under color of State Law, of Rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C.A. Section §1331 and §1334.

2. The United States District Court, Central District of Illinois is an appropriate venue under 28 U.S.C. Section §1331(b)(2) because it is where the events giving rise to this claim occurred

### II. PLAINTIFF(S)

3. Plaintiff, DONNIE R. BARRETT, is and was at all time mentioned herein a Pretrial Detainee of the State of Illinois, County of Morgan, in the custody of the Morgan County Sheriff Department/ Detention Facility. Plaintiff, DONNIE R. BARRETT is currently in custody of the DEPARTMENT OF HUMAN SERVICES, TREATMENT AND DETENTION FACILITY in RUSHVILLE, ILLINOIS.

### III. DEFENDANT(S)

4. DEFENDANT, BRENT CHATHAM, is the Administrator/Supervisor of the Morgan County Detention Facility/County Jail. He Defendant [BRENT CHATHAM] is legally responsible for the operation of

the Morgan County Detention Facility and for the **welfare** of all
Pretrial Detainees of that County Jail.

5. DEFENDANT, ALLEN McCLLELAN, is a Correctional Officer of
the Morgan County Detention Facility/County Jail who, at all
times mentioned in this complaint.

6. DEFENDANT, RYAN NICHOLS, is a Correctional Officer of the
Morgan County Detention Facility/County Jail who, at all times
mentioned in this complaint.

7. Each Defendant is sued individually and in their OFFICIAL
CAPACITY. At all times mentioned in this complaint each Defendant
Acted under the Color of State Law.

### III. FACTS/STATEMENT OF CLAIM

8. Place of the occurence: Morgan County Sheriff's Office/County
   Jail, 300 W. Court St.,Jacksonville,Illinois,62650.

   Date(s) of the occurence: March 2006 continued tell June 9,
2006.

   Beginning in March 2006 and it continued until June 2006, I
was the subject of both verbal and Physical Abuse by the hands of
another inmate(Jamie S. Curran)at the Morgan County Jail. I had
made numerous complaints both verbal and the Inmate Request and
Grievance Forms to the Administrator Brent Chatham and Correction
Officer Allen McCllelan before and throughout the times I was
Physically Attacked and Seriously injured by inmate Curran. I had
informed other staffs about the notes being passed by correction
officer Ryan Nichols through the bars of D-Block to inmate Jamie
S. Curran. Inmate Jamie S. Curran had stated to Correctional
Officer Allen McCllelan about hearing voices in his(Jamie S.
Curran) head to "Kill someone". This statement was made after
official Court Documents giving information about the inmats

2

such as Criminal Charges,case numbers,names,and Attoreys names
where placed in the cell blocks of the Morgan County Jail,and
the notes that was handed to inmate Curran by correctional
officer Ryan Nichols. Inmate Curran was placed back on his
medication. Inmate Curran had numerous Assaults against other
inmates and staffs.

On June 9,2006 after a formal complaint to the Administrator
Brent Chatham to be moved from the threats and out of harms way,
and informed Brent Chatham that correctional officer Allen
McCllelan would not move me away from threats and out of harms
way. I was NEGLECTED by the staff of Morgan County Sheriff's
Office/Detention Facility,and I was Physically Assaulted causing
Physical Injure to the left orbit.(See Exhibits A&B) for the
FACTS of the Physical Injure.

9. The[unsafe conditions,discrimination]and no equal protection
violated plaintiff[DONNIE R. BARRETT]'s rights and constituted
cruel and unusual punishment under the Eighth and Fourteenth
Constitutional Amendments of the United States Constitution.


WHEREFORE, THE plaintiff respectfully prays that this court
enters judgment granting plaintiff:

10. A declaration that the Acts and omissions described herein
violated plaintiff's rights under the Constitution and Laws of
the United States.

11. Compensatory Damages in the amount of $ 200,000 against
each Defendant, jointly and severally.

12. Punitive Damages in the amount of $ 200,000 against each
Defendant.

13. A **Jury Trial** on All issues triable by Jury.

Signed this 8 day of January,2008


Respectfully submitted

*Donnie R. Barrett*
DONNIE R. BARRETT
Rural Route 1, Box 6A
RUSHVILLE,ILLINOIS 62681


## VERIFICATION

I have read the foregoing complaint and hereby verify that the matter alleged therein are true,except as to matters alleged on information and belief,and as to those, I believe them to be true true. I certify under penalty of perjury that the foregoing is true and correct.


Signature *Donnie R. Barrett*
        DONNIE R. BARRETT

4

E-FILED
Tuesday, 19 February, 2008  04:03:55 PM
Clerk, U.S. District Court, ILCD

**EXHIBIT A**

**PASSAVANT AREA HOSPITAL**
Jacksonville, Illinois

NAME: BARRETT, DONNIE                    **PATIENT #:**    672486
PHYSICIAN: MARY JONES, M.D.              **DATE:**         06/09/06

**HPI:**  This 31-year-old white male comes from Morgan County Jail, where he is incarcerated. He is accompanied by officers from that facility. He states was involved in an altercation a short while ago, during that altercation he was struck at left eye. He has pain at the eye as well as a laceration at lower lid. However, he has no vision deficit, no tearing. No loss of consciousness, no marked headache or vomiting. He denies neck pain. DT is unknown.

**PH:**  Otherwise noncontributory. He is on no routine medications, has no known drug allergies.

**P. Ex:**
General:Well-developed, well-nourished white male in no acute distress.
VS:BP 160/90. Pulse 86. Respiratory rate 16. Temperature 99.3°. Pulse oximetry 96%. Repeat vitals, 140/92, 78, 20, 99.2°, 97%.
Face:The patient has approximately 1.5-cm laceration that is at lower lid approximately midline. It is parallel to the lower lid or horizontal in alignment. It does not involve either medial or lateral canthus but is quite close to the edge of the lower eyelid, during at least half of the length of the laceration is about 1-2 mm from the lash line. It is deep, extending into subcu. There is ecchymosis and edema in that area as well. Eyes themselves have no obvious injury. Pupils are equal and reactive to light. Funduscopic exam is grossly unremarkable. EOMs do appear full. He also had denied any history of vision loss or diplopia. Visual acuity was 20/20 OD and 20/25 OS. CT scan showed blow-out fracture left orbit with displaced fragments, fragment size 2 cm. Fracture extends into posterior wall of the maxillary sinus, superior aspect. There is no evidence of nerve entrapment. Fragment is displaced 6 mm. This was a quote from the CT scan report from Dr. Ayoub, the radiologist.

**DISCUSSION:** In view of the laceration being so close to the lash line, I did feel that it would be better treated with a plastics repair. Toward that end did attempt to arrange transport to Plastics in Springfield. However, Dr. Maurer, who is associated with the Morgan County Jail, requested that I attempt to find a surgeon closer. I did contact both Dr. Habib and Dr. Giebelhausen, who also felt that Plastics would be more appropriate. Dr. Dailey was unfortunately out of town. The CT scan results then became available. Certainly transfer is also appropriate, not only for the laceration but for the orbital fracture. St. John's Hospital was contacted. Dr. Ramarathman did return call and accept the patient. He was transported to St. John's Hospital by private auto in the care of the officers from Morgan County Jail. Of note is that the transfer process was unfortunately delayed, awaiting return call from Dr. Ramarathman. Dr. Ramarathman had been detained in surgery at the time of our initial call.

**FAST TRACK REPORT**

**PASSAVANT AREA HOSPITAL**
Jacksonville, Illinois

NAME: BARRETT, DONNIE
PHYSICIAN: MARY JONES, M.D.

PATIENT #:    672486
DATE:    06/09/06

DIAGNOSIS: Fracture left orbit with laceration at lower eyelid.

PLAN: Again, he was transferred to St. John's Hospital to Dr. Ramarathman, as well as Dr. Malone. He did have DT immunization here. He was advised not to blow his nose and will be n.p.o.

MJ:sb
d 06/09/06
t 06/23/06

SIGNATURE: _____
MARY JONES, M.D.

FAST TRACK REPORT

*Page 4*

PASSAVANT AREA HOSPITAL
1600 W WALNUT
JACKSONVILLE, 62650

Patient: **BARRETT, DONNIE R**                    Birth: **10/31/1974**        Sex: **M**

Address: 115 E FOREST  ARENZVILLE IL    Phone:
Service Date:      06/09/2006 06:41 PM              Physician Profile:
Medical Record #: 007568                           Admitting:  OTHER, DOCTOR
Visit ID Number: 672486                            Attending:  OTHER, DOCTOR
Patient Type:    FAST TRACK                        Ordering:   JONES, MARY L
Service:  SINUSES OR FACIAL BONES W/O              Reading:    STALLWORTH, ROBERT E
Special Instructions:
Clinical Indication:

### CT (COMPUTERIZED TOMOGRAPHY) OF THE FACIAL BONES:

**HISTORY:** Patient involved in altercation two hours prior. Stuck in left eye. Bruising and laceration.

There is a blow-out fracture of the dorsal/lateral aspect of the left orbital floor. There is also a fracture of the dorsal wall of the left maxillary sinus near its superior margin. There is some off-set of osseous fragments by up to six mm (millimeters). Associated hemorrhage into the left maxillary sinus. No additional facial bone fracture identified. No abnormal separation at the zygomaticofrontal sutures.   No other fluid levels are seen.

### IMPRESSION:

Fracture of the left orbital floor. Fracture of the cephalad/lateral/dorsal margin of the wall of the left maxillary sinus. One floor fragment measures about 18 mm (millimeters) in greatest dimension. There is some off-set at these fracture sites. Hemorrhage into the left maxillary sinus. No other facial bone fracture is identified.

Technologist: NEGRON, ANNETTE                      Order #: 4
Transcribed: 06/10/2006 10:28 AM DELAY, CINDY F    Location: FAST TRACK
                                                   **Location: FT5-01**
Patient: **BARRETT, DONNIE R**
Service: SINUSES OR FACIAL BONES W/O               06/09/2006 06:41 PM
Radiology #: **05-8541**                           ReqSeq #: **328702**

## Result Status: Preliminary
Page 1 of 1

PASSAVANT AREA HOSPITAL
1600 W WALNUT
JACKSONVILLE, 62650

Patient: **BARRETT, DONNIE R**                    Birth: 10/31/1974    Sex: **M**

Address: 115 E FOREST  ARENZVILLE IL    Phone:
Service Date:     06/09/2006 06:41 PM              Physician Profile:
Medical Record #: 007568                          Admitting: · OTHER, DOCTOR
Visit ID Number: 672486                           Attending:   OTHER, DOCTOR
Patient Type:    FAST TRACK                        Ordering:    JONES, MARY L
Service:  SINUSES OR FACIAL BONES W/O             Reading:     STALLWORTH, ROBERT E
Special Instructions:
Clinical Indication:

## CT (COMPUTERIZED TOMOGRAPHY) OF THE FACIAL BONES:

**HISTORY:** Patient involved in altercation two hours prior. Stuck in left eye. Bruising and laceration.

There is a blow-out fracture of the dorsal/lateral aspect of the left orbital floor. There is also a fracture of the dorsal wall of the left maxillary sinus near its superior margin. There is some off-set of osseous fragments by up to six mm (millimeters). Associated hemorrhage into the left maxillary sinus. No additional facial bone fracture identified. No abnormal separation at the zygomaticofrontal sutures. No other fluid levels are seen.

## IMPRESSION:

Fracture of the left orbital floor. Fracture of the cephalad/lateral/dorsal margin of the wall of the left maxillary sinus. One floor fragment measures about 18 mm (millimeters) in greatest dimension. There is some off-set at these fracture sites. Hemorrhage into the left maxillary sinus. No other facial bone fracture is identified.

Signed by: **STALLWORTH, ROBERT E.**

---

Technologist: NEGRON, ANNETTE                     Order #: 4
Transcribed: 06/10/2006 10:28 AM DELAY, CINDY F   Location: FAST TRACK
                                                  **Location: FT5-01**

Patient: **BARRETT, DONNIE R**
Service: SINUSES OR FACIAL BONES W/O              06/09/2006 06;41 PM
Radiology #: 05-8541                              ReqSeq #: 328702

# Result Status: *Final*

Page 1 of 1

# Passavant Area Hospital
## Department of Radiology

X-133  8/05

1600 West Walnut Street • Jacksonville, Illinois 62650 • (217) 245-9541, extension 3371

Barrett, Donnie                1007568              10/31/74
Patient Name                   ID Number            DOB

6/9/06        Ct facial bones          Dr. Jones
Date of Service    Exam                        Ordering Physician

☐ Declared Trauma    ☒ FT    ☐ OP    ☐ ER    ☐ Floor

---

## PRELIMINARY TELERADIOLOGY REPORT

**This is an INTERIM TELERADIOLOGY REPORT. This should be affixed to the medical record as any other x-ray report, but will be superseded by a subsequent FINAL report.**

Ct facial bones:
Blow out fracture left orbit
with displaced fragments
fragment size 2cm
fracture extends into posterior wall of
maxillary sinus superior aspect
No evidence of nerve entrapment
fragment displaced 6mm

Dr. Ayoub

Radiologist interpreting Preliminary Report _____
may be reached by paging 1-800-602-6778.                    Clinical Radiologists, SC

Time Images Sent  1905    Report Taken by  A Nejru    Time Report Received  1920
☐ AM ☒ PM                                                        ☐ AM ☒ PM

Rad paged 1911 ?

PRELIMINARY RADIOLOGY REPORT

(1) Separate and forward White copy to patient's chart immediately, (2) Maintain pink and yellow copy for Final Interpretation,
(3) Separate Pink copy and maintain in Radiology Report folder, (4) Yellow copy forwarded to Radiology Director

| TO BE COMPLETED BY THE RADIOLOGIST INTERPRETING THE FINAL REPORT |
| --- |
| ☐ The final report concurs with the preliminary interpretation. |
| ☐ The final report differs from the preliminary interpretation. |
| ☐ Case should be referred for difficult diagnosis review.    Signed: _____ |

## IMPORTANT LEGAL NOTICE

This hospital is required by federal law to provide any presenting patient with a medical screening examination to determine whether an emergency medical condition exists and to provide necessary stabilizing care within its capabilities for emergency medical conditions *without regard to means or ability to pay.* This hospital does participate in Medicare and Medicaid.

---

### 1  Patient Condition

A. [X]  There is no reasonable likelihood of deterioration from or during transport,

B. [ ]  The patient may be at risk for deterioration from or during transport.

C. [ ]  Patient is Pregnant with contractions

Based upon my examination of the patient and the information available to me **at the time of transfer,** I certify that the risks of transfer are outweighed by the benefits reasonably anticipated from proper care at the receiving facility.

SIGNATURE                                TIME

*M. Jones MD*                            19:38

Counter-signed by:

### 2  Reason For Transfer

A. [X]  For equipment or services not available at this facility:
(list) *ENT, Plastics referral*

B. [ ]  Patient-initiated request for transfer.  Services are available here and offered to patient who wishes, of their own volition and request, to be transferred.

### 3  Hospital Acceptance

A. [ ]  Name of destination hospital: *St. John's Hosp*

B. [ ]  Accepted by: *Mandy Lyon RN 2130*
NAME                                    TIME

INITIALS OF PERSON OBTAINING ACCEPTANCE (*WH*)

C. [ ]  Accepting MD: *Dr. Ramarathnam*
*for Dr. Malone—Attending*
NAME                                    TIME
INITIALS OF PERSON OBTAINING ACCEPTANCE (____)

| Discharge Vitals | Time: *2125* |
|---|---|
| B/P *140/92* | Pulse *78* |
| Resp *20* | Temp *99²* |

### 4  Risks of Transfer

[x] All transfers have inherent risks of delays or accidents in transit, pain or discomfort upon movement, and limited medical capacity of transport units that may limit available care in the event of a crisis.

### 5  Benefits of Transfer

### 6  MODE OF TRANSPORT

[ ]  ALS Ambulance          [ ]  BLS Ambulance
[ ]  Helicopter             [X]  POV — *Morgan Co*
[ ]  Additional Personnel:  [ ]  EMT-P   *P.O.*
     [ ] RN   [ ] Respiratory Therapist

Service contacted: _____

By_____ Time _____ ETA _____

### 7  Patient Consent to Transfer

I understand the risks and benefits of my *[patient's]* transfer.

[X]  I hereby **CONSENT** to transfer
     I hereby **REFUSE** transfer

PATIENT SIGNATURE OR ON BEHALF OF PATIENT     TIME
*Donnie Barrett*                              2135

WITNESS
*Linda Terr RN*

Addressograph
*Barrett, Donnie*
*672 48 68*
*10/31/74*

ED-69  6/05

3:08-cv-03039-HAB-CHE #23    Page 7 of 42

**Emergency Department / Fast Track**
# DISCHARGE INSTRUCTIONS
(NAME)

Passavant Area Hospital • Jacksonville, Illinois • 217-245-9541

**NOTE:** The examination and treatment you have received in the Emergency Department have been rendered on an emergency basis only and are not intended to be a substitute for or an effort to provide complete medical care. Your follow-up Doctor (named below) will receive a copy of your records and all test reports. It is important that you let him check you again and that you report to him any new or remaining problems at that time. Because it is impossible to recognize and treat all elements or injury or illness in a single Emergency Department visit. Meanwhile, follow the instructions below as indicated for you. This instruction sheet is not intended for future different problems.

## FOLLOW-UP INSTRUCTIONS

- ❑ BACK STRAIN INSTRUCTIONS
- ❑ BURNS INSTRUCTIONS
- ❑ CRUTCH WALKING INSTRUCTIONS
- ❑ EYE INSTRUCTIONS
- ❑ FEVER INSTRUCTIONS
- ❑ FRACTURES INSTRUCTIONS

- ❑ HEAD INJURY INSTRUCTIONS
- ❑ OTITIS MEDIA INSTRUCTIONS
- ❑ PHARYNGITIS INSTRUCTIONS
- ❑ P.I.D. INSTRUCTIONS
- ❑ SPRAINS, BRUISES INSTRUCTIONS
- ❑ U.T.I. INSTRUCTIONS

- ❑ NAUSEA, VOMITING, DIARRHEA INSTRUCTIONS
- ❑ WOUND INSTRUCTIONS
- ❑ DERMABOND INSTRUCTIONS
- ❑ OTHER _____
- ❑ MEDICAL CERTIFICATION
- ❑ MODIFIED WORK/SCHOOL INSTRUCTIONS

Your Presumptive Diagnosis is _fx lt orbit with lacerated eyelid_

The Emergency Medicine Physician who treated you was Dr. _Jones_

**❑ FOLLOW-UP CARE:**
You need to call as soon as possible to make an appointment with Doctor _____ for follow-up care of your

medical problem _____

❑ Please inform the doctor's office he was "on call" the day that you were here at Passavant.

**YOU MAY BE RECEIVING A PHONE CALL FROM US TO SEE HOW YOU ARE DOING ——**

**IMPORTANT:**
Your condition should be rechecked by a physician WITHIN 24-48 HOURS IF THERE IS NO IMPROVEMENT, AND SOONER IF YOUR CONDITION WORSENS. If you cannot reach your follow-up physician or cannot make an appointment, and your condition is not improving, then you should call or return to the Emergency / Fast Track Dept. at PASSAVANT AREA HOSPITAL as soon as possible.

If you had an EKG and/or X-ray, the emergency interpretation is a preliminary report. Your EKG and/or X-rays will be reviewed. If there is a change, we will notify you.

ADDITIONAL INSTRUCTIONS: _No nose blowing_

_Nothing by mouth_

_To St Johns ER_

❑ A culture has been taken; you will be notified of positive culture reports.

❑ Your blood pressure is_____ ❑ Should be checked by your doctor.

**❑ MEDICATION:**
The following medications were prescribed for you, please take them as directed on the bottle: _____

_____

_____

**❑ WARNING:** You have been given medication, received treatment, or have an illness that may hinder your ability to drive, operate dangerous machinery, or safely be at heights. Do not engage in these activities until your physician permits you. Avoid Alcohol.

I have received and understand the above instructions.

Signature: X _Donnis Barrett_

R.N.: _Ruel_                                    Date: _06-9-06_

ER-1168 (8/03)

CHART

PASSAVANT AREA HOSPITAL Jacksonville, Illinois 62650 REFERRAL DOCTOR: NONE

| SERVICE AREA | F7 |

PATIENT NAME
BARRETT, DONNIE R

| AGE 31Y | DATE OF BIRTH 10/31/74 | SEX M | RACE W | M/S S |

CHIEF COMPLAINT
LAC UNDER L EYE

| ADM DATE 06/09/06 | ADM TIME 18:12 | CLERK AGB |

ADM NO.
6724868 04463 OTHER, DOCTOR

ARRIVED BY (CHECK ONE) ☐ CARRIED

| OTHER PHYSICIAN | EDP MJ |

ARRIVED BY: ☐ POV ☐ Ambulance
Location in Dept.

CONDITION ON ARRIVAL:
☒ STABLE ☐ GUARDED ☐ CRITICAL

NOTIFIED:
☐ FAMILY ☐ CLERGY
☐ POLICE ☐ SOCIAL SERVICE
☐ CORONER

PRIOR Tx ice bag

☐ W/C ☐ CART ☒ AMBULATORY ☐ ACCOMPANIED BY: Mor Co Jailers

GYNE HISTORY
LMP
G___ P___
A:
EDC:

NURSE ASSESSMENT   ALLERGIES: ☒ None Known   LIST: ✗

HT.   WT.

Time 1814

Medication Zantac - doesnt take

Involved in altercation about 1700 - struck in lt eye approx 6 times - Lg tissued lac under lower lt lid - bruising bilat. No LOC

Monitor:   Oz:   IV:

Past Medical History: ∅

Surgeries: Shoulder

| TIME 1811 | BP 102/70 | PULSE 86 | RESP 16 | PAIN SCALE 8 | SpO2 96 | RTC 99.3 |
| 1855 | 140/82 | 128 | 20 | | 97 | 99.2 |

Tetanus ___ Immunizations

Pain Assessment
☐ Supplemental   Pain   ☐ Pain Assessment
☐ Record   ☒ No ☐ Yes   ☐ Flowsheet   Signature ___

PHYSICIAN ASSESSMENT   Time 18:30   ☒ See Dictated Record   ☐ Return Visit 48°   ☐ Previous Record Pulled

1752 Disc Dr Mawar x2
1857 Disc c Dr Halpin
1920 Disc c Dr Giebelhausen

St Johns Operator @ 19:30
Dr Panaganathan
Accept @ 2134

Physicians Orders   ☐ See Physicians order sheet

| Time ordered | IV Infusions | Meds | Bolus | Ml/hour | Time started | Time disc. |
| | ☐ Normal Saline | | | | | |
| | ☐ LR | | | | | |

Visual Acuity
OT lft deft. 1 UEN 1930

Tx - Transfer to St Johns Hosp
Dr Panarathan accepts @
21:20 9:00 Contact MD
made c St Johns' Wardy
@ 19:30
No more bleeding c INO

Fx ® Orbit c lac @ L eyelid!

LABS

PANEL   ☐ EDD ☐ Abd. Panel
☐ CCU ☐ OD ☐ GYNE ☐ SEPTIC

X-RAYS   CT Facial Bones Orbit

☐ EKG   ☐ Resp Tx ___ #1 ___ #2

DISPOSITION OF PATIENT   | TO | TIME |
ADMITTED ☐ Obs ☐ Gen
TRANSFERRED St Johns 2140
DISCHARGED
TO O.R. @
EXPIRED @
☐ AMA ☐ Left Before Exam
Per ☐ W/C ☐ Cart ☒ Ambulatory
Accompanied by MtCo Jailers
Refused Assistance
Report called to
☐ Discharge Sheet ☒ Transfer sheets
CONDITION:
☒ Stable ☐ Guarded ☐ Critical ☐ Expired
☐ None ☐ Clothing
List:

Given to:

☐ Level I Emergency   ☐ Level II Emergency   ☐ Non-Emergency / Screen

| NURSES SIGNATURE | ATTENDING/CONSULT PHYSICIAN | ED PHYSICIAN M Jones |

No. 1502 (Rev. 4/06)

## CONSENT FORM
**Passavant Area Hospital • 1600 West Walnut Street • Jacksonville, IL 62650**

### CONSENT TO MEDICAL CARE AND TREATMENT

I, _____ (patient name) am presenting myself or minor/dependent to Passavant Area Hospital for medical and/or surgical care. I request and authorize my physician and other physicians who may attend me, their associates and assistants, including students, and employees of Passavant Area Hospital to provide and administer such medical care, tests, procedures, drugs, services and supplies as they deem advisable for my health and well-being. This medical care may include pathology, radiology, emergency services and other special services and tests authorized by my physician(s). I further consent to the presence of medical and paramedical personnel during any procedures and treatment. I acknowledge that no representations or guarantees as to the results or cures have been made or relied upon me in consenting to treatment. I further authorize my physician consent to the performance of serologic testing for infectious agents transmissible by blood or body fluid exposure (HIV or Hepatitis B) in the event where there is a needlestick or mucus membrane exposure to a hospital employee or agent and I am the identified source. Consent for HIV testing for other indications must be given on a separate consent form.

### RELEASE OF INFORMATION

I authorize Passavant Area Hospital and my treating physician(s) to release medical information, financial information and hospital medical records by electronic means or otherwise to the following persons or group: (a) Any third party which is or may be liable to the Hospital or my physicians for all or part of their charge, including but not limited to Hospital or such party responsible for payment, in connection with obtaining payment for the medical services rendered to me at the Hospital; (b) Any physician or medical provider who provides care and treatment or services to me; (c) Federal, State or other governmental or quasi-governmental agencies or other such parties as required by law for reporting purposes, or for purposes of determining eligibility in government-sponsored benefit programs; (d) Any person or entity participating in quality studies, medical studies, utilization review or similar studies of the care rendered by the Hospital and/or any physician providing services at the Hospital; (e) The supplier of any blood or blood products or any manufacturer of medical devices which I may receive or which may be administered to me for the purpose of quality control and recipient monitoring; (f) Any health professionals involved in my care for the purpose of facilitating the continuity of my medical care; (g) Any person or organization for scientific, educational, research or statistical purposes (h)Any continuing care facility, including residential or long-term care facilities, and home health agencies for the purpose of providing services for my care and/or treatment; (i) students affiliated with the Hospital to the extent necessary for involvement in this care and service.

I understand that certain patient information, including medical information, may be stored electronically, and I consent to such storage. I have also received a copy of my patients rights and Passavant Area Hospital's Notice of Privacy Practices and understand the uses and disclosures described in the Notice of Privacy Practices. I acknowledge that the above authorization has no expiration date and is valid to authorize the release of medical records and billing information at any time. I permit a copy of this authorization to be used in place of the original. This release extends to interviews and discussions relevant to the content of said hospital medical records by my physicians or hospital employees regarding the services provided. I further authorize any physician, nurse, or other health care provider who provides any treatment or services to me at the hospital to discuss at any time my condition and care and treatment and the content of my medical hospital records with Passavant Area Hospital employees, risk management personnel, attorneys, and claims persons investigating or defending any claim arising out of my care at the Hospital. This is a voluntary waiver and is not a condition of my treatment. This authorization shall remain in effect until revoked by me in writing to the Hospital referencing this authorization. The undersigned acknowledge(s) that the Hospital provides only general nursing care and that if continuous or special duty nursing is needed, it is the duty of the patient or his representative to arrange for such care. The undersigned acknowledge(s) the Hospital shall not be liable for failure to provide such continuous or special care.

### LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS

I understand and acknowledge that physician services are provided by independent physicians or groups of physicians and that they are independent of Passavant Area Hospital, and the Hospital does not control their practice of medicine. I understand the physicians and other health care providers who provide these services are neither hospital agent nor employees. The Hospital is not legally responsible for the independent treatment decisions, professional judgments or actions of these independent practitioners. Passavant Area Hospital contracts for certain professional services by independent physicians not employed by Passavant Area Hospital. They include, but are not limited to: Radiology services; Anesthesiology services; Pathology services; Emergency Dept. physician. I understand that all emergency room services are provided by independent physicians under contract with the Hospital. I understand that the physicians employed by these groups and/or independent physicians must exercise their own independent professional judgment in my care and treatment. These independent practitioners may bill me separately for their professional services.

### PERSONAL VALUABLES

I acknowledge that the Hospital advises that any valuables should be given to a relative for safekeeping, or deposited with the Hospital Security Department. I assume complete responsibility for any valuables, including but not limited to jewelry, money, articles of clothing, or personal effects.

### CONSENT TO PHOTOGRAPHS OR VIDEOS

I consent to the taking of any photographs or videos at the time of or during my admission to monitor my medical care and for any other treatment and for the purposes of advancing medical knowledge.

### MEDICARE/CHAMPUS/VA INSURANCE BENEFITS

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize the release of medical or other information to the Social Security Administration or its intermediaries or carriers concerning this or a related Medicare claim filed by the Hospital, and/or Prairielands Emergency Physicians. I request that payment of authorized benefits be made on my behalf. I understand that I am responsible for the Part A deductible for each spell of illness in any co-insurance amounts which may become due. I also understand that I am responsible for the Part B deductible for each year, the remaining co-insurance and any other non-covered personal charges. The patient or the patient's representative certifies that he/she has read (or, if the patient/representative is unable to read has had the form read to him/her), understands, and has accepted the above and further certifies he/she is the patient, or is duly authorized on behalf of the patient to execute such an agreement. The undersigned acknowledges he/she has received written information regarding my rights under Champus and Medicare.

### ASSIGNMENT OF INSURANCE BENEFITS

In consideration of any and all medical service, care, drugs, supplies, equipment and facilities furnished by Passavant Area Hospital and all attending physicians, dentists, podiatrists, Prairielands Emergency Physicians and aAllied health care professionals, I hereby irrevocably assign, transfer, and authorize direct payment to Passavant Area Hospital all insurance benefits now due and payable to me or to become due and payable to me under any and all applicable insurance policy or policies or any replacement policies thereof. I understand that I am financially responsible for non-covered services, as well as any deductibles, coinsurance or amounts in excess of insurance benefits.

### ADVANCED DIRECTIVES FOR HEALTH CARE

(i) Initial Applicable Box
   _____ I do NOT have an Advanced Health Care Directive
   _____ I have an Advanced Health Care Directive and understand that for the Hospital to comply with my wishes, I must provide it with a copy of said Directives on each admission.
(ii) _____ I acknowledge that I have received written information regarding my rights under Illinois law and Hospital policy on Advanced Health Care Directives.

### FINANCIAL RESPONSIBILITY

The undersigned agrees that in consideration of the services to be rendered to the patient he/she hereby individually obligates him or herself to pay the account of the Hospital, and any other physicians who may attend me as well as their associates and assistants, and Prairielands Emergency Physicians, in accordance with the regular rates and terms of the Hospital. Most physicians furnishing services to patients are private physicians and are not employees of agents of the Hospital. Consequently, I understand that I may receive a separate bill for their services. If the requirements for referral, second opinion, or pre-certification of care, as outlined by the the patient's insurance carrier, have not been followed, the patient and/or guarantor will be responsible for all charges incurred. Should the charges, or any part thereof, be referred to an attorney for collection, the undersigned shall pay all reasonable attorney's fees and collection expenses. The undersigned further agrees to pay a finance charge of 1-1¾% per month on all charges remaining unpaid after one year from the date of service, the finance charge to be added to the balance each month until the account is paid in full.

THE PATIENT, OR THE PATIENT'S REPRESENTATIVE, CERTIFIES THAT HE/SHE HAS READ, UNDERSTOOD, AND ACCEPTED THE ABOVE STATEMENTS, THAT HE/SHE HAS HAD ALL OF HIS/HER QUESTIONS ANSWERED, AND THAT HE/SHE IS THE PATIENT, OR IS DULY AUTHORIZED OH BEHALF OF THE PATIENT TO EXECUTE SUCH AN AGREEMENT.


X _Donnie Borrett_
Signature of Patient or Person Authorized to Consent                    Date  _9-81_

_____
Relationship to Patient                                                 Date

_____
Witness to Signature                                                    Date

**Passavant Area Hospital**
*Jacksonville, Illinois 62650*

Triage Assessment:

*Name: Donnie Barrett                    Date: 6-9-06    Time: 1811

*Date of Birth: 10-31-74    *Physician: None

Phone Number: _____    Social Security Number: 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

*Triage Level:    I  II  III  ED/FT/(IV) V

*Mode of Arrival: Ambulatory W/C Cart Carried Other _____    *Accompanied by: Staff

*Chief Complaint: Laceration to ~~Rt~~ under left eye.
Blurred vision left eye

*Pain Level: 8                    D NO LOC

---

**Any of the following symptoms are suspicious of TB:**
Persistant cough with fever greater than two weeks.
History of bloody sputum.
History of night sweats.
History of weight loss/anorexia.

---

Vital Signs:  Temp: 99.3    B/P: 160/90    HR: 86

RR: 14    SAO2: 96%

Allergies: NKDA

*Interventions at Triage: _____

Lab: _____

X-Ray: _____

Pediatrics:  Wt: _____ lbs.    Immunizations: UTD/Not UTD

Triage Signature: _____

Mandatory Entry

R-59  1/06

### Passavant Area Hospital • Jacksonville, Illinois
### Emergency Department Nursing Observation/Intervention Flow Sheet

Patient Name _____

ED Number _____

Date _____ Physician _____

R.N. Signature _____ Initials _____

R.N. Signature _____ Initials _____

R.N. Signature _____ Initials _____

| Time | BP | Pulse | Resp | SaO₂ | *Pain | RTS | GCS | Nursing Observations and Interventions |
|------|-----|-------|------|------|-------|-----|-----|----------------------------------------|
| 1855 | | | | | | | | Ct facial bones, Kmc/TR.m.ct |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

- ☐ C-Spine Immobil./LSB/CID Intact
- ☐ C-Spine Immobil./LSB/CID Intact
- ☐ C-Spine Immobil./LSB/CID Intact
- ☐ C-Spine Immobil./LSB/CID Intact
- ☐ C-Spine Immobil./LSB/CID Intact
- ☐ Removed by _____
- ☐ Transferred with C-Spine/LSB/ CID Immobil. Intact

Time to X-Ray/CT _____

Time return _____

Accompanied by _____

*Pain (1-10 Scale)
**RTS - Revised Trauma Scale
***GCS - Glascow Trauma Scale

Time _____                                    ☐ See NN

| | |
|---|---|
| Intubation | ☐ RSI |
| Size Tube | Lip line |
| Initial SaO₂ | |
| CO₂ ☐ Easy Cap ☐ EDD | |
| Breath Sounds - Bilateral | |
| CXR | |
| Secured with | ☐ Commercial Device |

### Passavant Area Hospital
#### Jacksonville, Illinois

### ED Flow Sheet

ER-53  8/04

FT5 -01 BARRETT, DONNIE R        31Y
007568 OTHER, DOCTOR            672486
                                 FAST T
                                 10/31/74



217 243 3418      P.03/10

**PASSAVANT AREA HOSPITAL** Jacksonville, Illinois 62650 REFERRAL DOCTOR: NONE

| | | SERVICE AREA | FF |
|---|---|---|---|
| | | Location in Dept | |

PATIENT NAME
**BARRETT, DONNIE R**

AGE **31Y** DATE OF BIRTH **10/31/74** SEX **M** RACE **W** MS **S**

ARRIVED BY

GYNE HISTORY
LMP

CHIEF COMPLAINT
**LAC UNDER L EYE**

G ___ P ___

ADM DATE **06/09/06** ADM TIME **18:12** CLERK **AGB**

☐ POV.
☐ Ambulance

ADM NO. **6724868** ADMITTING PHYSICIAN **04463 OTHER, DOCTOR** OTHER PHYSICIAN EDP **MT**

other ____

A: ___

PRIOR Tx

CONDITION ON ARRIVAL:
☐ STABLE ☐ GUARDED ☐ CRITICAL

Rt 20/___ Lt 20/___
☐ Corrected
☐ Uncorrected

EDC: ___

ARRIVED BY: (CHECK ONE) ☐ CARRIED

NOTIFIED:
☐ FAMILY ☐ CLERGY
☐ POLICE ☐ SOCIAL SERVICE
☐ CORONER

Medication

☐ W/C ☐ CART ☑ AMBULATORY ☐ ACCOMPANIED BY:

PRIOR Tx

NURSE ASSESSMENT

ALLERGIES: ☑ None Known
LIST:

HT. ___ WT. ___

Time: **1819**

Considered the altercation about 1700 —
Struck in L eye approx 6 times — Lac
under lower L lid — bruising
slight. No LOC

| TIME | BP | PULSE | RESP | PAIN SCALE | SpO₂ | RT |
|---|---|---|---|---|---|---|
| 1811 | 132/90 | 86 | 16 | 8 | 96 | 97 |
| 1855 | 140/90 | 80 | 20 | | 97 | 99 |

Monitor: ___ O₂: ___ IV: ___

Past Medical History: ☑

Surgeries: Shoulder

See Supplemental ☐ Record

Pain ☐ No ☐ Yes

Pain Assessment ☐ Flowsheet

Signature _____

PHYSICIAN ASSESSMENT  Time **18:30** ☐ See Dictated Record  ☐ Return Visit 48"  ☐ Previous Record Pulled

18:52 Disc c Dr Branden x2                    St Johns Ambulance @ 9:30
18:57 Disc c Dr Hobbs                          Dr Ramaratnam
19:20 Disc c Dr Giebelhausen                   Accept @ 8:24

| Time Ordered | Physicians Orders | | | See Physicians order sheet | |
|---|---|---|---|---|---|
| | IV Infusions | Meds | Bolus | MI/hour | Time started | Time disc. |
| | ☐ Normal Saline | | | | | |
| | ☐ LR | | | | | |

☐ EOD ☐ Abd. Panel
☐ CCU ☐ OD ☐ GYNE ☐ SEPTIC

CT Facial
Bones Orbit

☐ EKG ☐ Resp Tx #1 #2

Visual Acuity
OT light deck 1 UEN 1930

Tx — Transfer to St John's Hosp
Dr. Ramaratnam accepts @
21:20 9:30  Contact 1st
made c St John's Brady
@ 9:30
No nose bleeding. No

DISPOSITION OF PATIENT
☐ ADMITTED ☐ Obs ☐ Sent
☑ TRANSFERRED St Johns 9:41
☐ DISCHARGED
TO O.R. @ ___
EXPIRED @ ___
☐ AMA ☐ Left Before Exam
Per ☐ W/C ☐ Cart ☐ Ambulatory
Accompanied By Nurse Spiders
Refused Assistance
Report called to ___
☐ Discharge Sheet ☑ Transfer sheets
CONDITION:
☐ Stable ☐ Guarded ☐ Critical ☐ Expired

Fx L Orbit c lac L eyelid

☐ None ☐ Clothing
List: ___

☐ Level I Emergency ☑ Level II Emergency ☐ Non-Emergency / Screen

NURSES SIGNATURE
Spiders

ATTENDING/CONSULT PHYSICIAN

ED PHYSICIAN
M Jones

Given to: ___

Form No. 1508 (Rev. 4/06)

3:08-cv-03039-HAB-CHE _____ Page 13 of 42
(NAME)

Emergency Department / Fast Track
## DISCHARGE INSTRUCTIONS
Passavant Area Hospital • Jacksonville, Illinois • 217-245-9541

**NOTE:** The examination and treatment you have received in the Emergency Department have been rendered on an emergency basis only and are not intended to be a substitute for or an effort to provide complete medical care. Your follow-up Doctor (named below) will receive a copy of your records and all test reports. It is important that you let him check you again and that you report to him any new or remaining problems at that time. Because it is impossible to recognize and treat all elements or injury or illness in a single Emergency Department visit. Meanwhile, follow the instructions below as indicated for you. This instruction sheet is not intended for future different problems.

### FOLLOW-UP INSTRUCTIONS

- ☐ BACK STRAIN INSTRUCTIONS
- ☐ BURNS INSTRUCTIONS
- ☐ CRUTCH WALKING INSTRUCTIONS
- ☐ EYE INSTRUCTIONS
- ☐ FEVER INSTRUCTIONS
- ☐ FRACTURES INSTRUCTIONS

- ☐ HEAD INJURY INSTRUCTIONS
- ☐ OTITIS MEDIA INSTRUCTIONS
- ☐ PHARYNGITIS INSTRUCTIONS
- ☐ P.I.D. INSTRUCTIONS
- ☐ SPRAINS, BRUISES INSTRUCTIONS
- ☐ U.T.I. INSTRUCTIONS

- ☐ NAUSEA, VOMITING, DIARRHEA INSTRUCTIONS
- ☐ WOUND INSTRUCTIONS
- ☐ DERMABOND INSTRUCTIONS
- ☐ OTHER _____
- ☐ MEDICAL CERTIFICATION
- ☐ MODIFIED WORK/SCHOOL INSTRUCTIONS

Your Presumptive Diagnosis is _fx lt orbit with lacerated eyelid_

The Emergency Medicine Physician who treated you was Dr. _Jones_

☐ **FOLLOW-UP CARE:**
You need to call as soon as possible to make an appointment with Doctor _____ for follow-up care of your

medical problem _____

☐ Please inform the doctor's office he was "on call" the day that you were here at Passavant.

**YOU MAY BE RECEIVING A PHONE CALL FROM US TO SEE HOW YOU ARE DOING** ———

**IMPORTANT:**
Your condition should be rechecked by a physician WITHIN 24-48 HOURS IF THERE IS NO IMPROVEMENT, AND SOONER IF YOUR CONDITION WORSENS. If you cannot reach your follow-up physician or cannot make an appointment, and your condition is not improving, then you should call or return to the Emergency / Fast Track Dept. at PASSAVANT AREA HOSPITAL as soon as possible.

If you had an EKG and/or X-ray, the emergency interpretation is a preliminary report. Your EKG and/or X-rays will be reviewed. If there is a change, we will notify you.

ADDITIONAL INSTRUCTIONS: _No nose blowing_

_Nothing dry mouth_

_To St Johns ER_

☐ A culture has been taken; you will be notified of positive culture reports.

☐ Your blood pressure is _____     ☐ Should be checked by your doctor.

☐ **MEDICATION:**
The following medications were prescribed for you, please take them as directed on the bottle: _____

_____

_____

☐ **WARNING:** You have been given medication, received treatment, or have an illness that may hinder your ability to drive, operate dangerous machinery, or safely be at heights. Do not engage in these activities until your physician permits you. Avoid Alcohol.

I have received and understand the above instructions.

Signature: X _Donna Barrett_

R.N.: _____     Date: _6-9-06_

ER-1168 (8/03)

## CONSENT FORM    Passavant Area Hospital • 1600 West Walnut Street • Jacksonville, IL 62650

### CONSENT TO MEDICAL CARE AND TREATMENT

I, _____ (patient name) am presenting myself or minor/dependent to Passavant Area Hospital for medical and/or surgical care. I request and authorize my physician and other physicians who may attend me, their associates and assistants, including students, and employees of Passavant Area Hospital to provide and administer such medical care, tests, procedures, drugs, services and supplies as they deem advisable for my health and well-being. This medical care may include pathology, radiology, emergency services and other special services and tests authorized by my physician(s). I further consent to the presence of medical and paramedical personnel during any procedure and treatment. I acknowledge that no representations or guarantees as to the results or cures have been made or relied upon me in consenting to treatment. I further authorize my physician or Hospital staff to examine, use and/or dispose of in any manner except for organ donation and/or transplantation) any bones, organs, tissues, fluids or parts removed form my body. I consent to the performance of serologic testing for infectious agents transmissable by blood or body fluid exposure (HIV or Hepatitis B) in the event where there is a needlestick or mucus membrane exposure to a hospital employee or agent and I am the identified source. Consent for HIV testing for other indications must be given on a separate consent form.

### RELEASE OF INFORMATION

I authorize Passavant Area Hospital and my treating physician(s) to release medical information, financial information and hospital medical records by electronic means or otherwise to the following persons or group: (a) Any third party which is or may be liable to the Hospital or my physician for all or part of their charges, including but not limited to: Hospital or medical service companies; third-party payors, self-insurers, Workers Compensation carriers and government agencies, or any person or entity acting as the agent or contractor of any such party responsible for payment, in connection with obtaining payment for the medical services rendered to me at the Hospital; (b) Any physician or medical provider who provides care and treatment or services to me; (c) Federal, State or other governmental or quasi-governmental agencies or other such parties as required by law for reporting purposes, or for purposes of determining eligibility in government-sponsored benefit programs; (d) Any person or entity participating in quality studies, medical studies, utilization review or similar studies of the care rendered by the Hospital and/or any physician providing services at the Hospital; (e) The supplier of any blood or blood products or any manufacturers of medical devices which I may receive or which may be administered to me for the purpose of quality control and recipient monitoring; (f) Any health professionals involved in my care for the purpose of facilitating the continuity of my medical care; (g) Any person or organization for scientific, educational, research or statistical purposes (h)Any continuing care facility, including residential or long-term care facilities, and home health agencies for the purpose of providing services for my care and/or treatment; (i) students affiliated with the Hospital to the extent necessary for involvement in this care and service.

I understand that certain patient information, including medical information, may be stored electronically, and I consent to such storage. I have also received a copy of my patients rights and Passavant Area Hospital's Notice of Privacy Practices and understand the uses and disclosures described in the Notice of Privacy Practices. I acknowledge that the above authorization has no expiration date and is valid to authorize the release of medical records and billing information at any time. I permit a copy of this authorization to be used in place of the original. This release extends to interviews and discussions relevant to the content of said hospital medical records by my physicians or hospital employees regarding the services provided. I further authorize any physician, nurse, or other health care provider who provides any treatment or services to me at the hospital to discuss at any time my condition and care and treatment and the content of my medical hospital records with Passavant Area Hospital employees, risk management personnel, attorneys, and claims persons investigating or defending any claim arising out of my care at the Hospital. This is a voluntary waiver and is not a condition of my treatment. This authorization shall remain in effect until revoked by me in writing to the Hospital referencing this authorization. The undersigned acknowledge(s) that the Hospital provides only general nursing care and that if continuous or special duty nursing is needed, it is the duty of the patient or his representative to arrange for such care. The undersigned acknowledge(s) the Hospital shall not be liable for failure to provide such continuous or special care.

### LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS

I understand and acknowledge that physician services are provided by independent physicians or groups of physicians and that they are independent of Passavant Area Hospital, and the Hospital does not control their practice of medicine. I understand the physicians and other health care providers who provide these services are neither hospital agent nor employees. The Hospital is not legally responsible for the independent treatment decisions, professional judgments or actions of these independent practitioners. Passavant Area Hospital contracts for certain professional services by independent physicians not employed by Passavant Area Hospital. They include, but are not limited to: Radiology services; Anesthesiology services; Pathology Services; Emergency Dept. physician. I understand that all emergency room services are provided by independent physicians under contract with the Hospital. I understand that the physicians employed by these groups and/or independent physicians must exercise their own independent professional judgment in my care and treatment. These independent practitioners may bill me separately for their professional services.

### PERSONAL VALUABLES

I acknowledge that the Hospital advises that any valuables should be given to a relative for safekeeping, or deposited with the Hospital Security Department. I assume complete responsibility for any valuables, including but not limited to jewelry, money, articles of clothing, or personal effects.

### CONSENT TO PHOTOGRAPHS OR VIDEOS

I consent to the taking of any photographs or videos at the time of or during my admission to monitor my medical care and for any other treatment and for the purposes of advancing medical knowledge.

### MEDICARE/CHAMPUS/VA INSURANCE BENEFITS

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize the release of medical or other information to the Social Security Administration or its intermediaries or carriers concerning this or a related Medicare claim filed by the Hospital, and/or Prairielands Emergency Physicians. I request that payment of authorized benefits be made on my behalf. I understand that I am responsible for the Part A deductible for each spell of illness an any co-insurance amounts which may become due. I also understand that I am responsible for the Part B deductible for each year, the remaining co-insurance and any other non-covered personal charges. The patient or the patient's representative certifies that he/she has read (or, if the patient/representative is unable to read has had the form read to him/her), understands, and has accepted the above and further certifies he/she is the patient, or is duly authorized on behalf of the patient to execute such an agreement. The undersigned acknowledges he/she has received written information regarding my rights under Champus and Medicare.

### ASSIGNMENT OF INSURANCE BENEFITS

In consideration of any and all medical services, care, drugs, supplies, equipment and facilities furnished by Passavant Area Hospital and all attending physicians, dentists, podiatrists, Prairielands Emergency Physicians and allied health care professionals, I hereby irrevocably assign, transfer, and authorize direct payment to Passavant Area Hospital all insurance benefits now due and payable to me or to become due and payable to me under any and all applicable insurance policy or policies or any replacement policies thereof. I understand that I am financially responsible for non-covered services, as well as any deductibles, coinsurance or amounts in excess of insurance benefits.

### ADVANCED DIRECTIVES FOR HEALTH CARE

(i) Initial Applicable Box
_____ I do NOT have an Advanced Health Care Directive
_____ I have an Advanced Health Care Directive and understand that for the Hospital to comply with my wishes, I must provide it with a copy of said Directives on each admission.
(ii) _____ I acknowledge that I have received written information regarding my rights under Illinois law and Hospital policy on Advanced Health Care Directives.

### FINANCIAL RESPONSIBILITY

The undersigned agrees that in consideration of the services to be rendered to the patient, he/she hereby individually obligates him or herself to pay the account of the Hospital, and any other physicians who may attend me as well as their associates and assistants, and Prairielands Emergency Physicians, in accordance with the regular rates and terms of the Hospital. Most physicians furnishing services to patients are private physicians and are not employees of agents of the Hospital. Consequently, I understand that I may receive a separate bill for their services. If the requirements for referral, second-opinion, or pre-certification of care, as outlined by the the patient's insurance carrier, have not been followed, the patient and/or guarantor will be responsible for all charges incurred. Should the charges, or any part thereof, be referred to an attorney for collection, the undersigned shall pay all reasonable attorney's fees and collection expenses. The undersigned further agrees to pay a finance charge of 1-1/2% per month on all charges remaining unpaid after one year from the date of service, the finance charge to be added to the balance each month until the account is paid in full.

THE PATIENT, OR THE PATIENTS REPRESENTATIVE, CERTIFIES THAT HE/SHE HAS READ, UNDERSTOOD, AND ACCEPTED THE ABOVE STATEMENTS, THAT HE/SHE HAS HAD ALL OF HIS/HER QUESTIONS ANSWERED, AND THAT HE/SHE IS THE PATIENT, OR IS DULY AUTHORIZED OH BEHALF OF THE PATIENT TO EXECUTE SUCH AN AGREEMENT.

X _Donnie Barret_ _____    Date _____
Signature of Patient or Person Authorized to Consent

_____    Date _____
Relationship to Patient:

_____    Date _____
Witness to Signature

*Page 26*

| | NAME: | Barrett, Donnie R |
|---|---|---|
| ST. JOHN'S HOSPITAL | ROOM: | |
| Springfield, IL | DOB: | 10/31/1974 |
| (217) 544-6464 | MRN: | 01195886 |
| OPERATIVE REPORT | ACCOUNT #: | 011958861001 |
| | ADMITTED: | 06/20/2006 |
| Surgeon: James Malone, M.D. | DISCHARGED: | 06/21/2006 |
| Date/Time Dictated: | 06/20/2006  3:56 P | 000309253 |
| Transcribe Date/Time: | 06/21/2006 12:39 P | msp |
| Page 1 of 2 | SURGERY DATE: | 06/20/2006 |

cc:    James Malone, M.D.

EXHIBIT-B

**SURGEON:**   JAMES MALONE, M.D.    **ASSISTANT:**   XINYAN HUANG, M.D.

**PREOPERATIVE DIAGNOSIS:** Left orbital floor fracture.

**OPERATION:** TRANSANTRAL ENDOSCOPIC REDUCTION OF ORBITAL BLOW OUT FRACTURE WITH PLACEMENT OF SYNPORE IMPLANT.

**POSTOPERATIVE DIAGNOSIS:** Left orbital floor fracture.

**ANESTHESIA**
General endotracheal.

**INDICATIONS FOR SURGERY**
The patient is a 31-year-old male who was involved in an altercation and sustained a blow out fracture of the left orbital floor. The patient is initially asymptomatic in terms of visual complaints except for some hypesthesia of the maxillary division of the trigeminal nerve on the left side. The patient subsequently developed diplopia with downward gaze. CT scan shows a significant orbital blow out fracture. He presents for open reduction and internal fixation. I discussed with the patient the transconjunctival approach in addition to a Caldwell-Luc endoscopic approach. We went over the risks of the procedure including bleeding, infection, entropion, injury to the eye, visual loss, visual change, continued low vision. The patient expressed understanding and wishes to proceed.

**FINDINGS**
There was a blow out fracture of the left lateral orbital floor. It was hinged medially. There was some entrapment of the maxillary division of the trigeminal nerve.

**DESCRIPTION OF PROCEDURE**
The patient was brought to the operating room and placed supine on the operating room table. He was correctly identified. General anesthesia was induced and endotracheal intubation was completed. The patient was given a gram of Ancef intravenously prior to commencement of the procedure. During the procedure, he was also given 8 mg of Decadron intravenously. The head of the bed was rotated counter clockwise 120 degrees. The patient's face was prepped and draped in sterile fashion. The right eye was

**OPERATIVE REPORT**


Page 5

| | NAME: | Barrett, Donnie R |
|---|---|---|
| ST. JOHN'S HOSPITAL | ROOM: | |
| Springfield, IL | DOB: | 10/31/1974 |
| (217) 544-6464 | MRN: | 01195886 |
| OPERATIVE REPORT | ACCOUNT #: | 011958861001 |
| | ADMITTED: | 06/20/2006 |
| Surgeon: James Malone, M.D. | DISCHARGED: | 06/21/2006 |
| Date/Time Dictated: | 06/20/2006  3:56 P | 000309253 |
| Transcribe Date/Time: | 06/21/2006 12:39 P | msp |
| Page 2 of 2 | SURGERY DATE: | 06/20/2006 |

taped. In the left eye, placed a corneal protector to protect the globe from injury. 1% lidocaine with 1:100,000 epinephrine was used to inject the gingival labial sulcus underneath the upper lip on the left side. Bovie was used to incise the mucosa and submucosal tissue down to the anterior face of the maxilla. Periosteal elevator was used to elevate the periosteum off of the anterior face of the left maxilla, up to the infraorbital nerve. I then used a small osteotome and a mallet to create an antrostomy in the anterior face of the maxillary sinus. Bone fragment was removed. The 30 degree endoscope was then introduced into the maxillary sinus. There was edema and old hemorrhage noted within the mucosa. Using a Woodson elevator, I gently palpated the floor of the orbit. I was able to palpate the fracture site just lateral to the infraorbital nerve. It was hinged medially. Some edematous mucosa was taken down with an up biting Blakesley forceps off of the floor of the orbit. This allowed exposure of the bony fragments. There were several bony fragments noted which were removed after blunt dissection of the periorbita and surrounding sinus mucosa. I was then able to palpate the edges of the defect. The infraorbital nerve was identified and it was maintained intact. We then took a piece of Impore sheeting by Synthes Corporation used for orbital floor repair. It was cut to appropriate size, the notch being to incorporate the infraorbital nerve. We then inserted it through the Caldwell-Luc site and began to use Woodson and other blunt instruments to tuck it around the shelf of bone. The initial implant was too large. It was removed and a smaller one was formed in a similar fashion. This too was tucked around the edges of bone posteriorly, anteriorly, medially and laterally. Excellent fit was achieved with excellent support of the orbital contents. The maxillary sinus was irrigated copiously with saline solution and suctioned. The bone fragment that was removed from the face of the maxilla was laid down back over the anterior maxillary defect. The sublabial wound was closed in layers with 3-0 Polysorb suture for deep layer followed by interrupted 3-0 chromic suture. Prior to completion of the procedure, forced duction testing was performed on the left eye to assure that there was good mobility in all directions. The corneal protector was then removed. The patient was awakened and extubated in the operating room and transferred to the PACU in satisfactory condition.

SIGNED:
James Malone, M.D. 06/28/2006 07:59 _____
James Malone, M.D.

OPERATIVE REPORT

Page 6



St. John's
Hospital

800 E. Carpenter St.
Springfield, IL 62769
(217) 544-6464

011958861000    06/09/2006
**Barrett, Donnie R**
Sex: M Age: 31    DOB: 10/31/1974
Emergency, CIEP

# EMERGENCY DEPARTMENT AFTER CARE INSTRUCTIONS

**Provisional Diagnosis:**

Left orbital
floor fx.
L eyelid laceration

**Follow up in** _3 - 7_ **days with:**
Dr. _Malone_
Address _____

Phone _217 - 545 - 6099_
☑ Please call for an appointment.

**ADDITIONAL INSTRUCTIONS**

F/u c̄ Dr. Malone
(ENT) in 5-7 days. Call
for appointment 6/12/2006
F/u c̄ Ophthalmologist in 2-3
days.
Afrin n̄ spray TID x 5days  Both nostrils
Saline spray n̄ sprays ® QID nostrils

☐ I acknowledge that I have received an offer to be counseled by a registered
pharmacist about the filled prescriptions I have received from either
St. John's Hospital Pharmacy or Pavilion Pharmacy. This offer to
counsel was made in accordance with the Omnibus Budget Reconciliation
Act of 1990 (OBRA 90).

☐ No medication dispensed.

☐ No work/school until: _____

If any problems c̄
vision return to
St Johns ER

Signature of Patient or Responsible Person: _Donnie Barrett_

Signature of Witness: _____

Date: _6-10-2006_

#7214 (05/0

---

**Barriers to learning:** ☐ N/A    ☐ Language    ☐ Interpreter
                                     ☐ Sight        ☐ Interpreter
                                     ☐ Deaf         ☐ Interpreter

**Please follow the instructions below as indicated for you:**

| | | |
|---|---|---|
| ☐ Abdominal complaint | ☐ Febrile convulsion | ☐ Tetanus |
| ☐ Animal bite | ☐ Headache | ☐ Threatened |
| ☐ Asthma | ☐ Head Injury - Adult/Child | miscarriage |
| ☐ Back pain | ☐ High blood pressure | ☐ Urinary tract |
| ☐ Burn care | ☐ Neck strain/sprain | infection |
| ☐ Cast care | ☐ Nosebleed | ☐ Venereal disease |
| ☐ Chest pain | ☐ Otitis media (earache) | ☐ Vomiting/Diarrhea |
| ☐ Cold - adult/child | ☐ Pelvic inflammatory disease | Adult/Child |
| ☐ Crutch walking/crutches | ☐ Seizure | ☐ Wound care/Suture |
| ☐ Culture | ☐ Sore throat | after care |
| ☐ Eye injury | ☐ Strain, sprain, fracture | ☐ Conscious sedation |
| ☐ Fever - Child | | |

☐ Other _____
☐ You have _____ sutures/staples which must be removed in
_____ days.
☑ Patient/Significant other verbalized understanding of D/C instructions.

☐ You were prescribed sedatives or pain medications that may make
you drowsy. Do not drink alcohol, drive or operate machinery while
you are taking these medications.

☐ X-rays/EKGs do not always show injury or disease. Fractures (breaks in
the bones) are not always revealed on the initial x-rays, but may be
revealed on subsequent x-rays. Your x-ray/EKG has been read on a
preliminary basis. Final reading will be made by the radiologist/cardiologist.
You will be notified of any additional findings.

☐ Lab work has been drawn during your visit. Please call ext. 44688 for
results after 24-48 hours.

The examination and treatment you have received in the Emergency
Department has been given on an emergency basis only. **(Should your
condition worsen or any new symptoms develop, or should you not
recover as expected, contact your physician or the physician you were
given for follow-up care.)** If you cannot contact the physician, return to the
Hospital Emergency Department.

---

St. John's Hospital • 800 East Carpenter St. • Springfield, IL 62769

or _Donnie Barrett_    Date _6/10/2006_

Address: _____

℞

Amoxicillin    500mg
ī po    TID x 7days

₉ # 21

May Substitute _____  _Vivek Ramavathnam_ M.D./D.O.
May Not Substitute ___  DEA No. _____
May Be Refilled  ☐ 1 time  ☐ 2 times  ☐ 3 times  ☐ No Refills

14
14/061    PATIENT COPY    An Affiliate of Hospital
Sisters Health System

962

**ST. JOHN'S HOSPITAL**
800 E. Carpenter St.
Springfield, Illinois 62769

St. John's
Hospital

N 011

01195986-1001 DSRG 06/20/06
BARRETT, DONNIE R          OPS

31  10/31/74  M DSP
MALONE,JAMES P, MD                Y

**KEY:   N/A = not applicable**

## DISCHARGE INSTRUCTIONS

| | | Prescription Given To-Patient | | | Instructions Given To | | Indicates Understanding | |
|---|---|---|---|---|---|---|---|---|
| **Medications** Food/Drug Interactions Information is available from Pharmacy and MicroMedex: ☐ Check box if patient received completed medication card list, received instructions and understood the medication instructions. (copy of medcard attached) | | Yes | No | NA | Patient | Other | Yes | No |
| Afrin 2 sprays (4) nostril twice a day for 3 days | | 6/10/06 | | | | | | |
| Medrol dose pack as ordered | | | | ✓ | | | | |
| Saline nasal spray (2) nostril every 4 hours | | | | | | | | |
| Amoxicillin 875 mg (1) twice a day for 1 week | | | | | | | | |
| Keridex 15cc twice a day and after each meal | | | | | | | | |
| Vicodin (1) every 4 hours as needed for pain | | | | | | | | |

**Diet** (specify if any restrictions)  No Restrictions

**Dressings/ Wound Care**  No dressings

**Activity Instructions**  No heavy lifting or straining until released by doctor

Instructed on daily weight at home?  ☐ Yes  ☒ N/A
Instructed on worsening signs or symptoms to report to physician? ☒ Yes  ☐ N/A
Smoking cessation instructions given?  ☐ Yes  ☐ Refused  ☒ N/A

Physician's appointment on  2weeks  at _____ with  Dr. Malone

Physician's appointment on _____ at _____ with  Dr. Hospital 544-6464    845 44490

## POST DISCHARGE SERVICES ARRANGED

Skilled Services (specify) _____
Personal Care Services (specify) _____
Equipment/Supplies (specify) _____
Illinois Department of Public Aid Form #2448 Completed    ☐ Yes  ☐ No  ☐ NA

## MISCELLANEOUS INFORMATION

Pre-admission medication returned to patient?    ☐ Yes  ☐ No  ☒ NA
Multi-dose medications sent home with patient?    ☐ Yes  ☐ No  ☒ NA
Patient or family aware of allergies?  Specify  none    ☐ Yes  ☐ No  ☐ NA
Valuables accounted for and returned?    ☒ Yes  ☐ No  ☐ NA
All clothing and personal items accounted for?    ☒ Yes  ☐ No  ☐ NA
Telemetry, other equipment removed from patient?    ☒ Yes  ☐ No  ☒ NA

I acknowledge that I have received and understand these instructions:

_Olivia Toon RN_     X
Individual giving instructions              Patient signature

4/21/06    0800    X _SN Cross_
Date        Time        Signature of person present for teaching (relative, friend, neighbor)

White Copy, *PATIENT RECORD;* Yellow Copy, *PATIENT;* Pink Copy, *NURSING UNIT*

Page 8    **DISCHARGE DOCUMENTATION - *Part 2***
(Patient Education/Care Map/Discharge Plan)

#4880 (R 10/05)

An Affiliate of Hosp
Sisters Health Syst

For _Donnie Barrett_    Date _6/10/2006_

Address _____

**Rx**

Tylenol #3

$\bar{i} - \bar{i}i$  $P_0$ $q$ $4-6°$ prn
pain

sig # 20 (twenty)

_____
Nivie Ramnathan    M.D./D

DEA No. _____

☐ May Substitute
☐ May Not Substitute
☐ May Be Refilled    ☐ 1 time  ☐ 2 times  ☐ 3 times  ☐ No Refills

(A05)        PATIENT COPY

An Affiliate of Hospital
Sisters Health System

Page 9

**St. John's Hospital**
800 East Carpenter Street • Springfield, IL • Phone: (217) 544-6464

011958861001  06/20/2006
Barrett, Donnie R
Sex: M  Age: 31  DOB: 10/31/1974
Malone, James

Date 6/21/06
Age:
Rx No.:

**IPTION**

For: _____ (First Name)
Address: _____ (Street) _____ (City) _____ (State)

Rx
Directions:
Prednisone
(Medrol dose pack)
take as directed
Disp # 1 pack.

☐ DO NOT LABEL
Refill _____ Times _____
DEA No. _____

☐ May substitute
☐ May not substitute _____ Malone M.D.

An Affiliate of Hospital Sisters Health System
#28B

---

**St. John's Hospital**
800 East Carpenter Street • Springfield, IL • Phone: (217) 544-6464

011958861001  06/20/2006
Barrett, Donnie R
Sex: M  Age: 31  DOB: 10/31/1974
Malone, James

Date 6/21/06
Age:
Rx No.:

**TION**

For: _____ (First Name)
Address: _____ (Street) _____ (City) _____ (State)

Rx
Directions:
Peridex
15ml PO swish + spit
BID
Disp # one hundred fifty

☐ DO NOT LABEL
Refill _____ Times 2920
DEA No. _____

☐ May substitute
☐ May not substitute _____ Malone M.D.

An Affiliate of Hospital Sisters Health System
#28B

---

**St. John's Hospital**
800 East Carpenter Street • Springfield, IL • Phone: (217) 544-6464

011958861001  06/20/2006
Barrett, Donnie R
Sex: M  Age: 31  DOB: 10/31/1974
Malone, James

Date 6/21/06
Age:
Rx No.:

**ESCRIPTION**

For: _____ (Last Name)
Address: _____ (Street) _____ (City) _____ (State)

Rx
Directions:
Amoxicillin
875mg PO BID
Disp # one week

☐ DO NOT LABEL
Refill _____ Times 2920
DEA No. _____

☐ May substitute  Taya
☐ May not substitute _____ Taya M.D.

An Affiliate of Hospital Sisters Health System
#28B

---

**St. John's Hospital**
800 East Carpenter Street • Springfield, IL • Phone: (217) 544-6464

011958861001  06/20/2006
Barrett, Donnie R
Sex: M  Age: 31  DOB: 10/31/1974
Malone, James

Date 6/21/06
Age:
Rx No.:

**CRIPTION**

For: _____ (First Name)
Address: _____ (Street) _____ (City) _____ (State)

Rx
Directions:
Vicodin
1 tab PO q4-6hrs PRN pain
Disp # twenty only

☐ DO NOT LABEL
Refill _____ Times 2920
DEA No. _____

☐ May substitute
☐ May not substitute _____ Taya M.D.

An Affiliate of Hospital Sisters Health System
#28B

Page 10

1195886
6921

```
GUARANTOR ACCT MGMT          ST.JOHN'S GUARANTOR          09/17/07 09:37
MORGAN, COUNTY SHERIFF    01/01/1880 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      002    001195998
------------------------- GUARANTOR MEMO DETAIL -------------------------
Begin with...      (P, S, Dt)      (I/E)    Memo Type
09/17/07 GM JOR RECEIVED LETTER FROM PT, DONNIE BARRETT, ADDRESS,
              COUNTY FARM ROAD, R.R. 1 BOX 6A, RUSHVILLE, IL 626
              81; LETTER REQUESTS RECORDS AND BILLING STMTS;PRIN
              TED V1000 & 1001 AND ATTACHED TO PT LETTER AND FOR
              WARDED ALL TO MED RECORDS.
**** END OF DISPLAY ****              ACCOUNT BALANCE              0.00
```

```
THERE ARE NO MORE PAGES
  PF7-BWD              PF9-MEMO/COLLECTION    PF10-GUAR ACCT AGING
  KP083PC                User Id A308122       Termid A869  Function GUAM
```

SEP 18 2007

ST. JOHN'S HOSPITAL
BUSINESS OFFICE
800 EAST CARPENTER STREET
SPRINGFIELD, ILLINOIS 62769-0001

```
              S T .   J O H N ' S   H O S P I T A L              PAGE    1
                      ST.JOHN'S HOSPITAL                   09/17/07 09:27
              PATIENT STATEMENT OF ACCOUNT - DETAIL

      PATIENT NAME: BARRETT, DONNIE R        ACCOUNT NBR:   001195886-1000
                                             BILLING PERIOD: 06/10/06 09/17/07
                BILL TO
           COUNTY SHERIFF MORGAN
           300 WEST COURT
           JACKSONVILLE        IL 62650
           UNITED STATES


    SRV DATE REF NBR                    DESCRIPTION
    06/10/06 20022968 MAALOX TC SUSP 30ML                            3.00
    06/10/06 20032845 LIDOCN 1%W/EPI 1:200,000                      32.61
    06/10/06 20042360 HXCHLXPHN LIQ 3% 150ML                        69.96
    06/10/06 20216012 HYDRCODN 5MG APAP 500MG TAB      (QTY OF 0002) 14.12
    06/09/06 15020004 ED LEVEL 4                                   600.00
    06/09/06 15050639 LAYER CLOSURE WND <2.5CM                     193.00
                      -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) --
                      OTHER AGENCIES-GENERIC      06/10/06 - 06/13/06
    08/21/06 91820051 WEXFORD ALLOWANCE          SERVICE ON 06/09/06 625.69-
                      OTHER AGENCIES-GENERIC
    08/22/06 99011401 PMT OTHER AGENCIES         SERVICE ON 06/09/06 287.00-
                      OTHER AGENCIES-GENERIC




         REMIT TO
    ST. JOHN'S HOSPITAL              BEGINNING BALANCE                0.00
    800 E CARPENTER                  NEW CHARGES/ADJUSTMENTS        912.69
                                     NEW PAYMENTS/CREDITS           912.69-
    SPRINGFIELD       IL 62769       CURRENT ACCOUNT BALANCE          0.00

    MAKE CHECK PAYABLE TO:    ST. JOHN'S HOSPITAL

    IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
    BUSINESS OFFICE LYR              PHONE: (217) 525-5615
```

ST. JOHN'S HOSPITAL
BUSINESS OFFICE
800 EAST CARPENTER STREET
SPRINGFIELD, ILLINOIS 62769-0001

```
           S T .   J O H N ' S   H O S P I T A L            PAGE     1
                      ST.JOHN'S HOSPITAL               09/17/07 09:28
              PATIENT STATEMENT OF ACCOUNT - DETAIL

   PATIENT NAME: BARRETT, DONNIE R         ACCOUNT NBR:     001195886-1001
                                           BILLING PERIOD: 06/20/06 09/17/07

              BILL TO
        COUNTY SHERIFF MORGAN
        300 WEST COURT
        JACKSONVILLE        IL 62650
        UNITED STATES
```

```
SRV DATE REF NBR                        DESCRIPTION
06/20/06 19020032 HUNTLIEGH DVT 10 KNEE SLEEVE 1                    130.99
06/20/06 19020174 HUNTLIEGH DVT PUMP                                 0.00
06/20/06 19020211 WHITE CALL BOX-CH(STER)                            0.01
06/20/06 19911266 WHITE CALL BOX-CH(SUPP)                            0.01
06/20/06 20133435 MORPHINE RANGE DOSE INJ                           10.08
06/20/06 20310796 CEFAZOLIN 1GM IVPB                                18.68
06/20/06 21050015 ROCURONIUM 10MG/ML,5ML                            98.62
06/20/06 21050019 DEXAMETHASONE INJ 4MG/ML      (QTY OF 0002)       17.30
06/20/06 21050036 GLYCOPYROLATE 0.2MG AMP       (QTY OF 0003)       26.22
06/20/06 21050050 CEFAZOLIN 1GM INJ                                 10.85
06/20/06 21050067 NEOSTIGMINE 10MG/10ML                             28.56
06/20/06 21050101 PROPOFOL 200MG/20ML INJ                           30.92
06/20/06 21050108 LIDOCAINE 1% INJ 50ML MD                          11.81
06/20/06 20035911 ONDANSETRON 1MG INJ-CHILD                         16.51
06/20/06 20035911 ONDANSETRON 1MG INJ-CHILD                         16.51
06/20/06 20035911 ONDANSETRON 1MG INJ-CHILD                         16.51
06/20/06 20035911 ONDANSETRON 1MG INJ-CHILD                         16.51
06/20/06 20133399 MORPHINE INJ 10MG/ML                              12.25
06/20/06 20133399 MORPHINE INJ 10MG/ML                              12.25
06/20/06 21290016 FENTANYL INJ 250MCG/5ML                            8.16
06/20/06 21290040 MIDAZOLAM INJ 5MG/5ML VIAL                         9.88
06/20/06 18780277 CHROMIC LEVEL 2                                   20.00
06/20/06 18550260 BI-POLAR CORD - DISP                              12.51
06/20/06 11212001 PT OBS-GEN/HR                 (QTY OF 0016)      768.00
06/20/06 18411001 GEN ANESH UNDER 3 HRS                            751.00
06/20/06 18413051 WARMING BLANKET                                   36.00
06/20/06 18920011 O/P PREAN-ADULT                                    0.00
06/20/06 18920014 RECOVERY CLASS 3-O/P                             481.80
06/20/06 21090080 LIDO 1%/EPI 1:100K 30ML                           12.69
06/20/06 21090099 OXYMETAZOLINE NASAL SOL 0.05%                      9.00
06/21/06 19910165 DEX 5% SODCH .45% 1000CC                           0.00
06/21/06 20031450 DEXAMETHASONE 4MG/ML 5ML                          10.03
06/21/06 20216012 HYDRCODN 5MG APAP 500MG TAB   (QTY OF 0002)       14.12
06/21/06 20310796 CEFAZOLIN 1GM IVPB                                18.68
06/21/06 33020010 GUEST/GUARD TRAY                                   5.50
06/20/06 18531328 OPEN TREATMNT ORBITAL FLOOR BL                  3148.00
06/20/06 18782640 PLATE POLYETHYLENE SYNTHES POR                  1920.00
06/20/06 14999001 CODING-NO ACTIVITY                                 0.00
                  -- WE HAVE BILLED THE FOLLOWING INSURANCE(S) --
                  OTHER AGENCIES-GENERIC        06/20/06 - 09/18/06
07/24/06 92030001 S/P-SM BAL ADJUSTMENT                              5.50-
```

ST. JOHN'S HOSPITAL
BUSINESS OFFICE
800 EAST CARPENTER STREET
SPRINGFIELD, ILLINOIS 62769-0001

```
              S T .   J O H N ' S   H O S P I T A L              PAGE    2
                          ST.JOHN'S HOSPITAL                  09/17/07 09:28
              PATIENT STATEMENT OF ACCOUNT - DETAIL

     PATIENT NAME: BARRETT, DONNIE R          ACCOUNT NBR:    001195886-1001

SRV DATE REF NBR                    DESCRIPTION
10/30/06 99027501 BK1-GUARANTOR PYMNT                               752.00-
04/03/07 91620008 DOC-PRISONERS ALLOW-CURR YR  SERVICE ON 06/20/06  6942.46-
                  OTHER AGENCIES-GENERIC
04/03/07 99019999 I1 ACCT CONVERSION CLOSE IAR SERVICE ON 06/20/06     0.00
                  OTHER AGENCIES-GENERIC
```

```
         REMIT TO
ST. JOHN'S HOSPITAL              BEGINNING BALANCE                  0.00
800 E CARPENTER                 NEW CHARGES/ADJUSTMENTS          7699.96
                                NEW PAYMENTS/CREDITS             7699.96-
SPRINGFIELD       IL 62769      CURRENT ACCOUNT BALANCE            0.00

MAKE CHECK PAYABLE TO:   ST. JOHN'S HOSPITAL

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
BUSINESS OFFICE LYR              PHONE: (217) 525-5615
```

# SURGERY INSTRUCTIONS

Surgery date _10.20.06_

2nd floor of the Pavilion

St. John's outpatient on Mason St.

☑ STOP taking aspirin, Advil, ibuprofen, Motrin, Vitamin E or any other blood thinners 10 days before your surgery.

☑ You may take Tylenol.

☐ Please obtain lab work one week before your surgery.

☐ Script for you lab work.

☑ We will call you on ___ 1 ºº pm to let you know that time to be at the hospital.

☑ DO NOT EAT OR DRINK anything. Adults after midnight, children after 2 a.m. the morning of surgery.

☐ Bring any CT/MRI films with you

☑ Bring your insurance card

☑ If you have any questions please call 217-545-6099

☑ Please make your return appointment today before leaving.

☑ Bring a driver to take you home

PEDI PATIENTS ----Please check in at the time given you at the Pediatric Preadmission Department located on the 3rd floor of St. John's Hospital. Please follow the arrows on the map, starting at the elevators located on the 2nd floor of the Pavilion.

Page 28

GC   X

**SIU Physicians & Surgeons**

# OTOLARYNGOLOGY CLINIC

HK35O   LR35O   CB35O   JM35O   KR35O   GW35O
RB35O   PM35O

ORDERING MD _____

ATTENDING SIGNATURE

Ins/Ref# _____

REQ MD _____

| ENC: | 66601030 FC: SP |
|---|---|
| PV: JM35O | PS: SP |
| MALONE, JAMES MD | |
| REF: | |
| PT: | DONNIE R |
| | BARRETT |
| MR#: 738903 | 31   06/19/06 |
| DOB: 10/31/1974 | 14:00 |
| CS: O | 14072170013 |
| INS: GUR | |
| | SOF: 06 |

CURRENT

| DX | SERVICE/PROCEDURE | CPT | MOD | DX | SUPPLIES | CPT | FEE | COPAY $ | | DIAGNOSIS | ICD-9 | DX | DIAGNOSIS | ICD-9 | DX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Global Visit | 9902400 | N/C | | Endo Sheaths | 0764270 | | | | Follow-Up Surg V67.09 | | | Deviated nasal sept | 470 | |
| | **OFFICE-NEW-PF** | 9920100 | | | Tymp Tap Aspirat | 0764624 | | | | **EAR - BPPV** 386.11 | | | Hypertr nasal turb | 478.0 | |
| | Expanded | 9920200 | | | Nasal Irrigat Tip | 0764649 | | | | Cholest mid ear 385.32 | | | Nasal/sinus disease | 478.1 | |
| | Detailed | 9920300 | | | Sinus Rinse Btl | 0764649 | | | | Dizziness 780.4 | | | Polyp nasal cavity | 471.0 | |
| | Comp/Moderate | 9920400 | | | Sinus Rinse Pkts | 0764649 | | | | Eczema, external 380.22 | | | **THROAT** Abscess tons 475 | | |
| | Comp/High | 9920500 | | | Tube, Myrngotmy | 0764649 | | | | Foreign body ear 931 | | | Acute pharyngitis 462 | | |
| | **OFFICE-EST-Min** | 9921100 | | | Tray | 0764550 | | | | Dysfun eustach tul 381.81 | | | Chronic tonsilitis 474.00 | | |
| | Problem Focused | 9921200 | | | Trach/laryng Tube nonct | 0767520 | | | | Hearing Loss-Cond 389.01 | | | Cough 786.2 | | |
| | Expanded | 9921300 | | | Trach/laryng Tube cuff | 0767521 | | | | -Mid ear 389.03 | | | Hypertro adenoids 474.12 | | |
| | Detailed | 9921400 | | | | | | | | -Tympanic 389.02 | | | Hypertroph T&A 474.10 | | |
| | Comprehensive | 9921500 | | | | | | | | Mixed 389.2 | | | Hypertroph tonsils 474.11 | | |
| | **CONS-NEW-EST-PF** | 9924100 | | | | | | | | Perceptive SN 389.10 | | | Laryngeal Spasm 478.75 | | |
| | Expanded | 9924200 | | | | | | | | Sensneur comb 389.18 | | | Disease larynx 478.79 | | |
| | Detailed | 9924300 | | | **INJECTIONS** | | # | | | Abn aud perceptn 388.41 | | | Dysphagia 787.2 | | |
| | Comp/Moderate | 9924400 | | | Botox $7 per Unit | 780585 | | | | Loss speech discrm 388.43 | | | Esophag reflux/GERD 530.81 | | |
| | Comp/High | 9924500 | | | Kenalog $2 per 10mg | 783301 | | | | Impacted cerumen 380.4 | | | Hypersom w/slp ap 780.53 | | |
| | **CONFM-CONS-PF** | 9927100 | | | **PROCEDURE** | | # | | | Mastoiditis,chr 383.1 | | | Obstructive sleep apnea 780.57 | | |
| | Expanded | 9927200 | | | Spontan Nystag | 9254100 | | | | Meniere's disease 386.00 | | | Sialadenitis 527.2 | | |
| | Detailed | 9927300 | | | Position Nystag | 9254200 | | | | Perf tymp mem 384.20 | | | Sialorrhea 527.7 | | |
| | Comp/Moderate | 9927400 | | | Caloric Vest | 9254300 | | | | -Central perf 384.21 | | | Spasmodic dysphoni 478.79 | | |
| | Comp/High | 9927500 | | | Optokinet Nystag | 9254400 | | | | Otitis externa,inf 380.10 | | | Tongue tie 750.0 | | |
| | FNA | 1002100 | | | Oscillating Track | 9254500 | | | | OM,serous-acute 381.01 | | | Voc Cord Disease/Nodule 478.5 | | |
| | Debride mastoid | 6922097 | | | Torsion Swing | 9254600 | | | | -acute no perf 382.00 | | | Vocal paralys bil tot 478.34 | | |
| | Remove cerumen | 6921000 | | | Vertical Electrodes | 9254700 | | | | -chronic 381.10 | | | Vocal paralys uni tot 478.32 | | |
| | Trach change | 3150200 | | | Therapeutic/15 min | 9711000 | | | | Otalgia 388.70 | | | Hoarseness 784.49 | | |
| | Laryngoscopy flex | 3157500 | | | -re-education | 9711200 | | | | Otorrhea,no blood 388.60 | | | Enlarg lymph node 785.6 | | |
| | w/ stroboscopy | 3157997 | | | | | | | | Swim ear, acute 380.12 | | | Nontox uninod goit 241.0 | | |
| | Nasopharyngoscopy | 9251100 | | | **ALLERGY TESTING/INJ** | | | | | Tinnitus, pulsatile 388.32 | | | Hyperparathyroid,unspec 252.00 | | |
| | Removal FB ext ear | 6920000 | | | Immunotherapy inj | 9511500 | | | | Tinnitus, subjectiv 388.31 | | | Hyperparathyroid,primary 252.01 | | |
| | Tympanostmy w/tb | 6943300 | | | multiple inj | 9511700 | | | | Tinnitus unspec 388.30 | | | Laryngomalacia 748.3 | | |
| | Binoculr Micrscope | 9250400 | | | Single Intradermal | 9502400 | | | | Vertigo-Cent orig 386.2 | | | Snoring 786.09 | | |
| | Politzer Maneuver | 6940100 | | | tests (specify #) | | | | | -Peripheral 386.10 | | | Trachea Stenosis 519.1 | | |
| | Frenotomy | 4101000 | | | Intradermal Dilutn | 9502700 | | | | **NOSE-FB** 932 | | | Vocal Cord Polyp 478.4 | | |
| | BPPV/Dix Hallpike | 9253200 | | | (x # of antigens) | | | | | Allergic rhinitis 477.8 | | | **OTHER-Headache** 784.0 | | |
| | Myringotomy | 6942000 | | | Perc allergy screen | 9500400 | | | | Anosmia 781.1 | | | Dysarthria 784.5 | | |
| | TM paper patch | 6961000 | | | (x # of antigens) | | | | | Ac eth sinusitis 461.2 | | | Vestibular migraine 386.12 | | |
| | Gentamycin inj | 6980100 | | | Vial mix(x # doses) | 9516500 | | | | Chr eth sinusitis 461.2 | | | Gait disturbance 781.2 | | |
| | Streptomycin inj | 9078800 | | | | | | | | Ac max sinusitis 461.0 | | | Sjogren's disease 710.2 | | |
| | Hilger fac nv stim | 9593700 | | | **SCHEDULE** | | | | | Chr max sinusitis 473.0 | | | TMJ Dysfunction 524.60 | | |
| | Cauterize nas septum | 3090100 | | | | | | | | Chr Rhinitis 472.0 | | | Thyroiditis-unspec 245.9 | | |
| | Remove FB nose | 3030000 | | | | | | | | Epistaxis 784.7 | | | -Hashimoto's 245.2 | | |
| | Laryngoscopy VC Botox | 3151300 | | | | | | | | Pansinusitis 473.8 | | | Speech delay 783.42 | | |
| | VC Botox No Scope | 6461300 | | | | | | | | **ADDITIONAL DX** | | | Urticaria 708.9 | | |
| | EMG | 9587000 | | | | | | | | | | | | | |

SCHEDULE handwritten: DR IF - L orbital floor fx   ? conjunctival approach   2/3°   4/20

DICTATION COMPLETED

| MOD | E/M: 24-unrel E/M   25-E/M+proc   57-dec surg   SURG: 50-bil   52-reducd   58-stagd/more ext proc   59-proc sm day   78-rel prev surg   79-unrel |
|---|---|

1105

# STATEMENT OF MEDICAL SERVICES

SIU PHYSICIANS & SURGEONS
PO BOX 20907
SPRINGFIELD IL  62708-0907

| LAST STATEMENT DATE: | |
|---|---|
| NEW CHARGES: | $3613.00 |
| NEW PAYMENTS: | $0.00 |
| NEW ADJUSTMENTS: | $0.00 |
| INSURANCE BALANCE: | $0.00 |
| YOUR BALANCE: | $3613.00 |

If Any Questions, Please Contact: 217-545-4966    OR    888-203-1154

DONNIE G BARRETT          ACCOUNT    1408219          06/25/06

| | CHARGE | PAYMENTS | ADJUSTMENTS | INSURANCE BALANCE | YOUR BALANCE |
|---|---|---|---|---|---|
| >>> PATIENT: DONNIE R BARRETT   1407217 | | | | | |
| PERFORMED BY: JAMES P MALONE | | | | | |
| *06/20/06   REPAIR EYE SOCKET FRACTUR | 3613.00 | | | | 3613.00 |
| BALANCE: DONNIE R BARRETT | | | | | $3613.00 |

* INDICATES NEW FINANCIAL ACTIVITY SINCE LAST BILL.

The amount shown as "YOUR BALANCE" is expected by the due date.
Please pay this amount.  Thank You.

The amount in the "Pay This Amount" box is expected by the due date.

| BALANCE SUMMARY | RESPONSIBLE PARTY | POLICY # | TOTAL |
|---|---|---|---|
| *** | GUARANTOR RESPONSIBILITY | | $   3613.00 |

PAGE  1 OF  2

Please detach and return with your payment

DJO

SIU PHYSICIANS & SURGEONS
PO BOX 19651
SPRINGFIELD IL  62794-9651

ADDRESS SERVICE REQUESTED

☐ Check box and enter any address or
   insurance corrections on back

| For Office Use Only | Account Number: 1408219 | Amount Due: $3613.00 |
|---|---|---|
| | Guarantor Name: DONNIE G,BARRETT | Due By: 07/20/06 |
| HC:  JODO | ☐ VISA  ☐ MasterCard  ☐ DISCOVER | |
| | Card Number: | Exp. Date: |
| | Cardholder Name: | Amount Paid: |
| Minimum Payment: $3613.00 | Signature: | |

Make Check Payable To SIU PHYSICIANS & SURGEONS

00004489          01
DONNIE G,BARRETT
C/O MORGAN CTY SHERIFF
300 WEST COURT
JACKSONVILLE IL  62650-2009

SIU PHYSICIANS & SURGEONS
PO BOX 20907
SPRINGFIELD IL  62708-0907

00001408219 SIUGP 00000000003613000062906

# STATEMENT OF MEDICAL SERVICES

SIU PHYSICIANS & SURGEONS
PO BOX 20907
SPRINGFIELD IL  62708-0907

| LAST STATEMENT DATE: | |
|---|---|
| NEW CHARGES: | $140.00 |
| NEW PAYMENTS: | $0.00 |
| NEW ADJUSTMENTS: | $0.00 |
| INSURANCE BALANCE: | $0.00 |
| YOUR BALANCE: | $140.00 |

If Any Questions, Please Contact:  217-545-4966    OR    888-203-1154

DONNIE R BARRETT          ACCOUNT:    1407217          06/29/06

| | CHARGE | PAYMENTS | ADJUSTMENTS | INSURANCE BALANCE | YOUR BALANCE |
|---|---|---|---|---|---|
| >>> PATIENT: DONNIE R BARRETT    1407217 | | | | | |
| PERFORMED BY: JAMES P MALONE | | | | | |
| *06/19/06   OFFICE VISIT NEW PT DETAI | 140.00 | | | | 140.00 |
| BALANCE: DONNIE R BARRETT | | | | | $140.00 |

* INDICATES NEW FINANCIAL ACTIVITY SINCE LAST BILL.

The amount shown as "YOUR BALANCE" is expected by the due date.
Please pay this amount.  Thank You.

The amount in the "Pay This Amount" box is expected by the due date.

| BALANCE SUMMARY | RESPONSIBLE PARTY | POLICY # | | TOTAL |
|---|---|---|---|---|
| | ***   GUARANTOR RESPONSIBILITY | | $ | 140.00 |

PAGE   1 OF   2

Please detach and return with your payment

| | For Office Use Only | Account Number: 1407217 | Amount Due: $140.00 |
|---|---|---|---|
| DJ0 SIU PHYSICIANS & SURGEONS PO BOX 19651 SPRINGFIELD IL  62794-9651 | HC:  J0D0 | Guarantor Name: DONNIE R BARRETT | Due By: 07/20/06 |
| ADDRESS SERVICE REQUESTED | | Card Number: | Exp. Date: |
| ☐ Check box and enter any address or insurance corrections on back | | Cardholder Name: | Amount Paid: |
| | Minimum Payment: $140.00 | Signature: | |

Make Check Payable To  SIU PHYSICIANS & SURGEONS

00004447                        01
DONNIE R BARRETT
C/O MORGAIN CTY SHERIFF
300 W COURT
JACKSONVILLE IL  62650-2009

SIU PHYSICIANS & SURGEONS
PO BOX 20907
SPRINGFIELD IL  62708-0907

00001407217 SIUGP 0000000000014000062906

5083.00

# STATEMENT

SANGAMON ASSOCIATED ANESTHESIA
800 E CARPENTER ST ROOM 2K64
SPRINGFIELD IL 62769

*** WE ACCEPT VISA AND MASTER CARD ***

SHOW AMOUNT
PAID HERE   $ _____ 291.65

| (217)525-5643 | 07/20/06 | 1195886 | 01 | 291.65 |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO. | NEW BALANCE |

DONNIE R BARRETT
30 W COURT
JACKSONVILLE IL 62650

SANGAMON ASSOCIATED ANESTHESIA
800 E CARPENTER ST ROOM 2K64
SPRINGFIELD IL 62769

NOTE:  Charges and payments not appearing on this
statement will appear on next month's statement.

RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME/CLAIM ACTIVITY | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| | | SERVICES RENDERED | | | |
| 062006 | BARNETT, MD | TREAT EYE SOCKET FRACTURE | DONNIE | 1330.00 | |
| 062906 | | BILLED:MORGAN CO SHERIFF | | | |
| 071706 | | MEDICAID DISALLOW | | | 1038.35- |

THIS STATEMENT HAS BEEN GENERATED AS THE RESULT OF A
SPECIAL REQUEST.

| STATEMENT CLOSING DATE:07/20/06 | | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | 1195886 |
|---|---|---|---|---|---|
| BALANCE FORWARD | PAYMENTS & CREDITS | NEW CHARGES | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS | NEW BALANCE PAY THIS AMOUNT |
| 0.00 | 1038.35- | 1330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 291.65 |

SEND INQUIRIES TO:
(217)525-5643
SANGAMON ASSOCIATED ANESTHESIA
800 E CARPENTER ST ROOM 2K64
SPRINGFIELD IL 62769

*Page 24*

# IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## MORGAN COUNTY, ILLINOIS

### EXHIBIT-C

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, April 5, 2006,** at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, April 10, 2006.** Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, April 11, 2006.** The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

### TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *03-CF-164 | Amanda Jo Rogers | Endangering Child | Piper | |
| *03-CF-165 | Darryl D. Williams | Murder | Hankins | |
| *04-CF-106 | Ladonna M. Barker | Poss. Meth. Manuf. Chem. | Cahnman | |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | |
| *05-CF-63 | Tony M. Davis | Murder | Hankins | |
| *05-CF-69 | Barbara M. Dawdy | Poss. Cont. Substance | Piper | |
| *05-CF-100 | David W. Anders | Retail Theft | Coonrod | |
| *05-CF-119 | Roger W. Vance | Pred. Crim. Sex. Assault | Hankins | |
| *05-CF-124 & TR | Michael B. Wilson | Unl. Del. Cocaine | Hankins | |
| *05-CF-136 | Nelson A. Young | Murder | Piper | |
| *05-CF-139 | Rocky D. Joseph | Unl. Del. Cannabis | Costello | |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | |
| *05-CF-149,50,51 | Kirk L. Willingham | Crim. Sex. Assault | Hankins | |
| *05-CF-156 | Wesley D. Henline | Drug Conspiracy | Piper | |
| *05-CF-190 | Holly M. Kirkpatrick | Poss. Cont. Substance | Hankins | |
| *05-CF-197 | Chris A. Brady | Manuf. Methamphetamine | Piper | |
| *05-CF-200 | Loretta N. Roberts | Manuf. Methamphetamine | Piper | |
| *05-CF-203 | Gregory A. Adams | Armed Robbery | Leefers | |
| *05-CF-207 | Joshua S. Gerecke | Crim. Dam. Govt. Property | Hurst | |
| *05-CF-211 | Ralph S. Reynolds,III | Del. Cannabis, etc. | Leefers | |
| 05-CF-213 | Trevon L. Walton | Home Invasion, etc. | Cruse | |
| *05-CF-216 | Adam M. Besterfeldt | Del. Cannabis | Leefers | |
| *05-CF-220 | Terris A. Miller | Distrib. Look-Alike Sub. | Hankins | |
| *05-CF-222 & TR | Michael J. Jackson | Poss. Cont. Substance | Piper | |
| *05-CF-230 | Renea Berndt | Armed Robbery | Piper | |
| *06-CF-1 | Tyshawn G. Barnes | Del. Cannabis | Piper | |
| *06-CF-3 | Adam Besterfeldt | Del. Cannabis | Leefers | |
| 06-CF-11 | Deanna M. Sappington | Poss. Meth. Precursor | Piper | |
| *06-CF-14 | Brandon A. Hunt | Contraband Penal Inst. | Piper | |
| 06-CF-16 | Tavarus Chisolm | Poss. Cont. Substance | Piper | |
| 06-CF-21,23 | Donnie R. Barrett | Fail. Report Sex Off.,etc. | Piper | |
| 06-CF-24 | Lisa M. Robinson | Agg. Battery | Kesinger | |
| 06-CF-26 | Lenny M. Stanyer | Permit Sex. Abuse Child | Piper | |
| 06-CF-30 | Randy R. Stone | Manuf. Methamphetamine | Piper | |

## TO BE CALLED AT 9 A.M. (CONTINUED):

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|----------|-----------|---------------------|----------|-------|
| 06-CF-31 | April D. Woods | Manuf. Methamphetamine | Piper | _____ |
| 06-CF-36 | David W. Miller | Agg. Manuf. Meth., etc. | Piper | _____ |
| *05-CM-464 | Charles Jackson | Resisting Peace Officer | Hankins | _____ |
| *05-CM-536 | James A. McGowan | Resisting Peace Officer | Hankins | _____ |
| 06-CM-81 | Trevon L. Walton | Poss/Cons. Alcohol Minor | Kesinger | _____ |

## TO BE CALLED AT 1:30 P.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|----------|-----------|---------------------|----------|-------|
| *05-CF-198 | Garrett G. Helton | Manuf. Methamphetamine | Clough | _____ |
| *05-CF-202 & TR | James L. Trotter | Poss. Meth. Manuf. Chem. | Clough | _____ |
| *05-CF-224 | Jehrod P. Owen | Theft | Clough | _____ |
| *05-CF-231 | Jamie S. Curran | Armed Robbery | Clough | _____ |
| 06-CF-9 | Richard W. Moore | Meth. Precursor | Clough | _____ |
| *06-CF-18 | Jehrod P. Owen | Crim. Dam. Govt. Prop. | Clough | _____ |
| 03-CM-777 | William H. McDade | Deceptive Practice | Clough | _____ |
| *04-CM-59 | Robert A. Seaman | Battery | Bonjean | _____ |
| *04-CM-253+ TR | John C. Turley | Poss/Cons. Alcohol Minor | Hankins | _____ |
| *05-CM-24,89 | Christopher Willis | Viol. Order Protection, etc. | Clough | _____ |
| *05-CM-382 | Michael L. Eyer | Battery | Clough | _____ |
| *05-CM-399 | Jeremy D. Wilson | Resisting Peace Officer | Piper | _____ |
| *05-CM-409,420 | Will Harris, Jr. | Disorderly Conduct, etc. | Clough | _____ |
| *05-CM-507 | Melissa J. Johnson | Contrib. Delinquency Minor | Clough | _____ |
| *05-CM-589 | Steven S. Overton | Dom. Battery | Clough | _____ |
| 05-CM-629 | Tina M. Watkins | Battery, etc. | Clough | _____ |
| *05-CM-653 | Dane P. Devries | Poss. Drug Paraph., etc. | Clough | _____ |
| *05-CM-670 | Angela D. Lomelino | Dom. Battery | Clough | _____ |
| *05-CM-683 | Trenton E. Smith | Resisting Peace Off., etc. | Leefers | _____ |
| *05-CM-691 | Jon A. Crain | Dom. Battery | Clough | _____ |
| *05-CM-692 | Robin L. Winder | Crim. Dam. Property | Clough | _____ |
| *05-CM-708 | Michael E. Long | Viol. Order Protection | Leefers | _____ |
| *05-CM-716 | James F. Wallbaum | Dom. Battery | Clough | _____ |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | _____ |
| *06-CM-19 | Mia S. Perry | Theft | Clough | _____ |
| 06-CM-27 | Gary W. Woods | Resisting Peace Officer | Clough | _____ |
| 06-CM-33 | Warren E. Myers | Contrib. Delinquency Minor | | _____ |
| 06-CM-37 | Marilena Monier | Theft | Hankins | _____ |
| 06-CM-38 | David Jeckel | Theft | Clough | _____ |
| *06-CM-43 | Richard E. Mansfield | Poss. Cannabis | Clough | _____ |
| *06-CM-45 | Shannon J. White | Resisting Peace Off. | Clough | _____ |
| 06-CM-48 | John F. Rozycke | Dom. Battery | Clough | _____ |
| 06-CM-52 | Brittany Shingleton | Poss. Cannabis | Clough | _____ |
| 06-CM-55 | Lucas Z. Cantrell | Poss/Cons. Alcohol Minor | Hankins | _____ |
| 06-CM-59 | Billy R. Long | Poss/Cons. Alcohol Minor | Hurst | _____ |
| 06-CM-60 | Kendra L. Bright | Battery | Clough | _____ |
| 06-CM-62 | Karl V. Miller | Poss. Cannabis | Clough | _____ |
| 06-CM-63 | Bud R. Sleek | Battery | Clough | _____ |
| 06-CM-65 | Kevin A. Tasco | Battery | Clough | _____ |

**TO BE CALLED AT 1:30 P.M. (CONTINUED):**

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|----------|-----------|-------------------|----------|-------|
| 06-CM-72 | Jamar White | Resisting Peace Off. | Clough | |
| 06-CM-78 & TR | Karen S. Hayes | Resisting Peace Off. | Clough | |
| 06-CM-79 | Frederick J. Scogin | Crim. Dam. Property | Clough | |
| 06-CM-85 | Daniel R. Hamilton | Poss. Drug Paraph. | Robinson | |
| 06-CM-88 | Kendra A. Scoggins | Dom. Battery | Clough | |
| 06-CM-94 | Brittany Shingleton | Poss. Drug Paraph. | Clough | |
| 06-CM-98 | James L. Trotter | Poss. Drug Paraph. | Clough | |
| *04-DT-40 | Danny R. Wood | DUI | Bonjean | |

*Indicates continued from previous setting.

Entered:    March 17, 2006

_____
Judge

FILED

MAR 1 7 2006

THERESA LONERGAN
Clerk of Circuit Court Morgan Co. IL

Page 3

## IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
## MORGAN COUNTY, ILLINOIS

The following criminal cases have been set for **Pretrial Conference** before Circuit Judge Richard T. Mitchell on **Wednesday, May 3, 2006**, at the time indicated, in the Main Courtroom, Morgan County Courthouse. The State and Defendants (and Attorneys, if represented) must be present. Failure of Defendant to appear may result in a warrant for Defendant's arrest and forfeiture of bond.

All pretrial motions, including those for continuance, must be presented for ruling prior to the Pretrial Conference, must be in writing and in compliance with Statute and Rules.

All cases which are not disposed of at the Pretrial Conference will be called for a **Final Status Report** at 10:30 a.m. on **Monday, May 8, 2006**. Those Defendants and Counsel must be present.

The cases are set for **Jury Trial** at 10:00 a.m. on **Tuesday, May 9, 2006**. The State and all Defendants must be ready for trial on an assigned basis. Failure to appear for trial may result in a trial, possible conviction, and sentencing in absentia.

### TO BE CALLED AT 9 A.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *03-CF-165 | Darryl D. Williams | Murder | Hankins | _____ |
| *04-CF-106 | Ladonna M. Barker | Poss. Manuf. Chemical | Cahnman | _____ |
| *04-CF-184 | Gerald L. Stone | Poss. Methamphetamine | Costello | _____ |
| *05-CF-63 | Tony M. Davis | Murder | Hankins | _____ |
| *05-CF-69 | Barbara M. Dawdy | Poss. Cont. Substance | Piper | _____ |
| *05-CF-119 | Roger W. Vance | Pred. Crim. Sex. Assault | Hankins | _____ |
| *05-CF-124 & TR | Michael B. Wilson | Del. Cocaine | Hankins | _____ |
| *05-CF-136 | Nelson A. Young | Murder | Piper | _____ |
| *05-CF-146 | James A. McGowan | Agg. Battery | Hankins | _____ |
| *05-CF-147 | Charles Jackson, Jr. | Agg. Battery | Hankins | _____ |
| *05-CF-160 | Joe L. Mason | Poss. Cont. Substance | Piper | _____ |
| *05-CF-190 | Holly M. Kirkpatrick | Poss. Cont. Substance | Hankins | _____ |
| 05-CF-214 | Jevon K. Walton | Home Invasion | Cruse | _____ |
| *05-CF-230 | Renea Berndt | Armed Robbery | Piper | _____ |
| *06-CF-16 | Tavarus Chisolm | Poss. Cont. Substance | Piper | _____ |
| 06-CF-19 & TR | Kevin J. Kennedy | DUI | Hankins | _____ |
| 06-CF-20 | Justin M. Horn | Poss. Methamphetamine | Hurst | _____ |
| *06-CF-21,23 | Donnie R. Barrett | Fail. Report Sex Off., etc. | Piper | _____ |
| 06-CF-25 | Torres Jose Rodriguez | False Application | Piper | _____ |
| 06-CF-26 | Lenny M. Stanyer | Permit Sex. Abuse Child | Piper | _____ |
| *06-CF-31 | April D. Woods | Meth. Manuf. | Piper | _____ |
| 06-CF-32 | Heidi K. Lair | Escape | Piper | _____ |
| *06-CF-36 | David W. Miller | Agg. Meth., etc. | Piper | _____ |
| 06-CF-37 | Christopher L. Henry | Del. Cannabis | Hankins | _____ |
| 06-CF-38 | Bradley A. Schutz | Burglary | Piper | _____ |
| 06-CF-39 | Walter S. Snodgrass | Forgery | Piper | _____ |
| 06-CF-42 | Brooke N. Billings | Forgery | Rammelkamp | _____ |
| 06-CF-45 | Kellie M. Stephenson | Agg. Battery | Piper | _____ |
| 06-CF-46 | Kelly R. Large | Retail Theft | Piper | _____ |
| 06-CF-50 | Justin M. Clayton | Burglary | Piper | _____ |
| *05-CM-464 | Charles Jackson | Resisting Peace Off. | Hankins | _____ |
| *05-CM-536 | James A. McGowan | Resisting Peace Off. | Hankins | _____ |
| 05-CM-682 | Jevon K. Walton | Resisting Peace Off. | Cruse | _____ |
| 06-CM-5 | Kevin J. Kennedy | Poss. Cannabis | Hankins | _____ |
| 06-CM-80 | Jevon K. Walton | Poss./Cons. Alcohol Minor | Cruse | _____ |

## TO BE CALLED AT 1:30 P.M.:

| CASE NO. | DEFENDANT | OFFENSE(S) CHARGED | ATTORNEY | NOTES |
|---|---|---|---|---|
| *04-DT-40 | Danny R. Wood | DUI | Bonjean | |
| *05-CF-198 | Garrett G. Helton | Manuf. Methamphetamine | Clough | |
| *05-CF-231 | Jamie S. Curran | Armed Robbery | Clough | |
| *06-CF-30 | Randy R. Stone | Manuf. Methamphetamine | Clough | |
| 06-CF-49 | Dustin R. Cook | Burglary | Clough | |
| *04-CM-59 | Robert A. Seaman | Battery | Bonjean | |
| *04-CM-253 & TR | John C. Turley | Poss./Cons. Alcohol Minor | Hankins | |
| *05-CM-24,89 | Christopher W. Willis | Viol. Order Protection, etc. | Clough | |
| *05-CM-382 | Michael L. Eyer | Battery | Clough | |
| *05-CM-409 & TR | Will Harris, Jr. | Disorderly Conduct, etc. | Clough | |
| *05-CM-420 | Will Harris, Jr. | Reckless Conduct | Clough | |
| *05-CM-507 | Melissa J. Johnson | Contrib. Delinquency Child | Clough | |
| *05-CM-589 | Steven S. Overton | Domestic Battery | Clough | |
| *05-CM-683 | Trenton E. Smith | Resisting Peace Off., etc. | Leefers | |
| *05-CM-708 | Michael E. Long | Viol. Order Protection | Leefers | |
| *05-CM-716 | James F. Wallbaum | Dom. Battery | Clough | |
| *05-CM-722 | Jamie S. Curran | Battery | Clough | |
| *06-CM-45 | Shannon J. White | Resisting Peace Officer | Clough | |
| *06-CM-55 | Lucas Z. Cantrell | Poss./Cons. Alcohol Minor | Hankins | |
| *06-CM-62 &TR | Karl V. Miller | Poss. Cannabis | Clough | |
| *06-CM-63 | Bud R. Sleek | Battery | Clough | |
| *06-CM-79 | Frederick J. Scogin | Crim. Dam. Property | Clough | |
| 06-CM-87 | Jonathan Jones | Crim. Dam. Property | Clough | |
| 06-CM-96 | Kimberly G. Walden | Poss. Drug Paraph. | Clough | |
| 06-CM-106 | John W. Ehrman, Jr. | Retail Theft | Clough | |
| 06-CM-107 | Chad R. Hartz | Theft | Hankins | |
| 06-CM-116 | Chiraq B. Patel | Unl. Sale Alcohol Minor | Hurst | |
| 06-CM-118 | Jaimineeben B. Patel | Unl. Sale Alcohol Minor | Hurst | |
| 06-CM-126 | James L. Kaptena | Viol. Order Protection | Clough | |
| 06-CM-127 | George Maddox | Crim. Dam. Property | Clough | |
| 06-CM-128 | Terry L. Dietsch | Battery | Clough | |

*Indicates continued from previous setting.

Entered:   April  17, 2006

_____
Judge

FILED

APR 1 8 2006

THERESA LONERGAN
Clerk of Circuit Court Morgan Co. IL

DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: Barrett Donnie _____ Cellblock: D   Cell: 4

**** INSTRUCTIONS *****     NURSE

(1) Print All Information.
(2) Provide as much information as possible.
(3) Place an (X) in the box you are requesting information/assistance on.
(4) Complete one (1) Request/Grievance Form for each section checked.

( ) ADMINISTRATION:
    ( ) Complaint about treatment    ( ) Request Special Visit
    ( ) Medical Co-payment Grievance  ( ) Other:_____
    ** Grievance(s) about medical payments will freeze your account **
( ) COURT LIAISON:              ( ) Request Information
    ( ) Release Date  ( ) Bond Amount  ( ) Trial Date  ( ) Extradition
    ( ) Holds/Retainers  ( ) Other :_____
(X) MEDICAL SECTION:         ( ) Request Information
    ( ) Sickness  (X) Injury  ( ) Medication  ( ) Dental Concern
    ( ) Depression ( ) Sick call slip  ( ) Other :_____
( ) OTHER CONCERNS:          ( ) Request Information
    ( ) Personal Property ( ) Commissary ( ) Trust Account Balance
    ( ) Laundry       ( ) Shift Supervisor  ( ) Other :_____

EXPLAIN REASON FOR REQUEST OR GRIEVANCE: I was Perscribed Vicaden or Tylenal 3 By Dr Malone for pain why would any thang need to be Ordered. My Vicaden & Tylenal 3 is in your office Tylenal or IDprofen is not my percliption at all.

Sencerly
Donnie

Inmates Signature : Donnie Barrett _____ Date : 8-5-06
Correctional Officers Signature :_____ Date :_____

Staff Response : Dr Maurin's your doctor while you are in jail, not Dr Malone. You did not complain of This much pain while last week. Darvicet was given for 4 days then Dr Maurin stated that only Tylenol or Ibuprofen. after that, you will not be given Vicadin or Tylenol #3 per Dr Maurin. Anymore grievances of This matter will not be addressed.

Staff Officers Signature : Nurse _____ Date : 8/8/06

Page 11

3:08-cv-03039-HAB-CHE     # 1-2     Page 36 of 42

COUNTY OF MORGAN
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Donnie Barrett_     Cellblock: _D_     Cell: _4_

**** INSTRUCTIONS *****

(1) Print All Information.
(2) Provide as much information as possible.
(3) Place an (X) in the box you are requesting information/assistance on.
(4) Complete one (1) Request/Grievance Form for each section checked.

( ) ADMINISTRATION:
     ( ) Complaint about treatment     ( ) Request Special Visit
     ( ) Medical Co-payment Grievance ( ) Other:_____
     ** Grievance(s) about medical payments will freeze your account **
( ) COURT LIAISON :       ( ) Request Information
     ( ) Release Date ( ) Bond Amount  ( ) Trial Date  ( ) Extradition
     ( ) Holds/Retainers    ( ) Other :_____
(X) MEDICAL SECTION:      ( ) Request Information
     ( ) Sickness    (X) Injury  ( ) Medication  ( ) Dental Concern
     ( ) Depression ( ) Sick call slip  ( ) Other :_____
( ) OTHER CONCERNS:       ( ) Request Information
     ( ) Personal Property  ( ) Commissary  ( ) Trust Account Balance
     ( ) Laundry      ( ) Shift Supervisor ( ) Other :_____

EXPLAIN REASON FOR REQUEST OR GRIEVANCE: _do to my eye injury you_
_said Dr. Maurer is taking over my medical need my eye_
_takes 5 min every morning to clen up and the dribles to go_
_away I still have pain in my eye if have goten my_
_Meds as the instructions said_

Inmates Signature : _Donnie Barrett_     Date : _8-1-06_
Correctional Officers Signature :_____     Date :_____

Staff Response : _You can have Tylenol or Ibuprofen for the pain._
_I have spoke with Dr. Maurer, Nothing has been ordered at_
_this time._

Staff Officers Signature : _Erin_     Date : ~~8/2/06~~ _8/3/06_

_Page 12_

COUNTY OF MICHIGAN
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Barrett Donnie_ _____ Cellblock: _D_ Cell: _7_

**** INSTRUCTIONS *****

(1) Print All Information.
(2) Provide as much information as possible.
(3) Place an (X) in the box you are requesting information/assistance on.
(4) Complete one (1) Request/Grievance Form for each section checked.

( ) ADMINISTRATION:
    ( ) Complaint about treatment  ( ) Request Special Visit
    ( ) Medical Co-payment Grievance ( ) Other:_____
    ** Grievance(s) about medical payments will freeze your account **
( ) COURT LIAISON :  ( ) Request Information
    ( ) Release Date ( ) Bond Amount ( ) Trial Date ( ) Extradition
    ( ) Holds/Retainers  ( ) Other :_____
(X) MEDICAL SECTION:  ( ) Request Information
    ( ) Sickness (X) Injury ( ) Medication ( ) Dental Concern
    ( ) Depression ( ) Sick call slip ( ) Other :_____
( ) OTHER CONCERNS: ( ) Request Information
    ( ) Personal Property ( ) Commissary ( ) Trust Account Balance
    ( ) Laundry  ( ) Shift Supervisor ( ) Other :_____

EXPLAIN REASON FOR REQUEST OR GRIEVANCE: The Pain I have Gos From
My eye To Behind my ear down To my Jaw up Threw my Timple I
did not have the chance To let you now I was on my way
To See my lawyer Sorry I didnt Tell you it all

JAMES P MALONE was my Doc He needs to Nures
Now what going on To if you may Thank you

Inmates Signature : _Donnie Barrett_ _____ Date : _7-21-06_
Correctional Officers Signature :_____ Date :_____

Staff Response : Dr Maurer, The jail doctor is now taking over
Your Medical needs while you are here. Any Concerns
need to be directed to him

Staff Officers Signature : _Erin_ _____ Date : _7/31/06_

Page 13

COUNTY OF MORGAN
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Donnie Barrett_     Cellblock: _D_     Cell: _3_

SGT. Robert Hill

**** INSTRUCTIONS *****

(1) Print All Information.
(2) Provide as much information as possible.
(3) Place an (X) in the box you are requesting information/assistance on.
(4) Complete one (1) Request/Grievance Form for each section checked.

( ) ADMINISTRATION:
 ( ) Complaint about treatment   ( ) Request Special Visit
 ( ) Medical Co-payment Grievance ( ) Other:————————
 ** Grievance(s) about medical payments will freeze your account **

( ) COURT LIAISON :   ( ) Request Information
 ( ) Release Date ( ) Bond Amount ( ) Trial Date ( ) Extradition
 ( ) Holds/Retainers   ( ) Other :————————

( ) MEDICAL SECTION:   ( ) Request Information
 ( ) Sickness ( ) Injury ( ) Medication ( ) Dental Concern
 ( ) Depression ( ) Sick call slip ( ) Other :————————

(X) OTHER CONCERNS:   ( ) Request Information
 ( ) Personal Property ( ) Commissary ( ) Trust Account Balance
 ( ) Laundry   ( ) Shift Supervisor (X) Other : _SGT Robert Hill_

EXPLAIN REASON FOR REQUEST OR GRIEVANCE: SGT. Robert Hill I got
the copy of the police report and all of what I said is
not in it at all. I like to now why you did not put other
concerns that I had told you obout in the police report
Please respond back to me thank you SGT Robert Hill

Inmates Signature : _Donnie Barrett_   Date : _8-21-06_
Correctional Officers Signature :———————— Date :——————

Staff Response : MR BARRETT,     THE INFORMATION THAT
GOES INTO A REPORT HAS TO BE FACTS INVOLVING
THE CASE. ITEMS OMITED SAID CONVERSATION WERE
MOST LIKELY NOT FACTUAL TO THE REPORT.

Staff Officers Signature SGT Hill #5   Date : 8/22/06

Page 15

COUNTY OF MORGAN
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Barrett Donnie_          Cellblock: _D_  Cell: _4_

**** INSTRUCTIONS *****

(1) Print All Information.
(2) Provide as much information as possible.
(3) Place an (X) in the box you are requesting information/assistance on.
(4) Complete one (1) Request/Grievance Form for each section checked.

(X) ADMINISTRATION:
        ( ) Complaint about treatment    ( ) Request Special Visit
        ( ) Medical Co-payment Grievance (X) Other:_____
        ** Grievance(s) about medical payments will freeze your account **
( ) COURT LIAISON :          ( ) Request Information
        ( ) Release Date ( ) Bond Amount ( ) Trial Date ( ) Extradition
        ( ) Holds/Retainers     ( ) Other :_____
( ) MEDICAL SECTION:      ( ) Request Information
        ( ) Sickness  ( ) Injury  ( ) Medication  ( ) Dental Concern
        ( ) Depression ( ) Sick call slip  ( ) Other :_____
( ) OTHER CONCERNS:        ( ) Request Information
        ( ) Personal Property ( ) Commissary  ( ) Trust Account Balance
        ( ) Laundry        ( ) Shift Supervisor  ( ) Other :_____

EXPLAIN REASON FOR REQUEST OR GRIEVANCE: _Mr Chatum The fighting in this Jail would stop if the Court Docket was not pass out at all That is one reason why I got hit. If The Court Docket get passed out The only name needs to stay off is my name please. Will you keep my name and charges of the Court Docket please Thanks for your Time_
                                      _~ Mr Chatum_

Inmates Signature : _Donnie Barrett_                   Date : _8-1-06_
Correctional Officers Signature :____           Date :____

Staff Response : _Mr. Barett,_

_How are court dockets getting placed into the blocks?_

Staff Officers Signature : _Sincerely B Chatham_           Date : _08/03/06_

_Page 16_

3:08-cv-03039-HAB-CHE    # 1-2    Page 40 of 42

COUNTY OF MORGAN
DIVISION OF CORRECTIONS

INMATE REQUEST AND GRIEVANCE FORM

Inmates Name: _Donnie Barrtt_   Cellblock: _D_   Cell: _4_

**** INSTRUCTIONS *****

(1) Print All Information.
(2) Provide as much information as possible.
(3) Place an (X) in the box you are requesting information/assistance on.
(4) Complete one (1) Request/Grievance Form for each section checked.

(X) ADMINISTRATION:
    ( ) Complaint about treatment    ( ) Request Special Visit
    ( ) Medical Co-payment Grievance (X) Other:————————
    ** Grievance(s) about medical payments will freeze your account **
( ) COURT LIAISON :         ( ) Request Information
    ( ) Release Date ( ) Bond Amount ( ) Trial Date ( ) Extradition
    ( ) Holds/Retainers    ( ) Other :————
( ) MEDICAL SECTION:    ( ) Request Information
    ( ) Sickness ( ) Injury ( ) Medication ( ) Dental Concern
    ( ) Depression ( ) Sick call slip ( ) Other :————
( ) OTHER CONCERNS:    ( ) Request Information
    ( ) Personal Property ( ) Commissary ( ) Trust Account Balance
    ( ) Laundry    ( ) Shift Supervisor ( ) Other :————

EXPLAIN REASON FOR REQUEST OR GRIEVANCE: _Mr Chatham the C/Os that work Day shift passes the Court Dockers out. I got some to thats How I now about the court dackets I Mr Chatham Sorry. I Dont want you To Have this problem To any one again. Mr Chatham Sorry you get there all the Time. This is the only way I can talk to you._

Inmates Signature : _Donnie Barrett_ ————— Date : _8-4-06_
Correctional Officers Signature : ————— Date :—————

Staff Response :_Mr. Barrett,_

_The court mandates that the lists are handed out to selected inmates when they are highlighted._

_When I spoke with Mr Curran he indicated that your behavior and conduct was the reason for the altercation. I don't believe the court list was the predisposing factor._

                _Sincerely,_
                _B Chatham_
Staff Officers Signature : ————— Date : _08/09/06_

Page 17

Offense Report

## MORGAN COUNTY SHERIFFS OFFICE

DATE :   08/15/2006
TIME :   10:19

Page 1 of 2

## Case: 06228

Classification: CRIMINAL          Report Date:  06/09/2006     Report Time:   17:00

Occured From Date:  06/09/2006          Occured From Time:  17:00
Occured Thru Date:  06/09/2006          Occured Thru Time:  17:00

UCR:    0410  - AGGRAVATED BATTERY          Offense:  BATTERY AGGRAVATED
Location:   MORGAN COUNTY JAIL                     Zone:  01000          Department:  MCSO
Victim:   BARRETT, DONNIE R          Race:     W     Sex:  M     D.O.B.:  10/31/1974
Address:   322 YATES    JACKSONVILLE IL                     Phone:

Work Address:                                                                        Phone:
Person Arrested: CURRAN, JAMES S          Race:     W     Sex:  M     D.O.B.:  01/16/1977

Complainant: SAME AS VICTIM,          Race:          Sex:          D.O.B.:
Address:                                                                        Phone:

Witness: ,          Race:          Sex:          D.O.B.:
Address:                                                                        Phone:

Witness: ,          Race:          Sex:          D.O.B.:
Address:                                                                        Phone:

Vehicle License #:          State:          Year:   0          Type:
V.I.N.:                                   Year:   0          Make:
Model:                    Style:                                Color:
Description:

Weapon:                              Serial No:                    Make:
Caliber:                              Type:

PROPERTY:                                             TOTAL VALUE:          $0.00

Reporting Officer: Id   3079 - HILL, ROBERT          Badge:          Unit #:

Approving Officer ID:          ,
Investigator Assigned:      HILL, ROBERT                         Case Status:

### Narrative

ON THE EVENING OF Friday June 09 2006 AT ABOUT 600PM, RO WAS REQUESTED TO RETURN TO THE MORGAN COUNTY JAIL REFERENCE A PRISONER NEEDING TRANS- PORTED TO PASSAVANT HOSPITAL.  WHEN I RETURNED, CORRECTION OFFICER RYAN NICHOLS HAD INMATE DONNIE BARRETT SITTING IN THE BOOKING ROOM OF THE JAIL. I NOTICED THAT BARRETT HAD A CUT UNDER THE LEFT EYE.   IT WAS ALSO TURNING BLACK AND BLUE AND HAD BEEN BLEEDING.

C/O NICHOLS TRANSPORTED BARRETT TO PASSAVANT HOSPITAL TO HAVE THE EYE CHECKED AND LATER RETURNED TO THE MORGAN COUNTY JAIL WITH HIM.  C/O NICHOLS ADVISED THAT BARRETT NEEDED TRANSPORTING TO TO ST JOHNS HOSPITAL IN SPRINGFIELD WHERE A DOCTOR FROM PASSAVANT HOSPITAL  HAS MADE ARRANGE- MENTS FOR SURGERY ON A FRACTURED ORBIT.

AT ABOUT 10PM, I TRANSPORTED BARRETT TO ST JOHNS HOSPITAL IN SPRINGFIELD.  WHILE EN ROUTE TO THE HOSPITAL, I ASKED BARRETT WHAT HAPPENED TO HAVE RECEIVED THE INJURY.  BARRETT ADVISED THE FOLLOWING.  AT ABOUT 510PM, CURRAN ENTERED HIS CELL AND STARTED HITTING HIM WITH A WET TOWEL. CURRAN HIT BARRETT ONE TIME IN THE LEFT ARM AND TWO TIMES IN THE LEFT LEG.  CURRAN ASKED IF IT HURT AND BARRETT ADVISED NO.  CURRAN THEN WALKED OUT OF BARRETTS CELL.

CURRAN RETURNED ABOUT FIVE MINUTES LATER  AND BEGAN HITTING BARRETT AGAIN WITH THE WET TOWEL. CURRAN HIT BARRETT IN THE LEFT ARM TWO TIMES AS HE USE THE LEFT ARM TO COVER / BLOCK HIS FACE.

Officer Signature                              Date

Form_OfReport

Page 20

Offense Report

DATE : 08/15/2006                    **MORGAN COUNTY SHERIFFS OFFICE**
TIME : 10:19                                                                                    Page 2 of 2

## Case: 06228

CURRAN THEN THREW THE WET TOWEL ON BARRETTS BED AND BEGAN PUNCHING BARRETT IN THE FACE. BARRETT ADVISED CURRAN HIT HIM A TOTAL OF FIVE TIMES. HOWEVER, IT WAS ON THE THIRD HIT THAT, CURRAN HIT THE LEFT EYE AREA CAUSING THE INJURY AND TO BLEED.

WHEN CURRAN STOPPED HITTING BARRETT, HE SAID, "I SHOULD HAVE KILLED  YOU FOR WHAT YOU WERE LOCKED UP FOR." I ASKED BARRETT WHAT HE WAS LOCKED UP FOR AND HE ADVISED FOR A SEX RELATED CRIME TEN YEARS AGO. I NEXT ASKED WHY HE IS LOCKED UP NOW. BARRETT ADVISED FOR NOT REGISTERING FOR A SEX CRIME. I ASKED AGAIN, THEN CURRAN BEAT YOU UP FOR A CRIME YOU DID TEN YEARS AGO. HE ADVISED YES.

BARRETT WAS TAKEN TO ST JOHNS E.R. AND LEFT WITH MORGAN COUNTY CORREC- TIONS OFFICER STEVE CRAWFORD. AT ABOUT 1230AM ON Saturday June 10 2006, SOME ONE  AND ONE HALF HOURS AFTER LEAVING ST JOHNS, OFFICER CRAWFORD CALLED TO ADVISED BARRETT WAS BEING RELEASED FOR THE HOSPITAL. WHEN I ARRIVED AT ST JOHNS, OFFICER CRAWFORD ADVISED THAT BARRETT WILL NEED TO SEE A OPTOMETRIST AND THEN PERHAPS SURGERY AT A LATER DATE. I TRANSPORTED BARRETT BACK TO THE MORGAN COUNTY JAIL.

AS A RESULT OF THE INCIDENT FORE SAID, CURRAN WAS ISSUED A CITATION / ARREST, FOR AGG. BATTERY. HE WAS HELD ON THIS CHARGE WITHOUT BOND PENDING A COURT APPEARANCE.

### People

Involvment Type: **COMPLAINANT**

Name: BARRETT, DONNIE RAY                    Driver License #: IL/B63017674310

Address: 322 YATES                                        City/State: JACKSONVILLE, IL. 62650-

DOB: 10/31/1974          SSN:  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

Race: W          Sex:M          Height: 509          Weight: 170          Hair: BLD          Eye: BLU

Home: (217) 248-6648              Work:

Cell :                              Pager #:                              EMail:

Involvment Type: **ARREST**

Name: CURRAN, JAMIE S                    Driver License #: IL/C65043777016

Address: 229 W. COLLEGE APT 4                    City/State: JACKSONVILLE, IL. 62650-

DOB: 01/16/1977          SSN:

Race: W          Sex:M          Height: 600          Weight: 205          Hair: BRO          Eye: BLU

Home: ( )  -              Work: ( )  -

Cell :                              Pager #:                              EMail:

### Offenses Reported

| Charge | Description | Date | Bond | Officer ID |
|--------|-------------|------|------|------------|
| 5/12-4. | BATTERY AGGRAVATED | 06/09/2006 | $0.00 | 3079 |

### Items

_____                    _____                    *Form_OfReport*

Officer Signature                              Date