E-FILED
Wednesday, 20 August, 2008 09:27:32 AM
Clerk, U.S. District Court, ILCD

FILED
AUG 19 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Honorable Judge Baker

I am writing you in hopes that you will reconsider my Motion for Appointment of Counsel for this case 08-3039, Barrett v. Chatham et al. I, Plaintiff, Donnie R. Barrett, is not a Lawyer nor have not been to law school for any type of law. The Defendants on the other hand has two Lawyers for their side and the Plaintiff has not one Counsel for his side, which puts this on a unlevel playing field in this case. I need to get two Motions that I like to get out to the Defendants (1) Plaintiffs Request For Production of Documents by Defendants and (2) Interrogatories to the Defendants. The Defendants have things that I am not able to get do to the fact of my confinement at the DHS-Treatment Aud Detention Facility in Rushville, Illinois. I am unable to get the following Document, That is needed for the Plaintiff; (1) GTSI CAMERA MOVEMENT on June 9, 2006, (2) the Medical Records of the Abuser[Jamie S. Curran] and other things that will be helpful in my case regarding the Sheriff's Office/Jail. I pray that this Honorable Court reconsider my motion for counseling.

Case Name: Barrett v. Chatham et al.
Case Number: 3:08-cv-3039

This letter respectfully submitted by:

*Donnie R. Barrett*
DONNIE R. BARRETT PRO-SE
Department Of Human Services,
Treatment And Detention Facility
Rural Route #1, Box 6A
Rushville, Illinois 62681-9788

LETTER MOTION TO
SUBMIT FOR CASE NO.
3:08-cv-3039
CASE NAME: Barrett v. Chatham et al.

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### AFFIDAVIT OF SERVICE

I, Donnie R. Barrett, STATE that I served a copy of the documents to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a envelope plainly addressed as is diclosed by the pleading of records herein and by depositing each of such envelope in the box designated for United States Postal at The Department of Human Services, Treatment and Detention Facility, RUSHVILLE, ILLINOIS, together with the appropriate request to the Treatment/Detention officials responsible to affix fully prepaid postage thereon, this 15 day of August, 2008.

Donnie R. Barrett
Signature

### VERIFICATION

I, Donnie R. Barrett, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.
2. I have read the foregoing application and have knowledge of it's contents; and Petitioner wishes to recieve a Stamped Dated Filed Copy of the enclosed motion.
3. Under penalties as provided by law pursuant to sec.1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and affidavit are ture and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be ture.

Donnie R. Barrett
Signature