E-FILED
Tuesday, 02 September, 2008  04:24:53 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DONNIE R. BARRETT** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-3039** |
| **BRENT CHATHAM, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** IL DEPT OF HUMAN SERVICES TREATMENT & DETENTION FACILITY at Rushville, IL.

    **WE COMMAND** that you produce the body of **Donnie R. Barrett**, who is in your custody at Rushville, IL, before the United States District Court on **Sepbember 18, 2008, at 2:00 pm** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: September 2, 2008

    PAMELA E. ROBINSON, CLERK
    UNITED STATES DISTRICT COURT

    BY: ___s/Christy Taylor_____
        Deputy Clerk