IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DONNIE R. BARRETT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No.:  08-3039 |
| | ) | |
| **MORGAN COUNTY SHERIFF** | ) | |
| **DEPARTMENT:  ADMINISTRATOR** | ) | |
| **BRENT CHATHAM, CORRECTIONAL** | ) | |
| **OFFICERS, ALLEN MCCLLELAN,** | ) | |
| **RYAN NICHOLS** | ) | |

## MOTION TO COMPEL

Defendants Brent Chatham, Alan McClellan, and Ryan Nichols, by their attorneys Clifford G. Kosoff and George J. Casson, respectfully move the court pursuant to Federal Rule of Civil Procedure 37(a) for entry of an order compelling plaintiff Donnie R. Barrett to provide defendants with the signed authorizations necessary for defendants to obtain discovery of plaintiff's medical records. In support of this motion, defendants state as follows:

1. Plaintiff filed this action pursuant to 42 U.S.C. §1983 claiming that defendants violated his constitutional rights by failing to protect him from assault by another detainee during the period that plaintiff was in custody at the Morgan County jail. Plaintiff claims in his complaint that he was physically injured as a result of the inmate assault and seeks compensatory damages from each defendant.

2. On July 9, 2008, defendants served on plaintiff interrogatories, a request for production of documents, and a request that plaintiff execute written authorizations required to obtain the release of his medical records from medical providers and the release of medical records held by the Illinois Department of Corrections. Copies of the request for authorizations and the two forms of authorization are attached hereto as Exhibit A.

3.     On July 17, 2008, plaintiff served on defendants' attorneys plaintiff's answers to interrogatories and plaintiff's response to defendants' document request.  Plaintiff did not provide defendants with the requested medical authorizations.

4.     On August 15, 2008, counsel for defendants wrote to plaintiff, again requesting that plaintiff provide defendants with signed medical authorizations.  A copy of the letter to plaintiff is attached hereto as Exhibit B.

5.     Plaintiff has not provided to defendants the signed authorizations necessary for defendants to obtain discovery of plaintiff's medical records nor has plaintiff communicated to defendants the reason for his failure to provide the needed authorizations.

WHEREFORE, defendants Brent Chatham, et al., respectfully request that the court enter an order compelling plaintiff Donnie R. Barrett to sign and return to defendants' attorneys the medical authorization forms submitted to him by defendants.

                                                Respectfully submitted,

                                                BRENT CHATHAM, ALAN MCCLELLAN and RYAN NICHOLS

By:    s/George J. Casson
       George J. Casson # 0412627
       O'Halloran Kosoff Geitner & Cook, LLC
       650 Dundee Road, Suite 475
       Northbrook, Illinois 60062
       Telephone:  (847) 291-0200
       Fax: (847) 291-9230
       E-mail:  gcasson@okgc.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DONNIE R. BARRETT** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No.: 08-3039 |
| ) | |
| **MORGAN COUNTY SHERIFF** ) | |
| **DEPARTMENT: ADMINISTRATOR** ) | |
| **BRENT CHATHAM, CORRECTIONAL** ) | |
| **OFFICERS, ALLEN MCCLLELAN,** ) | |
| **RYAN NICHOLS** ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 3, 2008, I electronically filed this Defendants' Motion to Compel with the Clerk of Court using the CM/ECF system and I hereby certify that on September 3, 2008 I mailed by United States Postal Service, the document to the following non-registered participant:

Donnie R. Barrett (*Pro Se*)
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1 Box 6A
Rushville, IL 62681

                                                                         BRENT CHATHAM, ALLEN
                                                                         MCCLLELAN and RYAN NICHOLS

                                           By:    s/George J. Casson
                                                              George J. Casson # 0412627
                                                              O'Halloran Kosoff Geitner & Cook, LLC
                                                              650 Dundee Road, Suite 475
                                                              Northbrook, Illinois 60062
                                                              Telephone: (847) 291-0200
                                                              Fax: (847) 291-9230
                                                              E-mail: gcasson@okgc.com

## O'HALLORAN KOSOFF GEITNER & COOK, LLC
ATTORNEYS AT LAW
EDENS CORPORATE CENTER
650 DUNDEE ROAD, FOURTH FLOOR
NORTHBROOK, ILLINOIS 60062
PHONE (847) 291-0200
FAX (847) 291-9230

**LEGAL MAIL**

July 9, 2008

Donnie R. Barrett (*Pro Se*)
RUSHVILLE
IL Department of Human Services
Treatment & Detention Facility
RR 1 Box 6A
Rushville, IL 62681

Re: *Barrett v. Morgan County Sheriff Department, et. al.*

Dear Mr. Barrett:

Enclosed please find Defendants' Interrogatories and Request For Production of Documents directed to you relating to the claims you make in your lawsuit against Morgan County jail personnel. The interrogatories are written questions which are to be answered in writing, under oath. You have 30 days in which to provide us with answers to the interrogatories and copes of the requested documents.

Also, we are enclosing for you to sign two authorizations for release of your medical records by the doctors and hospitals that have provided you with medical services. Please sign and date each of these forms and, where necessary, have a prison official witness your signature and notarize it. You can return the signed forms to me in the enclosed envelope.

Very truly yours,

O'HALLORAN KOSOFF GEITNER & COOK, LLC

George J. Casson
GJC/tmd

Enclosures


EXHIBIT A

State of Illinois
Department of Human Services



# Authorization to Disclose/Obtain Information

(1) I authorize __Illinois Dept. of Human Service__ to ☒ disclose  ☐ obtain  ☐ disclose and obtain
Hospital/Agency/Individual

(2) ☐ Discharge Summary  ☐ Discharge Staffing  ☐ Psychiatric Evaluation  ☐ Social History  ☒ History and Physical
☐ Treatment/Hab Plans  ☐ Assessments  _____ Specify Type  ☒ Physicians Orders
☒ Med. Administration Records  ☐ Progress Notes  ☐ Behavioral Plans  ☐ Consultations  ☐ Lab/X-Ray
☐ Photos  ☐ Record Abstract  ☐ Patient Review  ☒ Other __Medical Records__

Concerning the care of the below named person from DATE (or RANGE OF DATES): __March 1, 2006__

(3) About (Name) __Donnie Barrett__   Social Security Number: __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__
Date of Birth: __10/31/74__   Alias: _____

(4) For purposes of:  ☐ Personal Use  ☐ Continuity of Care  ☐ Placement Transfer  ☐ Financial/Benefits
☒ Attorney  ☐ State Law/Court  ☐ Death  ☐ Other _____

(5) Information may be disclosed/obtained: Mail, In-Person, Phone, E-Mail or by Fax (For Urgent/Emergency Needs).
Restrictions if any: _____

(6)
| ☒ Disclose To | ☐ Obtain From |
|---|---|
| Name: George J. Casson/O'Halloran Kosoff, et.al. | Name: |
| Address: 650 Dundee Road, Suite 475 | Address: |
| City, State, Zip Code: Northbrook, IL 60062 | City, State, Zip Code: |

(7) This authorization is valid until calendar date:  __July__ / __31__ / __2009__
Month   Day   Year

(8) I understand that the above-named agency/facility/person authorized to receive this information has the right to inspect and copy the information disclosed. I further understand that if the entity receiving this information is not a healthcare provider/plan covered by HIPAA privacy regulations, the information described above may be re-disclosed and no longer protected by the HIPAA Regulations.

(9) I understand that I may revoke this authorization; however, the revocation must be in writing and must be sent/given to the facility record's department. I understand that no revocation of this authorization shall be effective to prevent disclosure of records and communications until it is received by the person otherwise authorized to disclose records and communications.

(10) Refusal to sign this form will result in the following consequences: INFORMATION WILL NOT BE DISCLOSED/OBTAINED.

(11) It is my full understanding that the records and communications to be disclosed WILL include sensitive information such as evaluation, habilitation/treatment information for mental health, developmental disabilities, alcohol or substance use/abuse or HIV/AIDs unless specifically checked below for exclusion.  ☐ Mental Health  ☐ Developmental Disabilities
☐ Alcohol/Substance Abuse  ☐ HIV/AID's  ☐ Other _____

(12) _____   _____
Signature of individual (age 12 or older)   Date

(13) _____   _____
Signature of guardian (Under 18 or Disabled)   Date

(14) _____   _____
Witness OR (2nd parent/guardian, if co-custodial, may sign here)   Date

(15) Signature of staff person disclosing/obtaining information _____

Specific information about disclosures and dates shall be documented in the individual's clinical record or Disclosure Tracking System
A facsimile of this original shall have the same force and effect as the original.

The Standards for Privacy of Personally Identifiable Health Information, 45 CFR Parts 160 and 164, states that information used or disclosed pursuant to this authorization may be subject to a re-disclosure by the recipient of the information. The federal confidentiality Rules 42 CFR Part 2 prohibit making any further disclosure of drug or alcohol information unless further disclosure of this information is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 1. A general authorization for the release of medical or other information DOES NOT restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient (52FR21809, June 9, 1987; 52 FR4 1997, November 2, 1987)
NOTE: Your refusal to sign an Authorization to Disclose/Obtain Information will not prevent treatment, payment, or enrollment in a health plan or eligibility for benefits

IL462-0146 (R-10-07)                                                    Page 1 of 2

O'HALLORAN, KOSOFF, GEITNER & COOK, P.C.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
(847) 291-0200

TO: Health Care Provider     Valid through: August 1, 2009

    I, Donnie Barrett (SSN: 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; Birthdate: 10/31/1974), hereby authorize and direct you to permit the examination and the copying or reproduction by Clifford G. Kosoff, George J. Casson, or such other person as they may authorize in writing, of all or any portion of any of the following:

    Hospital records, x-rays and any other imaging film, x-ray readings and reports, laboratory records, all tests of any type whatsoever, and the reports thereof, statement of charges, and any and all records pertaining or relating in any way to my hospitalizations, history, condition, treatment, diagnosis, prognosis, etiology or expense;

    Medical records, including patient's records, cards, x-rays and any other imaging film, x-ray readings and reports, laboratory records, all tests of any type whatsoever, and the reports thereof, statements of charges, and any and all records pertaining or relating in any way to my medical care, history, condition, treatment, diagnosis, prognosis, etiology or expense;

    Physical therapy records, including but not limited to, all tests of any type whatsoever, and the reports thereof, statements of charges, and any and all records pertaining or relating in any way to my physical therapy, history, condition, treatment, prognosis, etiology or expense.

    I understand my right to cancel this authorization at any time. This authorization shall be in full force and effect only until the date noted above. This authorization is valid by copy as well as original.

Date:_____        _____
                                                              Donnie Barrett

Subscribed to and sworn to before me this ____ day of _____, 20____.


_____
Notary Public

# O'HALLORAN KOSOFF GEITNER & COOK, LLC

ATTORNEYS AT LAW
EDENS CORPORATE CENTER
650 DUNDEE ROAD, FOURTH FLOOR
NORTHBROOK, ILLINOIS 60062
PHONE (847) 291-0200
FAX (847) 291-9230

Sender's email:
gcasson@okgc.com
www.okgc.com

August 15, 2008
**LEGAL MAIL**
Mr. Donnie R. Barrett
Illinois Dept. of Human Services
Treatment & Detention Facility
RR 1, Box 6A
Rushville, Illinois 62861

Re:   *Donnie R. Barrett v. Brent Chatham, et al.*
       U.S. District Court, Central District of Illinois Case No. 08-3039
       Our File No. 11902-740

Dear Mr. Barrett:

On July 9, 2008, we sent to you discovery requests seeking information from you regarding the claims you made in your lawsuit against Morgan County jail personnel. You have returned to us answers to defendants' interrogatories and your response to defendants' request for production of documents. However, you have not returned signed authorizations for release of your medical records.

The defendants seek to review your medical records because you make claims in your complaint regarding physical injuries, medical care you received, and resulting damages. If you are abandoning those claims, please let us know. If you are continuing to pursue your injury and damage claims, we need the authorization forms. Enclosed with this letter are additional copies of the authorization forms for your signature. If you are refusing to sign the authorization forms, please advise us of the reasons for your refusal. I am also enclosing a return envelope for your use.

Yours very truly,

O'HALLORAN KOSOFF GEITNER & COOK, LLC


George J. Casson
GJC/djh
Enc.

EXHIBIT B